**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 3 2005

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CRIMINAL NO. 05-1849 |
| DANA JARVIS, a/k/a Todd Ward, ) | |
| AYLA JARVIS, ) | |
| JORGE LUIS ORTIZ-MOFFETT, ) | |
| MIKE HANNAII, ) | |
| RALPH GREENE, a/k/a "RB," ) | |
| GEORGE RIPLEY, ) | |
| CATHY FITZGERALD, ) | |
| DAVID REID, ) | |
| PAT BERSSENBRUGGE, ) | |
| BARBARA HANNA, ) | |
| GEORGE OSGOOD, a/k/a "Mushroom George," ) | |
| GREG HILL, ) | |
| GENO BERTHOD, a/k/a "Old Man," ) | |
| RUSSELL TRUJILLO, a/k/a "Rusty," ) | |
| MATTHEW HOTTHAN, a/k/a "Matrix," ) | |
| MANUEL GIL, a/k/a "Manny," ) | |
| SAM JONES, ) | |
| SALVADOR ABEYTA, ) | |
| BILL JONES, a/k/a Charles Johnston, ) | |
| MARY CANNANT, and ) | |
| ADRIAN SANFORD, ) | |
| Defendants. ) | |

## SEALED EX PARTE MOTION TO SEAL INDICTMENT

COMES NOW the United States of America, by and through David C. Iglesias, United States Attorney for the District of New Mexico, and James R.W. Braun, Assistant United States Attorney for said District, and moves the Court for an order to seal the indictment in this case,



and in support of its motion states:

1. The United States requests that this indictment and all arrest warrants issued be sealed until the United States is able locate and make simultaneous arrests of as many of those defendants as reasonably possible.

2. The original arrest warrants issued on the above-named indictment will be given to the United States Marshal and copies thereof to the Drug Enforcement Administration, in order that the defendants can be located and arrested in a safe and secure manner.

3. During the period of time the indictment is under seal, the United States will be prohibited from making any pre-arrest public disclosure of any information contained in the indictment. This prohibition includes the United States Attorney's Office, the United States Marshal's Service, and the Drug Enforcement Administration.

4. The United States, however, requests the Court's permission to make reference to the fact that the indictment has been returned under seal, and the nature of the charges in the indictment, if necessary, in any related ex parte applications (i.e. applications for search warrants, seizure warrants, etc.) with the proviso that any such applications will be sealed until further order of the court.

5. Once those defendants that the government is reasonably able to apprehend are arrested pursuant to the arrest warrants on the above-named indictment, the United States will present the Court with an order to unseal the indictment.

6. The United States requests that this motion and the accompanying order be sealed until further order of the court.

Respectfully submitted,
DAVID C. IGLESIAS
United States Attorney

JAMES R. W. BRAUN
Assistant United States Attorney
P.O. Box 607
Albuquerque, N. M. 87103
(505) 346-7274