FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 23 2005

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CRIMINAL NO. 05-1849 |
| DANA JARVIS, a/k/a Todd Ward, ) | |
| AYLA JARVIS, ) | |
| JORGE LUIS ORTIZ-MOFFETT, ) | |
| MIKE HANNAH, ) | |
| RALPH GREENE, a/k/a "RB," ) | |
| GEORGE RIPLEY, ) | |
| CATHY FITZGERALD, ) | |
| DAVID REID, ) | |
| PAT BERSSENBRUGGE, ) | |
| BARBARA HANNA, ) | |
| GEORGE OSGOOD, a/k/a "Mushroom George," ) | |
| GREG HILL, ) | |
| GENO BERTHOD, a/k/a "Old Man," ) | |
| RUSSELL TRUJILLO, a/k/a "Rusty," ) | |
| MATTHEW HOTTHAN, a/k/a "Matrix," ) | |
| MANUEL GIL, a/k/a "Manny," ) | |
| SAM JONES, ) | |
| SALVADOR ABEYTA, ) | |
| BILL JONES, a/k/a Charles Johnston, ) | |
| MARY CANNANT, and ) | |
| ADRIAN SANFORD, ) | |
| Defendants. ) | |

## SEALED ORDER SEALING INDICTMENT

THIS MATTER having come before the Court upon the ex parte motion of the United States, and the Court having reviewed said motion and being otherwise fully advised in the premises, finds that the motion is well taken and will be granted.

IT IS HEREBY ORDERED that the Clerk of the Court provide the original of the arrest

warrants issued on the above-named indictment to the United States Marshal with copies as requested to the Drug Enforcement Administration.

IT IS FURTHER ORDERED that the indictment in this matter be sealed until further order of the Court.

IT IS FURTHER ORDERED that the government, including representatives of the United States Attorney's Office, the United States Marshal's Service, and Drug Enforcement Administration, is prohibited from making any pre-arrest public disclosure of any information contained in the indictment.

IT IS FURTHER ORDERED that the government may make reference to the fact that the indictment has been returned under seal and the nature of the charges in the indictment in related ex parte applications with the proviso that any such applications shall be sealed until further order of this Court.

IT IS FURTHER ORDERED that this order and the accompanying motion be sealed until further order of the Court.

_____
UNITED STATES MAGISTRATE JUDGE