**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE, NEW MEXICO**

**CLERK'S MINUTES
BEFORE THE HONORABLE ALAN C. TORGERSON**

| DEFENDANTS: | | |
|---|---|---|
| DANA JARVIS | TYPE OF HEARING: | INITIAL |
| RALPH GREENE | CASE NO. | 05-CR-1849 |
| GEORGE RIPLEY | DATE & TIME | 8/26/05 @ 9:30 a.m. |
| CATHY FITZGERALD | INTERPRETER | |
| PATRICIA BERSSENBRUGGE | CLERK | Mary Lou Gonzales |
| BARBARA HANNA | | |
| RUSSELL TRUJILLO | | |
| SAM JONES | | |
| MARY CANNANT | | |

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

AUSA   JAMES BRAUN

PRO SE   ( ) APPT ( ) RET

CAMI NICHOLS for Berssenbrugge (X) RET

_____ ( ) APPT ( ) RET

_____ ( ) APPT ( ) RET

PTS/PROB OFFICER   Ben Aragon

| **TAPE NO.** | | **TAPE NO.** | **SPEAKER** |
|---|---|---|---|
| 05-22   ACT | | | |
| @ 1357 | Court/Counsel | | |

**DATE OF ARREST:**  8/25/05     **UNSEAL CASE?**

**HEARING RESULTS/FINDINGS:** **Defts sworn; Indictment read in open court.  Defts advised of rights and penalties; court appoints attorney for each deft; defts are to submit financial affidavit and if found able to pay, shall reimburse the gov't for attorneys' fees; gov't moves to detain each deft; detention / Arraignment set  8/29/05 at 9:30 a.m.; all defts remanded to the custody of the U.S. Marshal**.