IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

05 AUG 30 PM 2: 52

CLERK-ALBUQUERQUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>DANA JARVIS, a/k/a Todd Ward,<br>AYLA JARVIS,<br>JORGE LUIS ORTIZ-MOFFETT,<br>MIKE HANNAH,<br>RALPH GREENE, a/k/a "RB,"<br>GEORGE RIPLEY,<br>CATHY FITZGERALD,<br>DAVID REID,<br>PAT BERSSENBRUGGE,<br>BARBARA HANNA,<br>GEORGE OSGOOD, a/k/a "Mushroom George,"<br>GREG HILL,<br>GENO BERTHOD, a/k/a "Old Man,"<br>RUSSELL TRUJILLO, a/k/a "Rusty,"<br>MATTHEW HOTTHAN, a/k/a "Matrix,"<br>MANUEL GIL, a/k/a "Manny,"<br>SAM JONES,<br>SALVADOR ABEYTA,<br>BILL JONES, a/k/a Charles Johnston,<br>MARY CANNANT, and<br>ADRIAN SANFORD,<br><br>   Defendants. | CRIMINAL NO. 05-1849 JH<br><br>Count 1:  21 U.S.C. § 846 –<br>Conspiracy to Distribute 1000<br>Kilograms and More of Marijuana;<br><br>Count 2:  21 U.S.C. § 848 –<br>Continuing Criminal Enterprise;<br><br>Count 3:  18 U.S.C. § 1956(h) –<br>Conspiracy to Launder Money;<br><br>Counts 4 - 26:  18 U.S.C.<br>§§ 1956(a)(1)(A)(i) and (a)(1)(B(i) –<br>Money Laundering;<br><br>18 U.S.C. § 982 and 21 U.S.C.<br>§ 853:  Criminal Forfeiture. |

**NOTICE OF LIS PENDENS**

On August 23, 2005, the United States filed a criminal indictment in the United States District Court for the District of New Mexico in the above captioned case. The property located

1

at 142 ½ West Berger Street, Santa Fe, New Mexico 87505, was criminally indicted in this case and the United States is seeking the forfeiture of all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. The property is more particularly described as follows:

> UNIT FIVE (5) OF THE WEST BERGER STREET CONDOMINIUM, AS CREATED BY THE "CONDOMINIUM DECLARATION FOR WEST BERGER STREET CONDOMINIUM", DATED FEBRUARY 22, 1994 AND RECORDED IN BOOK 1027, PAGE 962, AS AMENDED BY "FIRST AMENDMENT TO CONDOMINIUM DECLARATION FOR WEST BERGER STREET CONDOMINIUM", DATED JANUARY 25, 2000, RECORDED IN BOOK 1730, PAGE 441; AND AS SHOWN AND DELINEATED ON THE "SURVEY PLAT OF 134 WEST BERGER STREET CONDOMINIUM, 134 THROUGH 142 ½ WEST BERGER STREET, SANTA FE, N.M." ATTACHED TO THE FIRST AMENDMENT TO CONDOMINIUM DECLARATION AS EXHIBIT "B", ALL IN THE RECORDS OF SANTA FE COUNTY, NEW MEXICO.

The record owner of the defendant property is Barbara Hanna.

Title 21, United States Code, Section 853(k) states no party claiming and interest in property subject to forfeiture may commence an action against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court for the District of New Mexico, located in Albuquerque, New Mexico.

This Notice of Lis Pendens is filed pursuant to Section 38-1-14, N.M.S.A., 1978.



DAVID C. IGLESIAS
**United States Attorney**

By: /s/ Stephen R. Kotz
Stephen R. Kotz
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274, Ext.1464
Fax: (505)346-7296

Signed and sworn to before me this 23 day of August, 2005 by Stephen R. Kotz in Bernalillo County, New Mexico.

_____
NOTARY PUBLIC

My Commission Expires:

4/2/2007

OFFICIAL SEAL
Alberta T. Lux
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 4/2/2007

```
COUNTY OF SANTA FE      )          NOTICE OF LIS PENDENS
STATE OF NEW MEXICO     ) ss       PAGES: 3

I Hereby Certify That This Instrument Was Filed for
Record On The 25TH Day Of August, A.D., 2005 at 09:44
And Was Duly Recorded as Instrument # 1395128
Of The Records Of Santa Fe County

                    Witness My Hand And Seal Of Office
Deputy _____       Valerie Espinoza
                              County Clerk, Santa Fe, NM
```

D:\Green River\Lis Pendens\Crim142W.Berger.wpd