207

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

05 AUG 30 PM 2:52

CLERK-ALBUQUERQUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DANA JARVIS, a/k/a Todd Ward, ) <br> AYLA JARVIS, ) <br> JORGE LUIS ORTIZ-MOFFETT, ) <br> ROBERT DRISCOLL, ) <br> DENNIS COX, ) <br> MIKE HANNA, ) <br> RALPH GREENE, a/k/a "RB," ) <br> GEORGE RIPLEY, ) <br> CATHY FITZGERALD, ) <br> DAVID REID, ) <br> PAT BERSSENBRUGGE, ) <br> BARBARA HANNA, ) <br> GEORGE OSGOOD, a/k/a "Mushroom George," ) <br> GREG HILL, ) <br> GENO BERTHOD, a/k/a "Old Man," ) <br> DAN CHOMYN, a/k/a "Rocky," ) <br> RUSSELL TRUJILLO, a/k/a "Rusty," ) <br> MANUEL GIL, ) <br> SAM JONES, ) <br> SALVADOR ABEYTA, ) <br> BILL JONES, a/k/a Charles Johnston, ) <br> MARY CANNANT, ) <br> ADRIAN SANFORD, ) <br> JOSH GAMBOA, ) <br> ) <br> Defendants. ) | CRIMINAL NO. 05-1849 JH <br><br> Count 1: 21 U.S.C. § 846 – Conspiracy to Distribute 1000 Kilograms and More of Marijuana; <br><br> Count 2: 21 U.S.C. § 848 – Continuing Criminal Enterprise; <br><br> Count 3: 18 U.S.C. § 1956(h) – Conspiracy to Launder Money; <br><br> Counts 4 - __: 18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering; <br><br> 18 U.S.C. § 982: Criminal Forfeiture. |

**NOTICE OF LIS PENDENS**

On August 23, 2005, the United States filed a criminal indictment in the United States District Court for the District of New Mexico in the above captioned case. The property located

1

64

208

in Mora County, New Mexico, was criminally indicted in this case and the United States is seeking the forfeiture of all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. The property is more particularly described as follows:

> TRACT B: A CERTAIN TRACT OR PARCEL OF LAND LYING AND BEING SITUATE WITHIN THE MORA GRANT, IN SECTIONS 25 AND 36, TOWNSHIP 21 NORTH, RANGE 14 EAST, N.M.P.M. COUNTY OF MORA, STATE OF NEW MEXICO, AND BEING MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS:
>
> BEGINNING AT THE NORTHWEST CORNER OF THE HEREIN DESCRIBED TRACT, ALSO BEING A POINT ON THE SANTA FE NATIONAL FOREST BOUNDARY, FROM WHICH POINT THE SECTION CORNER COMMON TO SECTIONS 25 AND 36 T. 21 N., R 14 E., N.M.P.M. BEARS SOUTH, A DISTANCE OF 847.82 FEET; THENCE FROM SAID POINT OF BEGINNING, S. 49°51'00"E., A DISTANCE OF 1307.22 FEET TO A POINT; THENCE S. 40°09'00"W., A DISTANCE OF 150.00 FEET TO A POINT; THENCE N. 49°51'00"W., A DISTANCE OF 1180.69 FEET TO A POINT ON THE SANTA FE NATIONAL FOREST BOUNDARY; THENCE DUE NORTH, ALONG SAID FOREST BOUNDARY, A DISTANCE OF 196.24 FEET TO THE POINT AND PLACE OF BEGINNING.
>
> CONTAINING 4.284 ACRES MORE OR LESS. TOGETHER WITH ALL WATER RIGHTS AND EASEMENTS PERTAINING TO THE ABOVE DESCRIBED PROPERTY. SHOWN AS TRACT B ON PLAT OF SURVEY ENTITLED "REPLAT OF SURVEY FOR DANA JARVIS" PREPARED BY ARSENIO J. MARTINEZ, N.M.L.S. NO. 4254, IN JULY, 1972.

The record owner of the defendant property is Dana Jarvis.

Title 21, United States Code, Section 853(k) states no party claiming and interest in property subject to forfeiture may commence an action against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court for the District of New Mexico, located in Albuquerque, New Mexico.

209

This Notice of Lis Pendens is filed pursuant to Section 38-1-14, N.M.S.A., 1978.

DAVID C. IGLESIAS
**United States Attorney**

By: /s/

Stephen R. Kotz
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274, Ext.1464
Fax: (505)346-7296

Signed and sworn to before me this 23 day
of August, 2005 by Stephen R. Kotz
in Bernalillo County, New Mexico.

_Alberta J. Lux_
NOTARY PUBLIC



OFFICIAL SEAL
**Alberta T. Lux**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 4/2/2007

My Commission Expires:

4/2/2007

STATE OF NEW MEXICO
COUNTY OF MORA

I hereby certify that this instrument was **filed**
for record on the 25th day of Aug A.D. 2005
at 1:39 o'clock P m. and was duly **recorded**
in Book 95 of the records of Misc. page 207-209
Witness my Hand and Seal of Office
_Charlotte K. Duran_
County Clerk, Mora County, N.M.
_Anita P. Martinez_
Deputy

D:\Green River\Lis Pendens\MoraCountyTractB.wpd

3