UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE, NEW MEXICO

CLERK'S MINUTES
BEFORE THE HONORABLE ALAN C. TORGERSON

DEFENDANTS:                       TYPE OF HEARING: __BAIL REVIEW__

GEORGE RIPLEY                 CASE NO. __05-CR-1849 JH__

                                                 DATE & TIME __9/14/05 @ 1:30 p.m.__

                                                 INTERPRETER _____

                                                 CLERK: __Mary Lou Gonzales__

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

AUSA __JAMES BRAUN__             JASON BOWLES  (X) APPT ( ) RET

                                                              ( ) APPT  ( ) RET

__Richard Stark SA DEA__                      ( ) APPT ( ) RET

                                                             ( ) APPT ( ) RET

PTS OFFICER __Sami Guerts & Ben Aragon__

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|
| 05-025 ACT | | | |
| @ 2899 | Bowles Proffer | | |
| 3501 | USA's Proffer | | |
| 3537 | Court's Ruling | | |
| | | | |
| | | | |
| | | | |

**DATE OF ARREST:** ____ **UNSEAL CASE?** ____

**HEARING RESULTS/FINDINGS:** Court takes judicial notice of the proffered testimony of counsel and the supplemental memorandum to the pre-trial services report; Court finds the deft's motion is well-taken and fashions the following conditions of release: Halfway House with all the standard conditions and the following special conditions: $100,000 property bond, comply with all rules/regulations of the Halfway House, maintain work, no drugs, drug testing/treatment as directed, no alcohol, no guns, appear at all court hearings, no contact with the co-defts in this case, and surrender his passport. Deft remains in the custody of the U.S. Marshal until all conditions have been met.