IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SANDOVAL COUNTY
200536301
Book 408 Page 36301
09/19/2005 01:37:31 PM

05 SEP 22 PM 2:58

CLERK ALBUQUERQUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | |
| DANA JARVIS, a/k/a Todd Ward, | **CRIMINAL NO. 05-1849 JH** |
| AYLA JARVIS, | |
| JORGE LUIS ORTIZ-MOFFETT, | Count 1: 21 U.S.C. § 846 – Conspiracy to Distribute 1000 Kilograms and More of Marijuana; |
| ROBERT DRISCOLL, | |
| DENNIS COX, | |
| MIKE HANNA, | |
| RALPH GREENE, a/k/a "RB," | Count 2: 21 U.S.C. § 848 – Continuing Criminal Enterprise; |
| GEORGE RIPLEY, | |
| CATHY FITZGERALD, | Count 3: 18 U.S.C. § 1956(h) – Conspiracy to Launder Money; |
| DAVID REID, | |
| PAT BERSSENBRUGGE, | |
| BARBARA HANNA, | Counts 4-26: 18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering; |
| GEORGE OSGOOD, a/k/a "Mushroom George," | |
| GREG HILL, | |
| GENO BERTHOD, a/k/a "Old Man," | 18 U.S.C. § 982: Criminal Forfeiture. |
| DAN CHOMYN, a/k/a "Rocky," | |
| RUSSELL TRUJILLO, a/k/a "Rusty," | |
| MANUEL GIL, | |
| SAM JONES, | |
| SALVADOR ABEYTA, | |
| BILL JONES, a/k/a Charles Johnston, | |
| MARY CANNANT, | |
| ADRIAN SANFORD, | |
| Defendants. | |

**NOTICE OF LIS PENDENS**

On August 23, 2005, the United States filed a criminal indictment in the United States District Court for the District of New Mexico in the above captioned case. The property located

1

at 7596 Corrales Road, Corrales, NM 87048, was criminally indicted in this case and the United States is seeking the forfeiture of all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. The property, with an address of 7596 Corrales Road and 7594 Corrales Road, Corrales, NM 87048, is more particularly described as follows:

> LOT NUMBERED TWO (2), CORRALES CLASSIC FARMS, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT THEREOF ENTITLED, "SUMMARY PLAT, LOTS 1 AND 2, CORRALES CLASSIC FARMS, SITUATE WITHIN THE TOWN OF ALAMEDA GRANT (PROJECTED), SECTION 14, T.12N.,R.3E., N.M.P.M., BEING A REPLAT OF A PORTION OF TRACT 30 AND ALL OF TRACTS 31 AND 32, MIDDLE RIO GRANDE CONSERVANCY DISTRICT PROPERTY MAP NO. 14, VILLAGE OF CORRALES, SANDOVAL COUNTY, NEW MEXICO", FILED IN THE OFFICE OF THE COUNTY CLERK OF SANDOVAL COUNTY, NEW MEXICO, ON DECEMBER 11, 1992, VOLUME 3, FOLIO 1019-B, INSTRUMENT NO. 271.

The record owners of the defendant property are Russell and Sharon Trujillo.

Title 21, United States Code, Section 853(k) states no party claiming and interest in property subject to forfeiture may commence an action against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court for the District of New Mexico, located in Albuquerque, New Mexico.

This Notice of Lis Pendens is filed pursuant to Section 38-1-14, N.M.S.A., 1978.

```
SANDOVAL COUNTY
   200536301
ook- 408 Page-  36301
   2 of  3
09/19/2005 01:37:31 PM
```

DAVID C. IGLESIAS
**United States Attorney**

By: _____
Stephen R. Kotz
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274, Ext.1464
Fax: (505)346-7296

Signed and sworn to before me this 15th day of September, 2005 by Stephen R. Kotz in Bernalillo County, New Mexico.

```
SANDOVAL COUNTY
     200536301
Book- 408 Page- 36301
   3 of 3
09/19/2005 01:37:31 PM
```



_____
NOTARY PUBLIC

My Commission Expires: 4/2/2007

D:\Green River\Lis Pendens\LisPen7596 7594CorralesRd.wpd

3