# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

FILED
05 OCT 4 PM 2:48

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | CRIMINAL NO. 05-1849 JH |
| BARBARA HANNA, | |
| Defendant. | |

## NOTICE OF LIS PENDENS

On September 23, 2005, an Appearance Bond and Agreement to Forfeit Property was filed in the United States District Court for the District of New Mexico in the captioned case.

Pursuant to this pleading, the following described real estate in Santa Fe County, New Mexico, is subject to forfeiture to the United States:

> Unit E-2 of the Hickox Office Condominium as the same is shown and delineated in Condominium Declaration filed for record on the 15th day of May, 1986 in the office of the County Clerk of Santa Fe County, New Mexico, in Book 521 miscl., at page 024, and in the plat and floor plans filed therewith, as amended on the 29th day of December, 1986, by Amendment recorded in Book 570 miscl, p. 263 and plats and plans in plat Bk 170 pages 11 and 12 records of Santa Fe County, New Mexico.

This Notice of Lis Pendens is filed pursuant to Section 38-1-14, N.M.S.A., 1978.

194

---

NOTICE OF LIS PENDENS
PAGES: 2

COUNTY OF SANTA FE )
STATE OF NEW MEXICO ) ss

I Hereby Certify That This Instrument Was Filed for Record On The 30TH Day Of September, A.D., 2005 at 11:36 And Was Duly Recorded as Instrument # 1403885 Of The Records Of Santa Fe County

Witness My Hand And Seal Of Office
Valerie Espinoza
Deputy _____ County Clerk, Santa Fe, NM



DAVID C. IGLESIAS
**United States Attorney**

By: _____
Stephen R. Kotz
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-1464
Fax: (505)346-7296

Signed and sworn to before me this 28 day
of September, 2005, by Stephen R. Kotz
in Bernalillo County, New Mexico.

_____
NOTARY PUBLIC



OFFICIAL SEAL
Alberta T. Lux
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 4/2/2007

My Commission Expires:

4/2/2007

D:\Green River\Lis Pendens\LPBondForfUnitE-2Hickox.wpd