**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 05-1849 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Dana Jarvis, et al. | Notice of Lis Pendens |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

67 Willow, Santa Fe County, NM

ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*)

05 OCT -4 PM 2: 47

CLERK ...

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Stephen R. Kotz, Ass't United States Attorney
Office of the United States Attorney
PO Box 123
Albuquerque, NM 87103

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

Please file the attached Notice of Lis Pendens with the Santa Fe County Clerk as soon as possible.

Return filed Lis Pendens for filing with the court.

| Signature of Attorney or other Originator requesting service on behalf of : | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Ahuy for* Stephen R. Kotz, AUSA | | (505) 224-1464 | September 29, 2005 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process No. | District of Origin No. 51 | District to Serve No. 51 | Signature of Authorized USMS Deputy or Clerk *Evan K Finley* | Date 9/30/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

| Name and title of individual served (*If not shown above*) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|

| Address (*complete only if different than shown above*) | Date of Service 9/30/05 | Time | am pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy *Evan K Finley* | | |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:  DOCS FILED

200

| PRIOR EDITIONS MAY BE USED | *Make (5) copies when form is signed.* *SEND ORIGINAL + 4 COPIES to USMS. Copy #5 for your file.* | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

1. *CLERK OF COURT*  2. *USMS Record*  3. *Acknowledgment of Receipt*  4. *Billing Statement*  5. *Notice of Service*