IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

05 AUG 30 PM 2:49

CLERK-ALBUQUERQUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DANA JARVIS, a/k/a Todd Ward,<br>AYLA JARVIS,<br>JORGE LUIS ORTIZ-MOFFETT,<br>MIKE HANNAH,<br>RALPH GREENE, a/k/a "RB,"<br>GEORGE RIPLEY,<br>CATHY FITZGERALD,<br>DAVID REID,<br>PAT BERSSENBRUGGE,<br>BARBARA HANNA,<br>GEORGE OSGOOD, a/k/a "Mushroom George,"<br>GREG HILL,<br>GENO BERTHOD, a/k/a "Old Man,"<br>RUSSELL TRUJILLO, a/k/a "Rusty,"<br>MATTHEW HOTTHAN, a/k/a "Matrix,"<br>MANUEL GIL, a/k/a "Manny,"<br>SAM JONES,<br>SALVADOR ABEYTA,<br>BILL JONES, a/k/a Charles Johnston,<br>MARY CANNANT, and<br>ADRIAN SANFORD,<br><br>　　　　Defendants. | CRIMINAL NO. 05-1849 JH<br><br>Count 1: 21 U.S.C. § 846 –<br>Conspiracy to Distribute 1000<br>Kilograms and More of Marijuana;<br><br>Count 2: 21 U.S.C. § 848 –<br>Continuing Criminal Enterprise;<br><br>Count 3: 18 U.S.C. § 1956(h) –<br>Conspiracy to Launder Money;<br><br>Counts 4 - 26: 18 U.S.C.<br>§§ 1956(a)(1)(A)(i) and (a)(1)(B)(i) –<br>Money Laundering;<br><br>18 U.S.C. § 982 and 21 U.S.C.<br>§ 853: Criminal Forfeiture. |

## NOTICE OF LIS PENDENS

On August 23, 2005, the United States filed a criminal indictment in the United States District Court for the District of New Mexico in the above captioned case. The property located

1



at 3523 Central Avenue N.E., Albuquerque, New Mexico, was criminally indicted in this case and the United States is seeking the forfeiture of all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. The property is more particularly described as follows:

> LOTS NUMBERED TEN (10), ELEVEN (11) AND TWELVE (12) IN BLOCK NUMBERED FOUR (4) OF MONTE VISTA, AN ADDITION TO THE CITY OF ALBUQUERQUE, NEW MEXICO, AS THE SAME ARE SHOWN AND DESIGNATED ON THE MAP OF SAID ADDITION FILED IN THE OFFICE OF THE COUNTY CLERK OF BERNALILLO COUNTY, NEW MEXICO, OCTOBER 14, 1926.
>
> THERE IS EXCEPTED THE NORTHERLY PORTION OF SAID LOT THEN (10) WHICH IS DESCRIBED AS FOLLOWS:
> BEGINNING AT THE NORTHEAST CORNER OF SAID LOT TEN (10) RUNNING
> THENCE SOUTHERLY ALONG THE WESTERLY LINE OF NORTH CARLISLE AVENUE, 62.28 FEET TO THE SOUTHEAST CORNER OF THE TRACT HEREIN DESCRIBED;
> THENCE WESTERLY, PARALLEL WITH AND 60 FEET NORTHERLY AT RIGHT ANGLES FROM THE NORTHERLY LINE OF EAST CENTRAL AVENUE, 80.19 FEET TO THE SOUTHWEST CORNER OF THE TRACT HEREIN DESCRIBED;
> THENCE NORTHERLY ALONG THE WESTERLY LINE OF SAID LOT 10, 86.09 FEET TO THE NORTHWEST CORNER OF THE TRACT HEREIN DESCRIBED WHICH IS THE NORTHWEST CORNER OF SAID LOT 10;
> THENCE EASTERLY ALONG THE SOUTHERLY LINE OF CAMPUS BOULEVARD, 86.97 FEET TO THE PLACE OF BEGINNING.

The record owner of the defendant property is Dana Jarvis, and the business name on the property is "Club Rhythm and Blues."

Title 21, United States Code, Section 853(k) states no party claiming and interest in property subject to forfeiture may commence an action against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court for the District of New Mexico, located in Albuquerque, New Mexico.



This Notice of Lis Pendens is filed pursuant to Section 38-1-14, N.M.S.A., 1978.

DAVID C. IGLESIAS
**United States Attorney**

By: /s/ Stephen R. Kotz
Stephen R. Kotz
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274, Ext.1464
Fax: (505)346-7296

Signed and sworn to before me this 23 day of August, 2005 by Stephen R. Kotz in Bernalillo County, New Mexico.

/s/ Alberta T. Lux
NOTARY PUBLIC



OFFICIAL SEAL
Alberta T. Lux
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 4/2/2007

My Commission Expires:

4/2/2007

D:\Green River\Lis Pendens\CrimClub3523CentralNE.wpd

3

2005124876
6326925
Page: 3 of 3
08/26/2005 09:2
Mary Herrera    Bern. Co.    LISP    R 13.00 Bk-A102 Pg-459