IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

05 OCT 11 PM 4: 16

CLERK-ALBUQUERQUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | |
| v. | Cr. No. 05-1849JH | |
| DANA JARVIS, et al., | | |
| Defendant. | | |

### ENTRY OF APPEARANCE

**COMES NOW** attorney Cliff McIntyre, hereby enters his appearance on behalf of Dana Jarvis for the limited purpose of litigating forfeiture issues only.

Respectfully Submitted,

Cliff McIntyre, Esq.
1500 Mountain Rd. NW
Albuquerque, NM 87104
505-243-2900/ fax 243-6339

I HEREBY CERTIFY, that a true and correct copy of the foregoing pleading was mailed to the opposing counsel this 11th day of October, 2005.

Cliff McIntyre, Esq.

214