IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.                                                                 Criminal No. 05-1849 JH

DANA JARVIS, et al.,

        Defendant(s).

## NOTICE OF HEARING

**BY DIRECTION OF THE HONORABLE JUDITH C. HERRERA**:

**PLEASE TAKE NOTICE** that a hearing will be held on **Thursday, October 27, 2005, at 10:00 a.m.** on the following matter(s):

1. Government's Motion for Status Conference for the Purpose of Designating this a Complex Case, filed September 1, 2005 (Doc. 78);

2. Government's Notice of Application for Protective Order and Request for Expedited Hearing, filed October 6, 2005 (Doc. 203); and

3. Government's Motion and Memorandum in Support for Rule 44(c) Hearing, filed October 17, 2005 (Doc. 226).

The hearing will be held in **Albuquerque** at the United States Courthouse in the "Rio Grande" Courtroom, located on 333 Lomas Boulevard, N.W., Third Floor, Albuquerque, New Mexico.

**Please note:** Defendants Dana Jarvis and Cathy Fitzgerald are required to be present at the hearing. If counsel for the remaining Defendants would like their clients to be present at the hearing, counsel must notify the Court immediately.

**Please direct all inquires to Elizabeth Davis, Courtroom Deputy to the Honorable**

**Judith C. Herrera, at (505) 992-3863 or chamber's number (505) 992-3850.\***

**MATTHEW J. DYKMAN, Clerk of Court**

This will certify that a true copy of the foregoing was mailed or electronically
noticed on its date of filing to counsel of record per the Court's Electronic Filing System.

To obtain daily information regarding the status of court settings, please refer to the court calendar which can be accessed through the Court's website at *www.nmcourt.fed.us/dcdocs/*.