# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **vs.**        **CASE NO.   05-CR-1849 JH**

**DANA JARVIS,**

    **Defendant.**

### NOTICE OF HEARING

| | |
|---|---|
| TO:   JAMES BRAUN<br>ASSISTANT US ATTORNEY<br>P.O. BOX 607<br>ALBUQUERQUE, NM 87103 | JUDITH A. ROSENSTEIN<br>ATTORNEY FOR DEFT<br>P.O. BOX 25622<br>ALBUQUERQUE, NM  87125-5622 |

**PLEASE TAKE NOTICE** that **DEFENDANT'S MOTION FOR RELEASE ON CONDITIONS OF RELEASE** has been set in the above matter on **TUESDAY, OCTOBER 21, 2005, at 1:30 p.m.,** before the Honorable Alan C. Torgerson, U.S. Magistrate Judge, Gila Courtroom, Fifth Floor, 333 Lomas Blvd. NW, Albuquerque New Mexico.

                                                           **MATTHEW J. DYKMAN, CLERK**
                                                           United States District Court

                                                           _____

| | |
|---|---|
| cc:   U.S. Pre-Trial Services<br>     U.S. Marshal | Direct inquiries to:<br>    Mary Lou Gonzales<br>    Courtroom Deputy<br>    (505) 348-2055 |
| I hereby certify that a copy<br>of this Notice was distributed<br>to all parties on Oct. 21, 2005<br>via through ACE filing distribution. | |