# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                                                             CASE NO.   05-CR-1849 JH

**DANA JARVIS,**

    **Defendant.**

## AMENDED
## NOTICE OF HEARING

TO:    JAMES BRAUN                           JUDITH A. ROSENSTEIN
         ASSISTANT US ATTORNEY       ATTORNEY FOR DEFT
         P.O. BOX 607                               P.O. BOX 25622
         ALBUQUERQUE, NM 87103        ALBUQUERQUE, NM  87125-5622

**PLEASE TAKE NOTICE** that **DEFENDANT'S MOTION FOR RELEASE ON CONDITIONS OF RELEASE** has been set in the above matter on **MONDAY, NOVEMBER 7, 2005, at 1:30 p.m.,** before the Honorable Alan C. Torgerson, U.S. Magistrate Judge, Gila Courtroom, Fifth Floor, 333 Lomas Blvd. NW, Albuquerque New Mexico.

                                                                    **MATTHEW J. DYKMAN, CLERK**
                                                                    United States District Court

cc:  U.S. Pre-Trial Services        Direct inquiries to:
     U.S. Marshal                         Mary Lou Gonzales
                                        Courtroom Deputy
                                        (505) 348-2055

I hereby certify that a copy
of this Notice was distributed
to all parties on Oct. 24, 2005
via through ACE filing distribution.