IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

05 NOV -4 AM 9:50

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CLERK... A 'E |
| Plaintiff, | ) | |
| vs. | ) | CR. No. 05-1849 JH |
| DANA JARVIS, et al. | ) | |
| Defendant. | ) | |

## PROTECTIVE ORDER

THIS MATTER having come before the Court on the United States Application for Protective Order, the Court having read the Application, and being otherwise fully advised in the premises, finds that the Application is well-taken and should be granted.

IT IS THEREFORE ORDERED AS FOLLOWS:

Contingent on its full compliance with all of the terms of this Order, Harlow's on the Hill, L.L.C. is hereby authorized to continue to operate the business located at 3523 Central N.E. in Albuquerque. Harlow's on the Hill, L.L.C. may use New Mexico Liquor License number 2599 as permitted by law in operating the business.

Until further order of this Court, Harlow's on the Hill, L.L.C. shall make timely lease payments to the United States Marshals Service (instead of to Dana Jarvis) as set forth in the lease agreement dated April 23, 2005.

From the lease payments, the United States Marshals Service shall promptly pay First State Bank NM timely monthly payments of $891.93 each per promissory note dated May 28, 2003.

The United States Marshals Service shall deposit any excess proceeds after payment of the note amount into the Seized Assets Deposit Fund pending final disposition of this case.

The lessee, Harlow's on the Hill, L.L.C., shall maintain the present condition of the real property, including timely payment of all lease payments, and insurance, utilities, taxes and assessments until further order of this Court.

*Judith C. Herrera*
UNITED STATES DISTRICT JUDGE

Submitted by:

STEPHEN R. KOTZ
Assistant United States Attorney