**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

---

**Clerk's Minutes**
**Before the Honorable Judith C. Herrera**

---

| | | | |
|---|---|---|---|
| Case No. | **CR 05-1849 JH** | Date: | **November 3, 2005** |
| Title: | **United States v. Dana Jarvis** | | |
| Courtroom Clerk: | **Valerie Vigil** | Court Reporter: | **Paul Baca** |
| Court in Session: | **10:51 a.m.** | Court in Recess: | **11:34 a.m.** |

Type of Proceeding:         **Hearing on government's motion for protective order**

Disposition:                         **Motion granted.**

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):

**James Braun**                                         **Judith Rosenstein**
**Steve Kotz**

---

| | |
|---|---|
| 10:51 a.m. | **Court in session.** Counsel state their appearances. |
| 10:55 a.m. | Proffer and presentation by Mr. Kotz.<br><br>Exhibit 2 – accounting prepared by Marshals Service. |
| 11:00 a.m. | Presentation by Ms. Rosenstein. |
| 11:12 a.m. | Rebuttal by Mr. Kotz. |
| 11:17 a.m. | Rebuttal by Ms. Rosenstein. |
| 11:22 a.m. | Questions from the Court to Mr. Kotz. |
| 11:26 a.m. | Statement by Ms. Rosenstein. |
| 11:28 a.m. | Court rules that Marshals service may act as custodian and grants government's motion for protective order. If Defendant feels that other issues arise, it my file a motion. |
| 11:30 a.m. | Discussion of child support issue. Government will expedite resolution. |
| 11:34 a.m. | **RECESS.** |