IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 02 2005

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              CR 05-1849 JH

RALPH GREENE, et. al

        Defendants.

### UNOPPOSED ORDER AMENDING CONDITIONS OF RELEASE

THE COURT FULLY INFORMED and the Office of the United States Attorney through James Braun, Assistant United States Attorney having no opposition:

HEREBY ORDERS:

Federal Pretrial Services shall forthwith discontinue the electronic monitoring of Ralph Greene. All other conditions of release remain in place.

*Robert H. Scott*    12.2.05
UNITED STATES MAGISTRATE Judge

273