05 cr 1849
USA v. Jarvis, et al.

December 18, 2005

Honorable Judith C. Herrera
United States District Judge
United States District Court
South Federal Place 2nd Floor
Santa Fe, New Mexico, 87501

**FILED**
at Santa Fe

DEC 3 0 2005

MATTHEW J. DYKMAN
CLERK

RE: Dana Jarvis' Representation

Dear Judge Herrera -

This letter is to put on record my request for new council. Judith Rosenstein and I are in agreement that she can no longer provide effective representation. Your Honor should have received her notice of request to withdraw. If not, it should arrive soon. Judith works out of her home, has no staff, and has expressed many times that this case is too much for her. She also has no experience in forfeiture & money laundering issues which are 24 of the 26 counts in this indictment.

To adequately defend this case, a high powered attorney in the category of Charlie Daniels and Nancy Hollander, Ray Twohig, Peter Shoenburg, Paul Kennedy and Mary Han, Robert Gorance, Steven McCrue or Jackie Robins is needed. In addition to a highly qualified criminal defense attorney,

THIS COMPLEX CASE NEEDS A TEAM; AN ACTIVE STAFF AND INVESTIGATOR WHO CAN HELP SPEARHEAD THE MARIJUANA DEFENSE AND AN EXPERT IN CRIMINAL FORFEITURE WHO HAS THE EXPERIENCE TO HANDLE THE FINANCIAL ASPECTS OF THE CASE.

THE PROSECUTION HAS A LARGE EXPERT TEAM OF ATTORNEYS, ASSISTANTS, AND SPECIALISTS INCLUDING THE INVESTIGATIVE BACKING OF THE FBI, DEA, IRS, AND ALL THE OTHER TOP INFORMATION AGENCIES.

NOW, FOUR MONTHS AFTER THE WARRENTS WERE EXECUTED, THIS DEFENDANT STILL HAS NO INVESTIGATOR, AND SOON NO LEGAL REPRESENTATION AT ALL. I PREY THAT THE COURT ALLOWS THE DEFENDANT TO PRACTICE HIS RIGHT TO COUNCIL. I WANT TO HIRE MY OWN LEGAL TEAM. I HAVE ATTORNEYS READY & WILLING, BUT TO ACCOMPLISH THIS, IT IS ABSOLUTLY IMPERITIVE THAT MONIES TAKEN FROM MY SANTA FE BANK ACCOUNTS - APPROXIMATLY $21,000, BE PAID TO MY NEW ATTORNEYS, TO GET THEM STARTED RIGHT AWAY. (THESE TOTALLY LEGITIMATE FUNDS ORIGINATE FROM THE SALE OF MY HOME IN SANTA FE AND THREE EMERSON FAMILY TRUSTS.) ALSO, THE COURT NEEDS TO LIFT THE LEZ PENDENTS ON AT LEAST ONE OF MY FOUR PROPERTIES. I HAVE REALITORS READY FOR A QUICK SALE, THE PROCEEDS CAN GO DIRECTLY TO AN ATTORNEY TRUST ACCOUNT TO PAY FEES AND EXPENSES.

18 USC 1957(f)(1) states "The term 'monetary transaction'.... does not include any transaction necessary to preserve a person's right to representation as guaranteed by the sixth amendment to the Constitution...".

Your Honor, I will be 56 years old next month - This is my life on the line.

I'm asking the court to please take the necessary steps to assure that this defendant gets the caliber of legal representation necessary for a fair trial.

Very Truly Yours,

Dana Jarvis

DANA JARVIS