**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - TUCSON**
**ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND**

DATE: 12/15/2005   CASE NUMBER: 05-07019M

| NAME OF DEFENDANT | ADDRESS OF DEFENDANT, ZIP CODE | TELEPHONE NUMBER |
|---|---|---|
| ADRIAN SANFORD   05-CR 1849 JH | 7341 E. Kenyon Drive Tucson, AZ 85710 | 207-5626 |

| NAME OF SURETY(ies) | ADDRESS(es) OF SURETY(ies), ZIP CODE | TELEPHONE NUMBER(s) |
|---|---|---|
| Chelsea Goodell | same | same |

| AMOUNT OF BOND | UNSECURED | SECURED BY DEPOSIT ACCEPTED | OTHER SECURITY POSTED/TO BE POSTED BY | TIME AND DATE OF NEXT APPEARANCE | COURTROOM |
|---|---|---|---|---|---|
| $5000.00 PAB | | $5000.00 PAB | | AS DIRECTED | 405 W. Congress |

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 0 3 2006
MATTHEW J. DYKMAN
CLERK

**CONDITIONS OF RELEASE AND APPEARANCE**

Defendant is subject to each condition checked:

☒ The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

☐ The defendant acknowledges that videotaped depositions of the material witnesses may be taken. Defendant is responsible for knowing the time and date of said depositions, and to appear for same. The defendant's failure to appear for the depositions will not delay or constitute cause for the continuance of the depositions and will be deemed a waiver of Defendant's right to confront the witness(es) in person. The depositions will proceed as scheduled.

☒ The defendant shall not commit any federal, state or local crime.

☒ The defendant shall IMMEDIATELY advise his/her attorney and Pretrial Services, in writing; PRIOR TO any change in residence, address, mailing address or telephone number.

☒ The defendant shall:

  ☐ maintain or actively seek verifiable employment and provide proof of such to Pretrial Services.

  ☒ abide by the following restrictions on his personal associations, place of abode, or travel:
  Defendant shall not travel outside the State of Arizona OR NEW MEXICO, unless court permission is granted to travel elsewhere.

  ☐ avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses:

  ☒ report on a regular basis to the following agency: PRETRIAL SERVICES AS DIRECTED (520) 205-4350

  ☐ comply with the following curfew:

☐ Defendant is placed in the custody of

☐ Defendant shall surrender all passports and visas to the Court and shall not apply for any other passports.

☒ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.

☒ Defendant shall participate in (drug) (alcohol) (psychiatric) counseling, and submit to drug testing, as directed by Pretrial Services.

☒ The defendant shall refrain from ANY use of alcohol and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC 802 unless prescribed by a licensed medical practitioner. The defendant shall submit to drug and/or alcohol treatment, not limited to urine drug testing and breathalyzer tests, at the discretion of Pretrial Services. The defendant shall make a copayment directly to the agency contracted by Pretrial Services to provide any required counseling or drug testing, in an amount to be determined by Pretrial Services, not to exceed the total cost of services rendered, each month until these services are terminated.

☐ The following conditions also apply:

**ADVICE OF PENALTIES AND SANCTIONS**

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. §3148, forfeiture of bond, and a prosecution for contempt as provided in 18 U.S.C. §401 which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years, if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 U.S.C. §1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;
(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

**ACKNOWLEDGEMENT OF DEFENDANT**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

DATE: 12/15/05   SIGNATURE OF DEFENDANT: [signed]

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

| SIGNATURE OF CUSTODIAN | ADDRESS OF CUSTODIAN | TELEPHONE |

We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF SURETY(ies): Chelsea Goodell [signed]

DATE: 12/15/2005

Signed before me on the date shown above. This order authorizes the U.S. Marshal to release defendant from custody.

Signature of U.S. Magistrate Judge: [signed]

BAIL SET BY JACQUELINE MARSHALL

COPIES DISTRIBUTED

USA, PSA, Deirdre Mokos, USM
CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

297