FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 0 2006

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.                                                                          Criminal No. 05-1849 JH

DANA JARVIS,

    Defendant(s).

## ORDER

**THIS MATTER** having come before the Court for a hearing on January 19, 2006, on Defendant's Motion/Letter for Appointment of New Counsel, filed December 30, 2005 (Doc. 293), and the Court hearing arguments of all parties, the Court finds that Defendant's Motion/Letter is well taken and will be granted.

**IT IS THEREFORE ORDERED** that Defendant's motion is GRANTED and counsel, Judith A. Rosenstein, is hereby withdrawn as counsel of record for the above-named Defendant.

**IT IS FURTHER ORDERED** that this matter is referred to the United States Magistrate Judge for appointment of new counsel.

                                                                    */s/ Judith C. Herrera*
                                                       UNITED STATES DISTRICT JUDGE

328