IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.            No.  CR 05-1849 JH

DANA JARVIS, et al.,

      Defendants.

## DEFENDANTS' UNOPPOSED JOINT MOTION FOR LEAVE TO JOINTLY FILE PROCEDURAL MOTIONS

Defendants Dana Jarvis, Mary Cannant, Barbara Hanna, Ayla Jarvis, Mike Hannah, Cathy Fitzgerald, Geno Berthod, Sam Jones, Adrian Sanford, Ralph Greene, George Ripley, Russell Trujillo, and Matthew Hottan, through CJA counsel below listed, joined by defendants Reid, Hill, Abeyta, Gil-Vasquez, and Ortiz-Moffett through retained counsel below signed, respectfully move this Court to enter its Order Granting them leave to file procedural motions jointly.  As grounds they state:

    1.  Because there are eighteen defendants active in this Cause, and twenty-two attorneys, it is essential that the parties seek ways in which to economize and to better coordinate their activities.

    2.  This case has been declared complex.

    3.  When procedural motions are jointly filed, the United State must file only a single response (if motion is opposed), and the Court must review only a single motion and execute a single order.

    4.  Such joint filing is in the interest of judicial economy and recognizes the limitations of the monies available for defense of criminal cases.

    5.  Assistant United States Attorney James Braun does not oppose this Motion.

WHEREFORE the Defendants respectfully move this Court to enter its Order granting them leave to jointly file procedural motions.

          Respectfully Submitted,

    *Electronically Filed*
Penni Adrian
*Counsel for Russell Trujillo and on behalf of the following counsel and defendants*
4300 Carlisle Blvd. NE, Suite 4
Albuquerque, NM 87107
(505) 944-1200

Joe Romero, Jr.
*Counsel for Dana Jarvis*
1905 Lomas Blvd. NW
Albuquerque, NM 87104
(505) 843-9776

Stephen D. Aarons - CJA
*Counsel for Matthew Hottan*
PO Box 1027
Santa Fe, NM 87504-1027
(505) 984-1100

Jason Bowles
*Counsel for George Ripley*
P.O. Box 27186
Albuquerque, NM 87125-5186
(505) 217-2680

Edward O. Bustamante
*Counsel for Ralph Greene*
610 Gold Ave., SW #214
Albuquerque, NM 87102-3182
(505) 842-9093

Robert R. Cooper
*Counsel for Adrian Sanford*
1011 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 842-8494

Kirtan K. Khalsa
*Counsel for Sam Jones*
812 Marquette NW
Albuquerque, NM 87102
(505) 243-4541

Martin Lopez III
*Counsel for Geno Berthod*
1500 Mountain Rd., NW
Albuquerque, NM 87104-1359
(505) 243-2900

Clifford M. McIntyre
*Counsel for Cathy Fitzgerald*
1500 Mountain Rd. NW
Albuquerque, NM 87104
(505) 243-2900

Brian Pori
*Counsel for Mike Hannah*
204 Bryn Mawr NE
Albuquerque, NM 87106-2103
(505) 255-9088

Ann Steinmetz
*Counsel for Mary Cannant*
Box 4305
Albuquerque, NM 87196-4305
(505) 344-9515

Val Whitley
*Counsel for Barbara Hanna*
208 Griffin St.
Santa Fe, NM 87501
(505) 992-2903

John Robbenhaar
*Counsel for Ayla Jarvis*
1011 Lomas NW
Albuquerque, NM 87102
(505) 242-1950

3

Zubair Aslamy
Jerry D. Herrera, Local Counsel
*Counsel for David Reid*
1414 W. Broadway RD, Ste. 122
Tempe, AZ 85282
(480) 968-8700

Kari Converse
*Counsel for Greg Hill*
2001 Carlisle Blvd. NE, Suite E
Albuquerque, NM 87110
(505) 842-8494

Jason D. Lamm
*Counsel for Salvador Abeyta*
1300 E. Missouri, Ste. B-200
Phoenix, AZ 85014-3203
(602) 222-9237

Timothy M. Padilla
*Counsel for Manuel Gil-Vasquez*
1412 Lomas Blvd. NW
Albuquerque, NM 87104-1236
(505) 842-0392

Armand Salese
Tova Indritz, Local Counsel
*Counsel for Jorge Luis Ortiz-Moffett*
145 S. 6th Ave.
Tucson, AZ 85701
(520) 903-0825

I hereby certify a true copy of the foregoing Unopposed Motion to Jointly File Procedural Motions was mailed to the following person(s) entitled to service this 10th day of March, 2006:

James Braun
*Assistant United States Attorney*
P.O. Box 607
Albuquerque, NM 87103-0607

  *Electronically filed*
Penni Adrian