IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              No. CR 05-1849 JH

DANA JARVIS, et al.,

    Defendants.

## ADDENDUM TO DEFENDANTS' UNOPPOSED JOINT MOTION TO CONTINUE THE DEADLINE TO SUBMIT PRE-TRIAL MOTIONS

COMES NOW the Defendants Dana Jarvis, Mary Cannant, Barbara Hanna, Ayla Jarvis, Mike Hannah, Cathy Fitzgerald, Geno Berthod, Sam Jones, Adrian Sanford, Ralph Greene, George Ripley, Russell Trujillo, and Matthew Hottan, through counsel below signed, and hereby submit this addendum to Defendants' Unopposed Joint Motion to Continue the Deadline to Submit Pre-Trial Motions filed March 3, 2006 (hereinafter "Motion") to clarify paragraph #1 of the Motion.

Paragraph #1 of the Motion stated as follows:

    1.    Despite a discovery deadline of November 18, 2005, approximately 8000 pages of additional discovery was produced by the Government on or about January 12, 2006, approximately 8 weeks after the discovery deadline had passed. The Defendants have forwarded this additional discovery to the database expert appointed by the Court to assist with the voluminous discovery in this case. The additional discovery has been incorporated into the discovery database and is currently being reviewed by defendants' counsel. The March 6, 2006, deadline for pre-trial motions was set on the assumption that all discovery would be produced by November 18, 2005.



Although the statement of the number of pages approximated in this paragraph (8000) is correct, and the statement of the date on which this additional discovery was produced (January 12, 2006) is correct, the paragraph may be construed to suggest that the Defendants were asserting that the Government has violated this Court's order regarding discovery. Defendants did not intend to convey this impression, and hereby submit this addendum to the Motion to clarify that this paragraph should not be construed to suggest that the Defendants were asserting that the Government's production of discovery materials on January 12, 2006, was in violation of the Court's discovery order.

Although Defendants expected to receive some additional discovery after November 18, 2005, they did not expect to receive approximately 8000 additional pages of documents, which substantially increased the total volume of discovery received to date. Defendants brought this to the Court's attention in the Motion, not to suggest that the Government had violated any Court order, but to note that the earlier schedule of deadlines, including for pre-trial motions, was based on expectations that discovery would be substantially complete by November 18, 2005. Although the paragraph's final sentence is technically incorrect insofar as additional discovery after November 18, 2005, was anticipated, the substantial volume of additional discovery materials was not anticipated by the Defendants. The receipt of substantial additional discovery materials in mid-January has resulted in delay in processing discovery materials and provides further reason for extending the deadline for motions. The modification of paragraph #1 does not alter the substantive grounds for the relief requested in the Motion.

WHEREFORE, for this reason, the Defendants hereby submit this addendum to the Motion to modify paragraph #1 of the Motion as discussed above.

Respectfully Submitted,

*[signature]*

Scott M. Davidson, Ph.D., Esq.
204 Bryn Mawr Drive NE
Albuquerque, New Mexico 87106
Counsel appointed for limited appearance
for purposes of joint defense motions

Brian A. Pori, Esq.
Inocente, P.C.
204 Bryn Mawr NE
Albuquerque, New Mexico 87106
Counsel for Defendant Mike Hannah

Robert R. Cooper, Esq.
1011 Lomas Blvd NW
Albuquerque, New Mexico 87102
Counsel for Defendant Adrian Sanford

Martin Lopez III, Esq.
1500 Mountain Road NW
Albuquerque, New Mexico 87104
Counsel for Defendant Geno Berthod

Joe M. Romero, Jr., Esq.
1905 Lomas Blvd. NW
Albuquerque, NM 87104-1207
Counsel for Defendant Dana Jarvis

Ann Steinmetz, Esq.
Box 4305
Albuquerque, NM 87196-4305
Counsel for Defendant Mary Cannant

Val Whitley, Esq.
Whitley Law Firm, R.C.
208 Griffin St.
Santa Fe, NM 87501
Counsel for Defendant Barbara Hanna

John Robbenhaar, Esq.
1011 Lomas NW
Albuquerque, NM 87102
Counsel for Defendant Ayla Jarvis

Clifford M. McIntyre, Esq.
1500 Mountain Rd. NW
Albuquerque, NM 87104
Counsel for Defendant Cathy Fitzgerald

Kirtan K. Khalsa, Esq.
812 Marquette NW
Albuquerque, NM 87102
Counsel for Defendant Sam Jones

Edward O. Bustamante, Esq.
610 Gold Ave. SW #214
Albuquerque, NM 87102-3182
Counsel for Defendant Ralph Greene

Jason Bowles, Esq.
P. O. Box 25186
600 Central SE, Ste. 111
Albuquerque, NM 87125-5186
Counsel for Defendant George Ripley

Clifford M. McIntyre, Esq.
1500 Mountain Road NW
Albuquerque, New Mexico 87104
Counsel for Defendant Raul Duran

Penni Adrian, Esq.
Adrian & Associates, P.C.
4300 Carlisle Blvd. NE, Suite 4
Albuquerque, New Mexico 87107
Counsel for Defendant Russell Trujillo

Stephen D. Aarons, Esq.
P. O. Box 1027
Santa Fe, NM 87504-1027
Counsel for Defendant Matthew Hottan

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2006, I served a true and correct copy of this Defendant's Unopposed Joint Motion to Continue the Deadline to Submit Pre-Trial Motions by U.S. mail, postage prepaid, on counsel for the United States at the address listed below:

James R.W. Braun, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87102

_____
Scott M. Davidson, Ph.D., Esq.