| U.S Department of Justice  United States Marshals Service | PROCESS RECEIPT AND RETURN  *See Instructions for "Service of Process by the U.S Marshal"  on the reverse of this form.* | | |
|---|---|---|---|
| **PLAINTIFF**  United States of America | **COURT CASE NUMBER**  CR-05-1849 | | |
| **DEFENDANT**  U.S. v. Jarvis, et al. | **TYPE OF PROCESS**  Final Disposition | | |
| **SERVE ▶** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN | | |
| **AT** | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* | | |
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:  Stephen R. Kotz  Assistant United States Attorney  P.O. Box 607  Albuquerque, NM 87103 | Number of process to be served with this Form - 285 | 1 | |
| | Number of parties to be served in this case | | |
| | Check for service on U.S.A. | | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

05-DEA-456958

1. As per the attached Mutual Release and Settlement Agreement the United States will return the blue Chevrolet pickup truck VIN 2GCEK19K1P1150157 to Eileen Fitzgerald. Please contact Mark A. Ernest, Esq., (505) 988-8048 to make arrangements.

2. The United States will forfeit the five firearms. Please dispose according to law.  05-DEA-A65153

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  (505) 346-7274 | DATE  12/20/05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin  No. | District to Serve  No. | Signature of Authorized USMS Deputy or Clerk | Date  12/21/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service  4/18/06  Time  am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:** 12/29/05 — CHEV P/U RELEASED TO EILEEN FITZGERALD
4/18/06 — WEAPONS CRUSHED

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 |
|---|---|---|