IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: CR 05 1849 JH |
| ) | |
| DENNIS WILSON, ) | |
| ) | |
| Defendant. ) | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Kimberly A. Middlebrooks hereby withdraws as counsel of record for the above-named Defendant and the undersigned counsel, Robert J. Gorence of Gorence & Oliveros, P.C. is hereby substituted as counsel of record on behalf of the Defendant.

Respectfully submitted,

Electronically filed: 05/05/06
Robert J. Gorence
Gorence & Oliveros, P.C.
Attorneys for Defendant Dennis Wilson
2011 12th Street NW
Albuquerque, NM 87102
(505) 244-0214   Fax (505) 244-0888

Telephonically Approved: 05/05/06
Kimberly A. Middlebrooks
PO Box 66985
Albuquerque, NM 87193
(505) 842-0392

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to AUSA James R.W. Brawn this 5th day of May, 2006.

Electronically filed: 05/05/06
ROBERT J. GORENCE