◈ CJA 7
(Rev. 9/05)

LOCATION CODE __NMXAB__

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 5 2006

MATTHEW J. DYKMAN
CLERK

Docket No. __05-1849 JH__

USA vs. Dennis Wilson

ORDER TERMINATING APPOINTMENT OF COUNSEL   X
and/or                                       Check
AUTHORIZATION FOR                            one or
DISTRIBUTION OF                              both
AVAILABLE PRIVATE                            ☐
FUNDS

---

WHEREAS, __KIMBERLY MIDDLEBROOKS__ was appointed as counsel for the above defendant/petitioner, on the __28TH__ day of __APRIL__, 20 __06__; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

X   ORDERED that the appointment of said counsel is hereby terminated.

☐   AUTHORIZED/DIRECTED that such funds in the amount of $ _____ be paid by said defendant/petitioner or by _____ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

Dated this __15TH__ day of __May__, 20 __06__.

_____
United States District Judge/Magistrate Judge

DISTRIBUTION:   COURT'S FILE   COURT APPOINTED COUNSEL   PERSON REPRESENTED   CLERK'S FILE

485