UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Before the Honorable Judith C. Herrera**
United States District Judge

<u>Clerk's</u> <u>Minutes</u>

Case No.: CR 05-1849 JH                                    Date: June 1, 2006

Title:    USA v. Dennis Wilson

Courtroom Clerk:  Lincoln Sorrell

Court Reporter:   Connie Jurado

( ) Albuquerque   ( ) Las Cruces   (x) Santa Fe   ( ) Roswell           ___ Bench warrant ordered

Type of Proceeding:       Appeal of Order of Detention by Dennis Wilson

**ATTORNEYS PRESENT:**
For Plaintiff:  James Braun                                              For Defendant Robert Gorence

**PROCEEDINGS:**

| Time | Description |
|---|---|
| 1:04 p.m. | Court in session; attorney appearances. Mr. Gorence addresses the Court in support of his appeal of detention order. Mr. Gorence would like pretrial services to do a more thorough interview of the defendant. According to the transcript there was no proffer of evidence as to defendant's release risks; would like another detention hearing. Sets out the conditions under which defendant could be released (to 3rd party custodian.) |
| 1:12 p.m. | Government is prepared to proceed by proffer |
| 1:12 p.m. | Mr. Gorence objects and would like to have evidence from the case agent. |
| 1:14 p.m. | Mr. Braun states he can go forward with only a proffer and both attorneys argue respective positions usin g the same statute. |
| 1:17 p.m. | Court to Deft: any Tenth Circuit law on the issue? Deft: No, with explanation; circuit hasn't been confronted with it. |
| 1:19 p.m. | Mr. Braun for the Government argues in opposition of appeal. Sets out reasons why defendant should be incarcerated. |
| 1:23 p.m | Mr. Gorence responds. Sets out questions he would have of a live witness rather than the proffer. |
| 1:27 p.m. | Deft calls Dennis Wilson; sworn; direct exam begins |
| 1:39 p.m. | Mr. Braun cross-examines witness |
| 1:44 p.m. | No redirect; no other testimony. Mrs. Wilson (wife) is in court and has been interviewed by Pretrial services. Give closing argument. Deft would post a bond of the equity of defendant's house. |
| 1:49 p.m. | Government closing argument. |
| 1:50 p.m. | Court: Defendant has not rebutted presumption and poses risk of flight and danger to community. Appeal is denied; defendant will remain in custody. |
| 1:53 p.m. | Court in recess. |