FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 0 7 2006

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DANA JARVIS, et al.,<br><br>　　　　　　Defendants. | Case No.: CR05-1849 JH |

## ORDER PERMITTING DEFENDANT REID TO FLY AN AIRCRAFT

THIS MATTER, having come before the Court on the motion of Defendant Reid to permit him to fly an aircraft on June 2, 2006, June 3, 2006 and June 4, 2006 in Newberg, Oregon, and the Court otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** permitting Defendant Reid to fly an aircraft in Newberg, Oregon on June 2, 2006, June 3, 2006 and June 4, 2006 for Dormer's Screenprinting & Sports. The flight shall depart from the Newberg Airport on June 2, 2006, June 3, 2006 and June 4, 2006 respectively and return back to the same airport no later than one and half hours after its departure absent any unforeseen circumstances.

///

///

///

513

**IT IS FURTHER ORDERED** in all other aspects, the terms and conditions of Defendant Reid's release shall remain the same.

DATED this __6th__ day of June, 2006.

_____
Honorable Judith C. Herrera
Judge of the U.S. District Court