IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                       No. CR 05-1849 JH

DANA JARVIS, et al.,

    Defendants.

## C.J.A. BUDGET ORDER

    This matter is before the Court *sua sponte.*

    Pursuant to the Section B(4) of the *Guidelines for the Administration of the Criminal Justice Act and Related Statutes,* those defense attorneys appointed under the Criminal Justice Act shall submit individual six-month budgets[1]. For attorneys who have been involved since the inception of the case, this will be a second round of six-month budgets. Attorneys appointed to newly-indicted defendants stemming from the Superceding Indictment [414] will be submitting their first such budget. Additionally, all CJA attorneys must submit a combined budget for those services and resources that are being shared among them. Both individual budgets and the combined budget are due to the Court no later than June 30, 2006.

    For purposes of completing the combined budget, attorney Penni Adrian shall initiate contact with other counsel, collect their input, and submit the budget to the Court by the deadline.

    **SO ORDERED.**

_____
United States District Judge

---

[1] Helpful guidelines and worksheets for preparing budgets can be obtained by visiting www.fd.org.