# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**                                                      **Criminal No. 05-1849 JH**

**DANA JARVIS,**

      **Defendant.**

## ORDER CONTINUING SENTENCING HEARING

This matter having come before the Court on the Motion of counsel for the Defendant, Dana Jarvis, and the Court being fully advised of the circumstances, finds the motion is well taken;

IT IS HEREBY ORDERED THAT Defendant's Motion for a continuance of the hearing on the Government's Motion for Order to Show Cause Why Protective Order Should Not Be Vacated, currently set for 1:15 p.m. on Wednesday, June 14, 2006, be and hereby is VACATED and RESET until further notice from the Court.

                                                            _____

                                                            JUDITH C. HERRERA
                                                            U.S. DISTRICT COURT JUDGE

SUBMITTED BY:

*Electronically filed 6/13/06*

_____
Joe M. Romero, Jr.
Attorney for Defendant Jarvis
1905 Lomas Blvd. NW
Albuquerque, NM 87104
(505) 843-9776

APPROVED BY:

<u>Telephonically Approved 6/13/06</u>
Stephen R. Kotz
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274, ext. 1464