**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 1 2 2006

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: CR05-1849 JH |
| vs. | |
| DANA JARVIS, et al., | |
| Defendants. | |

### ORDER PERMITTING DEFENDANT REID
### TO EXTEND FLIGHT TIME UNTIL JULY 20, 2006

THIS MATTER, having come before the Court on the motion of Defendant Reid to permit him to continue his flight until July 20, 2006, and the Court otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** permitting Defendant Reid to continue his flight for Constellation Aircraft Management, LLC until July 20, 2006.

**IT IS FURTHER ORDERED** that in all other aspects, the terms and conditions of Defendant Reid's release shall remain the same.

DATED this \_11\_ day of July, 2006.

_Judith C. Herrera_
Honorable Judith C. Herrera
Judge of the U.S. District Court