**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 2 0 2006

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

   Plaintiff,

vs.                                              Cr. No. 05-1849 JH

DANA JARVIS,

   Defendant.

## ORDER EXTENDING DEADLINE & GRANTING CONTINUANCE

This matter having come before the Court on the Stipulated Motion of the Parties, and the Court being fully advised of the circumstances, finds the motion is well taken;

IT IS HEREBY ORDERED THAT the deadline for Defendant's Response to the government's Motion for Interlocutory Sale [Doc. No. 664] is extended until September 21, 2006 and the Defendant will make service by fax on that date to the United States; and

IT IS HEREBY AND FURTHER ORDERED that the Motion for a Continuance of the hearing on three motions: 1) Motion by USA for Order to Show Cause Why Protective Order Should Not be Vacated [Doc. No. 459], 2) Defendant's Motion to Vacate Protective Order [Doc. No. 537] and 3) Motion by USA for Interlocutory Sale of Real Property & Liquor License No. 2599 [Doc. No. 664], which are currently set for Wednesday, September 20, 2006 at 2:00 pm before the Honorable Judith C. Herrera, be and hereby is VACATED and RESET for October 26, 2006, AT 1:30 p.m. ᴸᴶˢ

JUDITH C. HERRERA
U.S. DISTRICT COURT JUDGE


681

SUBMITTED BY:

*Electronically filed 9/14/06*

_____
Joe M. Romero, Jr.
Attorney for Defendant Jarvis
1905 Lomas Blvd. NW
Albuquerque, NM 87104
(505) 843-9776


*Electronically filed 9/14/06*

_____
Jody Neal-Post
Attorney for Defendant Jarvis
317 Amherst SE
Albuquerque, NM 87106
(505) 268-7263


APPROVED BY


Telephonically approved 9/13/06
James R. W. Braun
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274