IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SANDOVAL COUNTY
200644579
06 SEP 20 PM 3: 00
CLERK-ALBUQUERQUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CR. No. 05-1849 JH |
| DANA JARVIS, et al. ) | |
| Defendant. ) | |

## Notice of Lis Pendens

On April 25, 2006, a federal grand jury for the District of New Mexico returned a Superseding Indictment against Russell Trujillo and others. The Superseding Indictment alleges that real property is subject to forfeiture to the United States under 21 U.S.C. § 853, because the real property constitutes or is derived from proceeds obtained, directly or indirectly, as a result of conspiracy to distribute marijuana in violation of 21 U.S.C. § 846 and 21 U.S.C. §§ 856(a)(1) and (b), and constitutes property used or intended to be used in any manner or part to commit, or to facilitate the commission of such violation, or constitutes substitute property subject to forfeiture under 21 U.S.C. § 853(p).

One of the parcels of real property subject to forfeiture is particularly described as follows:

LOT NUMBERED ONE (1), CORRALES CLASSIC FARMS, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT THEREOF ENTITLED "SUMMARY PLAT, LOTS 1 AND 2, CORRALES CLASSIC FARMS, SITUATE WITHIN THE TOWN OF ALAMEDA GRANT (PROJECTED), SECTION 14, T.12N., R.3E., N.M.P.M., BEING A REPLAT OF A PORTION OF TRACT 30 AND



ALL OF TRACTS 31 AND 32 MIDDLE RIO GRANDE CONSERVANCY DISTRICT PROPERTY MAP NO. 14, VILLAGE OF CORRALES, SANDOVAL COUNTY, NEW MEXICO", FILED IN THE OFFICE OF THE COUNTY CLERK OF SANDOVAL COUNTY NEW MEXICO, ON DECEMBER 11, 1993, VOLUME 3, FOLIO 1019-B, INSTRUMENT NO. 271.

This Notice of Lis Pendens is filed pursuant to Section 38-1-14, N.M.S.A., 1978.

Respectfully submitted,

DAVID C. IGLESIAS
United States Attorney

STEPHEN R. KOTZ
Assistant U.S. Attorney
P. O. Box 607
Albuquerque, New Mexico 87103-0607
(505) 766-2868, Ext. 1464

SANDOVAL COUNTY
200644579
Book-409  Page- 44579
2 of 2
09/08/2006 09:22:20 AM

Signed and sworn to before me this 23rd day of August, 2006, by Stephen R. Kotz in Bernalillo County, New Mexico.

April 4, 2007
My commission expires:

Notary Public

OFFICIAL SEAL
[illegible] J. Murphy
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 7/4/07

2