IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

```
SANDOVAL COUNTY
    200644580
Book-409  Page- 44580
  1 of FILED
09/20/2006 09:... AM
```

06 SEP 20 PM 3:00

CLERK-ALBUQUERQUE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) CR. No. 05-1849 JH
)
DANA JARVIS, et al. )
)
Defendant. )

## RELEASE OF NOTICE OF LIS PENDENS

The United States of America releases the Notice of Lis Pendens filed with the Sandoval County Clerk in Albuquerque, New Mexico, on September 19, 2005, with respect to certain real property located in Sandoval County, New Mexico: 7596 Corrales Road, Corrales, New Mexico, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. The legal description of the property is as follows:

LOT NUMBERED TWO (2), CORRALES CLASSIC FARMS, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT THEREOF ENTITLED "SUMMARY PLAT, LOTS 1 AND 2, CORRALES CLASSIC FARMS, SITUATE WITHIN THE TOWN OF ALAMEDA GRANT (PROJECTED), SECTION 14, T.12N., R.3E., N.M.P.M., BEING A REPLAT OF A PORTION OF TRACT 30 AND ALL OF TRACTS 31 AND 32 MIDDLE RIO GRANDE CONSERVANCY DISTRICT PROPERTY MAP NO. 14, VILLAGE OF CORRALES, SANDOVAL COUNTY, NEW MEXICO", FILED IN THE OFFICE OF THE COUNTY CLERK OF SANDOVAL COUNTY NEW MEXICO, ON DECEMBER 11, 1993, VOLUME



SANDOVAL COUNTY
200644580
Book-40? Page- 44580
2 of 2
09/05/2006 09:22:22 AM

3, FOLIO 1019-B, INSTRUMENT NO. 271.

DAVID C. IGLESIAS
United States Attorney

By: /s/ Stephen R. Kotz

STEPHEN R. KOTZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 224-1464
Fax: (505)346-7296

Signed and sworn to before me this 30th day of August, 2006, by Stephen R. Kotz in Bernalillo County, New Mexico.

NOTARY PUBLIC

My Commission Expires: 4/4/07

OFFICIAL SEAL
Melissa J. Murphy
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 4/4/07