IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO.  05-1849 JH |
| vs. ) | |
| ) | |
| DANA JARVIS, et al. ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

COMES NOW the United States of America by and through DAVID C. IGLESIAS, United States Attorney for the District of New Mexico, and STEPHEN R. KOTZ, Assistant United States Attorney for said District, and respectfully moves that the Court order the Clerk of this Court to issue a Writ of Habeas Corpus ad Testificandum directing the Metropolitan Detention Center, 415 Roma NW, Albuquerque, New Mexico to surrender Jay Lambros to the United States Marshal's Office for the District of New Mexico or his authorized representative and that the said United States Marshal or his authorized representative be directed to bring the said Jam Lambros to the United States Courthouse for the District of New Mexico for the purpose of testifying in the above-captioned case.

DAVID C. IGLESIAS
United States Attorney

*Electronically filed on October 16, 2006*

STEPHEN R. KOTZ
Assistant U.S. Attorney