**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**OCT 2 0 2006**

UNITED STATES OF AMERICA,
Plaintiff,

**MATTHEW J. DYKMAN**
CLERK

v.

№ 1:05cr01849-15 JH

DANA **JARVIS**, et al, ,
Defendants.

ORDER TO ALLOW DEFENDANT HOTHAN POSSESSION AND USE OF
LAPTOP COMPUTER AT CORNELL REGIONAL CORRECTIONS CENTER

THIS MATTER came before the court on defendant Hothan's Unopposed Unopposed *Motion for Order to Allow Possession and Use of Laptop Computer at Cornell Regional Corrections Center* (doc. 700), and noting no position taken by the prosecution,

THE COURT FINDS the motion well taken. Given the volumes of media, including DVDs of audio wiretaps and video surveillance, which have been produced as discovery in this case, defendant needs a reasonable means of personal access to that media in order to assist counsel. This would include several hours per day using a suitable computer for such review.

IT IS THEREFORE ORDERED that, unless the US Marshals or the Cornell Regional Detention Center officials file a written motion to reconsider this order within 10 days from its receipt, they shall enable defendant Hothan through his family to purchase and introduce forthwith a laptop with capacity

Order for Laptop.doc

709

for him to review the media disclosed by the government in this case throughout

the workday.

SIGNED AND ENTERED this ___18___ day of October, 2006.

HON JUDITH C. HERRERA
United States District Court Judge

Submitted:


Stephen D Aarons
Counsel for Defendant Hothan