**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 4

| 1. Program Code ▓▓▓ | 2. Cross File | Related Files | 3. File No. ▓▓▓ | 4. G-DEP Identifier ▓▓▓ |
|---|---|---|---|---|

| 5. By: SA Mark D. Pruessmann | 6. File Title ▓▓▓ |
|---|---|
| At: Albuquerque, New Mexico District Office | |

| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | 8. Date Prepared 07/12/05 |
|---|---|

9. Other Officers: SAs Scott Godier, Sean Vickers, and Michael Dahlstrom

10. Report Re: Surveillance of Ralph GREENE conducted on July 8, 2005.          (A)

### SYNOPSIS

The surveillance described below was conducted pursuant to intercepted telephone call 1776 over target cellular phone (520) 705-7130 utilized by Dana JARVIS on July 8, 2005 at approximately 4:15 p.m. in the course of a Title III investigation documented in this case. In this call, Ralph GREENE asked Dana JARVIS if it was a good time to stop by and JARVIS replied that it was.

n July 8, 2005, surveillance units followed Ralph GREENE from Dana JARVIS' residence located at 1440 Cielo Vista to 1920 Lead Ave. SE, Albuquerque, New Mexico (NM). Based on the surveillance, 1920 Lead Ave. SE is believed to be a residence associated with GREENE.

### DETAILS

1.  On Friday, July 8, 2005, at approximately 4:45 p.m., surveillance was established in the area of 1440 Cielo Vista, Bernalillo, NM (the residence of Dana JARVIS) in an attempt to ascertain further information concerning Ralph GREENE a/k/a "RB".

2.  At approximately 4:47 p.m., SA Scott Godier observed a white pick-up truck parked in the driveway of 1440 Cielo Vista.

| 11. Distribution: Division EPFD | 12. Signature (Agent) _SA Mark D. Pruessmann_ | 13. Date 07/13/05 |
|---|---|---|
| District | 14. Approved (Name and Title) Harry Paul Kaczmarek Group 2 Supervisor | 15. Date 7-15-05 |
| Other SARI | | |

DEA Form - 6
Jul. 1996)

MDP
1 - Prosecutor

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

US v Jarvis          3.153

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION**  *(Continuation)* | 2. G-DEP Identifier |
| | 3. File Title ███████ |

| 4. Page  2  of  4 | |
| 5. Program Code ███ | 6. Date Prepared 07/12/05 |

3. At approximately 5:19 p.m., SA Godier observed the white pick-up truck depart 1440 Cielo Vista and travel east towards Highway 528. SA Mark Pruessmann then observed the truck turn left onto Highway 528 traveling north. As the truck passed SA Pruessmann's location, SA Pruessmann identified Ralph GREENE as the driver and sole occupant of the truck. Furthermore, SA Pruessmann identified the truck as the same white Ford truck driven by GREENE observed on surveillance on June 30, 2005 (a 1997 Ford truck, license plate number 587-MMR, registered to Ralph B. GREEN, 8012 1st St. NW, Albuquerque, NM 87107. See DEA-6 dated 07/05/05 by SA Pruessmann Re: Surveillance of Dana JARVIS, David RIED, Ralph GREENE, Bill JONES, and Sam JONES at Double Eagle Airport on June 30, 2005 and the acquisition of Exhibit N-31).

4. The Ford truck driven by GREENE was continuously followed from Highway 528 to Highway 550 east and then to Interstate 25 south.

5. At approximately 5:50 p.m., SA Pruessmann observed the Ford truck driven by GREENE pull into the driveway of 1920 Lead Ave. SE, Albuquerque, NM. SA Pruessmann continued west on Lead Ave., loosing sight of the Ford truck.

6. At approximately 5:55 p.m., SA Pruessmann observed GREENEE exit a door on the east side of the building located at 1920 Lead Ave. SE, walk to and enter the white Ford truck. SA Pruessmann then observed the Ford truck back out of the driveway and travel north on Terrance Street (a side street located almost directly across from 1920 Lead Ave. SE).

7. At approximately 5:58 p.m., SAs Sean Vickers, Michael Dahlstrom, and Godier observed the Ford truck driven by GREENE enter the parking lot on the east side of Hollywood Video located on the corner of Girard Blvd. and Central Ave. Surveillance was unable to observe GREENE exit the truck at that time.

8. At approximately 6:00 p.m., SAs Pruessmann and Dahlstrom observed GREENE appear from the area of the Hollywood Video Store and walk into the Walgreens (Walgreens is located directly east of Hollywood Video on Central Ave. and share an adjacent parking area).

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned

Previous edition dated 8/94 may be used.

US v Jarvis                3.154

**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No ▓▓▓▓▓▓ | 2. G-DEP Identifier ▓▓▓ |
|---|---|---|
| | 3. File Title ▓▓▓▓▓▓▓ | |
| 4.<br>Page  3  of  4 | | |
| 5. Program Code ▓▓▓▓ | 6. Date Prepared<br>07/12/05 | |

9.  At approximately 6:08 p.m., SAs Pruessmann and Dahlstrom observed GREENE exit the Walgreens carrying a tan plastic bag and a white milk container. GREENE walked to the Ford truck and entered the driver's side.

10. At approximately 6:10 p.m., SAs Pruessmann and Dahlstrom observed the Ford truck driven by GREENE depart the Hollywood Video parking lot and travel south on Girard Ave. SA Vickers then observed the truck turn west on Lead Ave.

11. At approximately 6:14 p.m., SA Vickers observed the Ford truck driven by GREENE pull into the driveway of 1920 Lead Ave. SE.

12. At approximately 6:20 p.m., surveillance was terminated.

13. Upon returning to the Albuquerque District Office (ADO), SA Vickers, utilizing a computer database, identified 1920 Lead Ave. SE as a quad-plex apartment identified with the letters A through D. SA Vickers also discovered that Willow ADAMS was once associated with 1920 Lead Ave. SE (no apartment letter was listed). ADAMS is believed to be the sister of Jude AUSTIN and the former girlfriend of Dakota FITZNER. In 2001, AUSTIN was found in possession of approximately $400,000.00 during a traffic stop in Amarillo, Texas (TX). Both AUSTIN and FITZNER have since been identified as associates of the JARVIS drug trafficking organization (DTO) via source information and toll analysis.

14. SAs Vickers and Pruessmann also identified the property owner of 1920 Lead Ave. SE as Richard M. GREENE with a date of birth of 04/17/69. The relationship between Richard M. GREENE and Ralph B. GREENE if any are unknown at this time.

15. At approximately 7:00 p.m., SA Pruessmann returned to 1920 Lead Ave. SE in order to photograph the white truck parked in the driveway. Upon arriving, SA Pruessmann noticed that the Ford truck had already departed the area. SA Pruessmann photographed the residence (shown below) and terminated surveillance.

This report is the property of the Drug Enforcement Administration.<br>Neither it nor its contents may be disseminated outside the agency to which loaned.

US v Jarvis    3.155

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. ▓▓▓▓▓ | 2. G-DEP Identifier ▓▓▓▓ |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | |
| | 3. File Title ▓▓▓▓▓ | |
| 4. Page 4 of 4 | | |
| 5. Program Code ▓▓▓ | 6. Date Prepared 07/12/05 | |



1920 Lead Ave. SE

INDEXING

1. JARVIS, Dana – ▓▓▓▓▓

2. ADAMS, Willow ▓▓▓▓▓

3. FITZNER, Dakota – ▓▓▓▓▓

4. GREENE, Ralph ▓▓▓▓▓

5. AUSTIN, Jude – ▓▓▓▓▓



**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

US v Jarvis     3.156

Previous edition dated 8/94 may be used.