UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 28 2006

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

        Plaintiff

vs

DAVID REID,

        Defendant

CR 05 1849 JH

SUBSTITUTION OF ATTORNEY

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

I, DAVID REID, hereby substitute:

WALTER NASH
(Print Name of New Attorney)

110 S. CHURCH AVE., STE. 4297, TUCSON, AZ  85701
(Print Address)

(520) 792-1613      as attorney of record in place and stead of
Telephone Number

ZUBAIR ASLAMY
(Print Name of Present Attorney)

Dated: Oct. 6th, 2006.

_____
Defendant Signature

I CONSENT TO THE ABOVE SUBSTITUTION.

Dated: 10/11/06, 2006.

_____
Present Attorney Signature

ABOVE SUBSTITUTION ACCEPTED.

Dated: 10/6, 2006.

_____
New Attorney Signature

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Dated: _____, 2006.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

CR-14