FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 0 8 2006

MATTHEW J. DYKMAN
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Cause No. 05 CR 1849 JH

ADRIAN SANFORD,
    Defendant.

### ORDER AUTHORIZING TRAVEL

THIS MATTER, having come before the Court on Defendant's motion requesting authorization for the Defendant, Adrian Sanford, to travel from his home in Tucson, Arizona to Los Angeles, California, and the Court being fully advised in the premises finds good cause exists to grant request.

IT IS THEREFORE **ORDERED** that the Defendant, Adrian Sanford, be, and is hereby, authorized to travel from his home in Tucson, Arizona on Saturday, December 9, 2006 to Los Angeles, California for the purpose of a family vacation. Defendant will return to his home in Tucson, Arizona on Thursday, December 14, 2006.

_____
JUDITH C. HERERRA
United States District Court Judge

Submitted by:

_____
ROBERT R. COOPER
Counsel for Defendant

794