# Aris Associates Ltd.

1221 North Dearborn Parkway
Suite 1203 South
Chicago, Illinois 60610-2247

Phone: 312-802-5900
FAX:   312-664-0381
E-mail: ArisAssociates@rcn.com

# Via E-mail

TO: Mr. James Braun
Assistant U.S. Attorney

FROM: Sanford A. Angelos
DEA Senior Forensic Chemist (retired)

SUBJECT: RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN
UNITED STATES v. Javis et. al. No: 05-1849JH
DEA Case No. IB-05-0015

DATE: January 23, 2007

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G):

1. My name is Sanford A. Angelos

2. I retired as an employee of the Department of Justice, Drug Enforcement Administration (DEA) on January 20, 2006. Up to that time I was employed in the capacity of Senior Forensic Chemist. My statements in sections below are based on my knowledge, skill, experience, training and education. My experience, education and training are described in detail in Attachment A.

3. The opinions described below are based on chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results.

4. I examined and analyzed the substance(s) contained in the exhibits, which were submitted for analysis in the above referenced case.

5. In my opinion, the substance referred to herein as DEA Case No. IB-05-0015, Exhibit #1a thru k Lab No. 166370 has been identified as follows:

    a. Active drug ingredient: Marijuana
    b. Quantitative results: Not Applicable
    c. Net Weight: 1010 grams



Page 1 of 4

RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN
UNITED STATES v. Javis et. al. No: 05-1849JH
DEA Case No. IB-05-0015

The opinion stated in the previous section is based on the following physical, chemical, and instrumental analyses for all eleven (11) samples:

i. Gas Chromatography-Mass Spectrometry
ii. Microscopic examination
iii. Chemical reaction test (Duquenois-Levine)

6. In my opinion, the substance referred to herein as DEA Case No. IB-05-0015, Exhibit #2a thru k DEA Lab No. 166371 has been identified as follows:

   a. Active drug ingredient: Marijuana
   b. Quantitative results: Not Applicable
   c. Net Weight: 1053 grams

The opinion stated in the previous section is based on the following physical, chemical, and instrumental analyses for all eleven (11) samples:

i. Gas Chromatography-Mass Spectrometry
ii. Microscopic examination
iii. Chemical reaction test (Duquenois-Levine)

7. In my opinion, the substance referred to herein as DEA Case No. IB-05-0015, Exhibit #3 DEA Lab No. 166372 has been identified as follows:

   a. Active drug ingredient: Marijuana
   b. Quantitative results: Not Applicable
   c. Net Weight: 145.2 grams

The opinion stated in the previous section is based on the following physical, chemical, and instrumental analyses for all five (5) samples:

i. Gas Chromatography-Mass Spectrometry
ii. Microscopic examination
iii. Chemical reaction test (Duquenois-Levine)

RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN
UNITED STATES v. Javis et. al. No: 05-1849JH
DEA Case No. IB-05-0015

8.     In my opinion, the substance referred to herein as DEA Case No. IB-05-0015, Exhibit #4 DEA Lab No. 166373 has been identified as follows:

    a. Active drug ingredient: Marijuana
    b. Quantitative results: Not Applicable
    c. Net Weight: 4488 grams

    The opinion stated in the previous section is based on the following physical, chemical, and instrumental analyses for all ten (10) samples:

    i. Gas Chromatography-Mass Spectrometry
    ii. Microscopic examination
    iii. Chemical reaction test (Duquenois-Levine)

9.     In my opinion, the substance referred to herein as DEA Case No. IB-05-0015, Exhibit #5 DEA Lab No. 166374 has been identified as follows:

    a. Active drug ingredient: Marijuana
    b. Quantitative results: Not Applicable
    c. Net Weight: 647.9 grams

    The opinion stated in the previous section is based on the following physical, chemical, and instrumental analyses for all two (2) samples:

    i. Gas Chromatography-Mass Spectrometry
    ii. Microscopic examination
    iii. Chemical reaction test (Duquenois-Levine)

RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN
UNITED STATES v. Javis et. al. No: 05-1849JH
DEA Case No. IB-05-0015

Attachment A   CV of Sanford A. Angelos