

# U. S. Department of Justice
Drug Enforcement Administration

North Central Laboratory
536 S. Clark Street Room 800
Chicago, IL 60605

To: James R. W. Braun
Assistant U. S. Attorney

From: Anthony C. Harris
DEA Forensic Chemist

Approved: Patricia A. Brown    01-25-2007
Laboratory Director

Subject: Rule 16(a)(1)(E) Summary of Testimony in
United States v. Dana Jarvis et al
USDC Case No. CR-05-1849JH
DEA Case No. IB-05-0015

Date: January 23, 2007

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(E)

1. My name is: Anthony C. Harris

2. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA), in the capacity of Forensic Chemist, and was so employed when I conducted the examinations and analyses described below. My qualifications to interpret the results described below are based on my knowledge, skill, experience, training, and education. My experience, education, and training are described in detail in Attachment A.

3. The opinions described below are based on chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results.

4. I examined and analyzed the substance(s) contained in the exhibit, which was submitted for analysis in the above referenced case.



GOVERNMENT EXHIBIT 7

SUBJECT: RULE 16(a)(1)(E) SUMMARY OF TESTIMONY IN
UNITED STATED v. Dana Jarvis et al
USDC Case No. CR-05-1849JH
DEA Case No. IB-05-0015

5. In my opinion, the substance referred to herein as DEA Case No. IB-05-0015, Exhibit # 8, DEA Lab No. 166442 has been identified as follows:

   a. Active drug ingredient: Marijuana
   b. Net Weight: 6690 grams

   The opinion stated in the previous section is based on the following physical, chemical, and instrumental analyses:

   i. Microscopic Examination
   ii. Modified Duquenois Levine color test
   iii. Gas Chromatography with Mass Spectrometry

6. In my opinion, the substance referred to herein as DEA Case No. IB-05-0015, Exhibit # 9, DEA Lab No. 166443 has been identified as follows:

   a. Active drug ingredient: Marijuana
   b. Net Weight: 4876 grams

   The opinion stated in the previous section is based on the following physical, chemical, and instrumental analyses:

   i. Microscopic Examination
   ii. Modified Duquenois Levine color test
   iii. Gas Chromatography with Mass Spectrometry

7. In my opinion, the substance referred to herein as DEA Case No. IB-05-0015, Exhibit # 10A-K, DEA Lab No. 166717 has been identified as follows:

   a. Active drug ingredient: Marijuana
   b. Net Weight: 22.4 grams

   The opinion stated in the previous section is based on the following physical, chemical, and instrumental analyses:

   i. Microscopic Examination
   ii Modified Duquenois Levine color test
   iii. Gas Chromatography with Mass Spectrometry

SUBJECT: RULE 16(a)(1)(E) SUMMARY OF TESTIMONY IN
UNITED STATED v. Dana Jarvis et al
USDC Case No. CR-05-1849JH
DEA Case No. IB-05-0015

8. In my opinion, the substance referred to herein as DEA Case No. IB-05-0015, Exhibit # 12, DEA Lab No. 166692 has been identified as follows:

    a. Active drug ingredient: Marijuana
    b. Net Weight: 8765 grams

   The opinion stated in the previous section is based on the following physical, chemical, and instrumental analyses:

    i. Microscopic Examination
    ii Modified Duquenois Levine color test
    iii. Gas Chromatography with Mass Spectrometry

9. In my opinion, the substance referred to herein as DEA Case No. I2-05-0010, Exhibit # 13, DEA Lab No. 166693 has been identified as follows:

    a. Active drug ingredient: Marijuana
    b. Net Weight: 5324 grams

   The opinion stated in the previous section is based on the following physical, chemical, and instrumental analyses:

    i. Microscopic Examination
    ii Modified Duquenois Levine color test
    iii. Gas Chromatography with Mass Spectrometry



**U. S. Department of Justice**
Drug Enforcement Administration
North Central Laboratory
536 S. Clark Street Room 800
Chicago, IL 60605

To: James R. W. Braun
Assistant U. S. Attorney

From: Anthony C. Harris
DEA Forensic Chemist

Approved: Patricia A. Brown  01-25-2007
Laboratory Director

Subject: Rule 16(a)(1)(E) Summary of Testimony in
United States v. Dana Jarvis et al
USDC Case No. CR-05-1849JH
DEA Case No. I2-05-0010

Date: January 23, 2007

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(E)

1. My name is: Anthony C. Harris

2. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA), in the capacity of Forensic Chemist, and was so employed when I conducted the examinations and analyses described below. My qualifications to interpret the results described below are based on my knowledge, skill, experience, training, and education. My experience, education, and training are described in detail in Attachment A.

3. The opinions described below are based on chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results.

4. I examined and analyzed the substance(s) contained in the exhibit, which was submitted for analysis in the above referenced case.

SUBJECT: RULE 16(a)(1)(E) SUMMARY OF TESTIMONY IN
UNITED STATED v. Dana Jarvis et al
USDC Case No. CR-05-1849JH
DEA Case No. I2-05-0010

5. In my opinion, the substance referred to herein as DEA Case No. I2-05-0010, Exhibit # 1, DEA Lab No. 166340 has been identified as follows:

    a. Active drug ingredient: Marijuana
    b. Net Weight: 4228 grams

    The opinion stated in the previous section is based on the following physical, chemical, and instrumental analyses:

    i. Microscopic Examination
    ii. Modified Duquenois Levine color test
    iii. Gas Chromatography with Mass Spectrometry

6. In my opinion, the substance referred to herein as DEA Case No. I2-05-0010, Exhibit # 2, DEA Lab No. 166341 has been identified as follows:

    a. Active drug ingredient: Marijuana
    b. Net Weight: 198.2 grams

    The opinion stated in the previous section is based on the following physical, chemical, and instrumental analyses:

    i. Microscopic Examination
    ii. Modified Duquenois Levine color test
    iii. Gas Chromatography with Mass Spectrometry

7. In my opinion, the substance referred to herein as DEA Case No. I2-05-0010, Exhibit # 3, DEA Lab No. 166342 has been identified as follows:

    a. Active drug ingredient: Marijuana
    b. Net Weight: 50.1 grams

    The opinion stated in the previous section is based on the following physical, chemical, and instrumental analyses:

    i. Microscopic Examination
    ii Modified Duquenois Levine color test
    iii. Gas Chromatography with Mass Spectrometry

SUBJECT: RULE 16(a)(1)(E) SUMMARY OF TESTIMONY IN
UNITED STATED v. Dana Jarvis et al
USDC Case No. CR-05-1849JH
DEA Case No. I2-05-0010

8. In my opinion, the substance referred to herein as DEA Case No. I2-05-0010, Exhibit # 4.01, DEA Lab No. 166343 has been identified as follows:

    a. Active drug ingredient: Marijuana
    b. Net Weight: 43.1 grams

    The opinion stated in the previous section is based on the following physical, chemical, and instrumental analyses:

    i. Microscopic Examination
    ii Modified Duquenois Levine color test
    iii. Gas Chromatography with Mass Spectrometry

9. In my opinion, the substance referred to herein as DEA Case No. I2-05-0010, Exhibit # 4.02, DEA Lab No. 166343 has been identified as follows:

    a. Active drug ingredient: Marijuana Resin (Hashish)
    b. Net Weight: 2.2 grams

    The opinion stated in the previous section is based on the following physical, chemical, and instrumental analyses:

    i. Microscopic Examination
    ii Modified Duquenois Levine color test
    iii. Gas Chromatography with Mass Spectrometry

10. In my opinion, the substance referred to herein as DEA Case No. I2-05-0010, Exhibit # 5, DEA Lab No. 166344 has been identified as follows:

    a. Active drug ingredient: Marijuana
    b. Net Weight: 4.8 grams

    The opinion stated in the previous section is based on the following physical, chemical, and instrumental analyses:

    i. Microscopic Examination
    ii Modified Duquenois Levine color test
    iii. Gas Chromatography with Mass Spectrometry