## RICHARD STARK
Special Agent
Drug Enforcement Administration
United States Department of Justice

### Education

Bachelor of Arts (1994)                              University of New Mexico
Political Science/U.S. History                       Albuquerque, N.M.

### Experience

Special Agent                                        Albuquerque, N.M. (1/00-present)
Drug Enforcement Administration                      Tucson, Az. (1/96-1/00)
January 1996 – Present

SWAT TEAM Medic                                      Albuquerque, N.M.
Bernalillo County Sheriff's Department
1992 – 1996

Medic/DOE Central Training Academy                   Albuquerque, N.M.
Kirtland AFB
1990 – 1996

Intelligence/Analyst                                 Los Alamos, N.M.
Los Alamos National Laboratory
1992 – 1994

Life Flight Medic                                    Albuquerque, N.M.
University of New Mexico Hospital (1987-1995)        Boston, Mass.
Boston Med Flight (1984 – 1987)

### Relevant Training

DEA Basic Agent School – 16 weeks                    Quantico, Va.
Conspiracy and Complex Investigations School         Quantico, Va.
Instructor, Complex Conspiracy School                Quantico, Va.
Reid Technique of Interviewing and Interrogation     Albuquerque, N,M,
Identifying Lies and Disguise Interviewing Training  Tucson, Az.
DEA Special Operations TIII Basic Training Course    Washington D.C.
DEA Special Operations TIII Advanced Training Course Washington, D.C
DEA Special Operations Internet Exploitation Program Washington, D.C.
Asset Forfeiture Training                            Columbia, SC and El Paso, Tx.
TIII Investigations                                  El Paso, Tx. and Tucson, Az.
Advanced Agent Training                              Quantico, Va.
Advanced Air Marshal Training                        Artesia, N.M.



## Specialized Experience

Since 1996, I have worked almost exclusively on multi-defendant, multi jurisdictional complex conspiracy investigations involving narcotics violations of both federal and state laws. I have conducted or assisted with more than ten Title-III investigations in Tucson, Arizona and Albuquerque, New Mexico. Each Title-III investigation targeted violations of smuggling and distribution of controlled substances. During this time period I have also participated in numerous other narcotics investigations.

As the case agent on Title-III intercepts, as well as other multi-jurisdictional narcotics investigations my duties include, but are not limited to, management of confidential sources and undercover agents, report writing, acquisition and execution of search, seizure, and arrest warrants, testimony, coordination with other federal, state, and local law enforcement agencies, and general case strategy.

During these investigations, coupled with my training and experience, I have observed methods employed by drug traffickers and tools of the drug trafficking trade. For instance, it is common for drug traffickers to carry or have access to firearms to protect themselves and their illicit property, to include large amounts of drugs and cash, from other drug traffickers or the common criminal element. Furthermore, it is common for drug traffickers to utilize telecommunication devices (i.e., cellular telephones, residential and commercial telephones, pagers, email, facsimiles, and other communication devices) to facilitate their drug trafficking activities. Certain examples of such facilitation include arranging for the delivery of drugs from sources of supply, arranging for the delivery of monies derived from the sale of drugs to the sources of supply, arranging for the sale of drugs to lower level members of the organization, and arranging for the retrieval of monies derived from the sale of drugs to the lower level members. During these communications, drug traffickers often utilize code words, usually known only among the members of the specific drug trafficking organization, to express or direct their drug trafficking activities.