JARVIS, DANA
Schedule of Unexplained Source of Funds
Calendar Years 1999 - 2005

M. Albers
1-19-07

| Description | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|---|---|---|
| **Bank Deposits:** | | | | | | | | |
| Bank of America #002064492265 - CRB Payroll | $68,977.14 | $120,067.29 | $73,253.85 | $96,211.07 | $88,098.11 | $51,197.46 | $7,869.09 | $505,674.01 |
| Bank of America #002064192936 - CRB Operating | $298,139.10 | $272,477.10 | $322,233.49 | $276,160.27 | $195,796.72 | $113,602.74 | $2,674.20 | $1,481,083.62 |
| Bank of America #0011-1122-8357 - Dana Jarvis Chk | $6,460.46 | $100,822.50 | $54,332.97 | $27,629.96 | | | | $189,245.89 |
| Bank One #4045-5157 - Dana Jarvis Savings | $5,533.31 | $4,934.89 | $160.96 | $27.96 | $31.60 | $4,995.54 | $17,898.44 | $33,582.70 |
| Bank One #661565861 - D. Jarvis/M. Kerwin Chk | | | | | | $26,788.97 | $570.00 | $27,358.97 |
| Bank One #689832822 - Dana Jarvis Checking | | | | | | | $14,750.00 | $14,750.00 |
| First State Bank #1223801 - Dana Jarvis Savings | $16,201.52 | $20,184.36 | $36,798.44 | $81,744.18 | $38,661.83 | $32,940.62 | $46,855.56 | $273,386.51 |
| First State Bank #1874527 - Dana Jarvis Chk | | | | $49,551.80 | $92,330.96 | $76,347.22 | $116,772.94 | $335,002.92 |
| Community Bank #271021353 - D.Jarvis/D.Fitzner Chk | $7,579.75 | $3,304.31 | | | | | | $10,884.06 |
| **Total Deposits** | $402,891.28 | $521,790.45 | $486,779.71 | $531,325.24 | $414,919.22 | $305,872.55 | $207,390.23 | $2,870,968.68 |
| | | | | | | | | |
| **Plus:** | | | | | | | | |
| Cash Expenditures Itemized | $33,463.11 | $21,052.50 | $4,541.85 | $8,222.88 | $6,920.98 | $1,205.17 | $4,599.68 | $80,006.17 |
| Petty Cash Ledger/Account | $342,918.23 | $269,481.75 | $82,760.00 | $1,585.00 | $100.00 | | | $696,844.98 |
| Money Order payments to Charter Bank for 1440 Calle Cielo Vista mortgage (Exh. 68, Pgs. 80-89) | $1,152.00 | $4,122.48 | | | | | | $5,274.48 |
| Cash given to Barbara Hanna (DEA6; $150K Seized on 8/25/05) | | $200,000.00 | | | | | | $200,000.00 |
| Cash Seizures - Ayla Jarvis 10/28/04 (DEA6) | | | | | | $287,210.00 | | $287,210.00 |
| Cash Seizures - Geno Berthod 3/25/05 (DEA6) | | | | | | | $233,830.00 | $233,830.00 |
| Cash Seizures - Jude Austin 12/18/01 (Texas DPS Report) | | | $400,000.00 | | | | | $400,000.00 |
| Purchase of Cessna N3AJ (Cash pmts to Dan Roach - See Memo of Conv. Dated 8-30-05) | | | | | | $45,000.00 | | $45,000.00 |
| Cashier's Check from Century Bank to Close Refi on 1440 Calle Cielo Vista - 4/16/02 (Exhibit #28, 3) | | | | $1,312.17 | | | | $1,312.17 |
| Down pmt on 13 Enebro Rd - 8/2/01 ($20K Official Check less $15K W/D from 1St State Bank #1223801 - Exhibit #13; Exh. #56, Pg. 56) | | | $5,000.00 | | | | | $5,000.00 |
| Cash Pmt to Ralph Greene in 2002 to keep Launchpad open (DEA6) | | | | $45,000.00 | | | | $45,000.00 |
| Loan repayment to Barbara Hanna in 2005 | | | | | | | $5,000.00 | $5,000.00 |
| Continental Steel checks to Santa Fe Consulting (a/k/a Dana Jarvis during 2/05 and 7/05) | | | | | | | $2,750.00 | $2,750.00 |
| Cash Payments to RC Aviation | | | | | | $65,389.55 | $59,666.96 | $125,056.51 |


GOVERNMENT EXHIBIT 14

Page 1 of 2

JARVIS, DANA
Schedule of Unexplained Source of Funds
Calendar Years 1999 - 2005

M. Albers
1-19-07

| Description | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|---|---|---|
| **Less:** | | | | | | | | |
| **Reported Income (Per Form 1040):** | | | | | | | (No Return Filed) | |
| Interest Income | $4,526.00 | $7,249.00 | $6,783.00 | $6,044.00 | $4,965.00 | $3,026.00 | $0.00 | $32,593.00 |
| Dividends | $1,502.00 | $3,506.00 | $4,059.00 | $2,856.00 | $2,897.00 | $1,584.00 | $0.00 | $16,404.00 |
| Taxable Refunds | $39.00 | | $13.00 | $13.00 | $0.00 | $0.00 | $0.00 | $65.00 |
| Installment Sale Income | $8,129.00 | $980.00 | $1,630.00 | $2,527.00 | $2,113.00 | $2,385.00 | $0.00 | $17,764.00 |
| Rental Income & Trust Income | $4,221.00 | $857.00 | $1,057.00 | $670.00 | $17,930.00 | $8,375.00 | $0.00 | $33,110.00 |
| Schedule C Gross - Bar | $323,739.00 | $340,251.00 | $356,273.00 | $364,251.00 | $253,045.00 | $162,440.00 | $0.00 | $1,799,999.00 |
| Schedule C Gross - Pool Tables | $16,240.00 | $15,068.00 | $13,920.00 | $13,695.00 | $12,248.00 | $9,022.00 | $0.00 | $80,193.00 |
| | | | | | | | | |
| **Less:** | | | | | | | | |
| Cash Expenditures reflected in Petty Cash Ledgers(1) | $33,463.11 | $21,052.50 | $4,541.85 | $1,585.00 | $100.00 | $0.00 | $0.00 | $60,742.46 |
| Proceeds from Evergreen property (Dep into 1st St. Bank...4527 on 6/24/05; Exh. N-201, Pg. 488) | | | | | | | $56,208.47 | $56,208.47 |
| Refund Deposit on 13 Enebro - 6/20/01 (Redeposited into BofA...8357; Exhibit 13) | | | $5,000.00 | | | | | $5,000.00 |
| Refinance of 1440 Cielo Vista - 8/22/00 (Deposited into BofA...8357 on 9/1/00 - Exh. #3) | | $60,240.90 | | | | | | $60,240.90 |
| Cash W/Ds from Bank (up to cash deps) | $12,183.00 | $10,500.00 | $37,344.33 | $12,987.00 | $5,579.33 | $4,163.28 | $14,330.00 | $97,086.94 |
| Bank Transfers included in deposits | $20,750.00 | $77,400.00 | $50,121.11 | $72,225.06 | $97,399.00 | $65,038.32 | $86,225.00 | $469,158.49 |
| Schedule of Non-Income Deposits | $3,687.16 | $9,644.28 | $23,902.05 | $43,220.33 | $6,354.13 | $16,932.33 | $32,951.15 | $136,691.43 |
| Missing Deposits | $89,667.89 | $298.58 | $3,657.52 | $9,197.01 | $6,073.50 | $0.00 | $2,570.00 | $111,464.50 |
| | | | | | | | | |
| **Difference:** | | | | | | | | |
| **Unexplained Source of Funds Available** | $262,277.46 | $529,640.82 | $475,779.70 | $11,862.72 | $13,236.24 | $431,711.34 | $320,952.25 | $2,045,460.53 |

(1) Backed out cash expenditures up to amount included as additional source of funds from petty cash ledgers, since a majority of these expenses are deductions from the petty cash ledgers.