Schedule of Non-Income Deposits (All Bank Accounts)  
Dana Jarvis  
1999 - 2005

M. Albers  
11-15-06

| Date | Description | Account | Amount | Remarks | Exhibit Reference | Page # |
|---|---|---|---|---|---|---|
| 01/04/99 | Unknown Check | BofA ...2936 | $110.00 | | N-187 | 524 |
| 02/02/99 | Unknown Check | BofA ...2936 | $104.75 | | N-187 | 525 |
| 03/02/99 | Unknown Check | BofA ...2936 | $189.35 | | N-187 | 534 |
| 04/05/99 | Unknown Check | BofA ...2936 | $1,339.00 | | N-187 | 524 |
| 04/09/99 | Unknown Check | BofA ...2936 | $20.00 | | N-187 | 524 |
| 04/13/99 | U.S. Treasury | BofA ...8357 | $565.00 | | 55 | 13 |
| 04/21/99 | Unknown Check | BofA ...2936 | $50.00 | | N-187 | 525 |
| 05/26/99 | Unknown Check | BofA ...2936 | $133.15 | | N-187 | 526 |
| 06/02/99 | Unknown Check | BofA ...2936 | $280.00 | | N-187 | 527 |
| 07/08/99 | Unknown Check | BofA ...2936 | $61.00 | | N-187 | 527 |
| 08/25/99 | City of ABQ | BofA ...8357 | $68.05 | | 55 | 25 |
| 08/25/99 | Hotel Santa Fe | BofA ...8357 | $276.61 | | 55 | 25 |
| 09/13/99 | Unknown Check | BofA ...2936 | $490.25 | | N-187 | 523 |
| 10/13/99 | Donrey Media Group | BofA ...2936 | $2,000.00 | | 38 | P3775 |
| 10/13/99 | | | ($2,000.00) | Already reflected in Sch. E Income | 85 | 129 |
| 10/26/99 | Bowlin | BofA ...2936 | $1,700.00 | | 38 | P3772 |
| 10/26/99 | | | ($1,700.00) | Already reflected in Sch. E Income | 85 | 129 |
| Total 99 | | | $3,687.16 | | | |
| 01/27/00 | (*) | BofA ...2936 | $90.45 | | 38 | P4624 |
| 02/01/00 | Bowlin | BofA ...2936 | $1,700.00 | Not claimed as income on tax return | 38 | P4625 |
| 02/03/00 | Donrey Media Group | BofA ...2265 | $2,000.00 | | 37 Section 2 | 129 |
| 05/08/00 | (*) | BofA ...2936 | $24.00 | | 38 | P5928 |
| 06/29/00 | Benrique De Mars Glidden | BofA ...2936 | $75.00 | 3rd Party Check | 38 | P5935 |
| 07/14/00 | Refund Monthly Maint. Fee | BofA ...2265 | $5.00 | | 37 | 77 |
| 08/04/00 | Return of Posted Check | BofA ...2265 | $176.40 | | 37 | 80 |
| 09/05/00 | (*) | BofA ...2936 | $25.00 | | 38 | P5914 |
| 11/22/00 | Charter Bank | BofA ...8357 | $1,111.97 | | 55 | 105-108 |
| 11/22/00 | Farmers Insurance | BofA ...8357 | $171.07 | | 55 | 105-108 |
| 11/22/00 | Farmers Insurance | BofA ...8357 | $158.90 | | 55 | 105-108 |
| 11/22/00 | National Geographic | BofA ...8357 | $29.00 | | 55 | 105-108 |
| 11/22/00 | St. Paul Fire and Marine Insurance | BofA ...8357 | $81.00 | | 55 | 105-108 |
| 11/22/00 | State of Colorado | BofA ...8357 | $9.00 | | 55 | 105-108 |

GOVERNMENT EXHIBIT 16

Schedule of Non-Income Deposits (All Bank Accounts) — M. Albers
Dana Jarvis — 11-15-06
1999 - 2005

| Date | Description | Account | Amount | Remarks | Exhibit Reference | Page # |
|---|---|---|---|---|---|---|
| 11/22/00 | State of New Mexico | BofA ...8357 | $947.00 | | 55 | 105-108 |
| 12/29/00 | Valley National Bank | 1st State ...3801 | $3,040.49 | Longshadows Cashier's Check | 44 | 143, 144 |
| **Total 00** | | | **$9,644.28** | | | |
| 01/12/01 | Allsups Money Order | 1st State ...3801 | $800.00 | Cathy Morgan rent on 28 Quail Run | 44 | 146, 147 |
| 01/31/01 | Bowlin | BofA ...2936 | $1,700.00 | | 38 | P4612, P4631 |
| 02/20/01 | Albertson's Money Order | 1st State ...3801 | $850.00 | Cathy Morgan rent on 28 Quail Run | 44 | 149, 150 |
| 02/26/01 | Media Company | BofA ...2936 | $2,000.00 | | 38 | P5028 |
| 03/05/01 | (*) | BofA ...2936 | $1,700.00 | Bowlin ??? | 38 | P4637 |
| 03/05/01 | Brown & Brown of NM | BofA ...2936 | $700.54 | | 38 | P4637 |
| 03/05/01 | Traveler's Express Money Order | 1st State ...3801 | $1,000.00 | Felicia Davis rent on Cielo Vista | 44 | 151 |
| 04/03/01 | Carpenters 528 Storage | BofA ...8357 | $11.31 | | 55 | 136 |
| 04/16/01 | Joe Maloof and Company | BofA ...2936 | $404.64 | | 38 | P4610 |
| 04/27/01 | US Postal Money Orders | 1st State ...3801 | $850.00 | Cathy Morgan rent on 28 Quail Run | 44 | 157 |
| 05/07/01 | Official Check | 1st State ...3801 | $2,000.00 | Felicia Davis rent on Cielo Vista | 44 | 158 |
| 05/11/01 | US Postal Money Orders | 1st State ...3801 | $850.00 | Cathy Morgan rent on 28 Quail Run | 44 | 159 |
| 06/20/01 | Farmers Insurance | BofA ...8357 | $27.67 | | 55 | 174, 176 |
| 06/20/01 | Territorial Abstract & Title Co | BofA ...8357 | $5,000.00 | | 55; 56 | 174-175; 79 |
| 06/20/01 | Territorial Abstract & Title Co | BofA ...8357 | ($5,000.00) | Itemized seperately on the Schedule of Unexplained Source of Funds | | |
| 07/17/01 | Victoria Secret | BofA ...8357 | $137.55 | 3rd Party Check | 55 | 192, 194 |
| 07/17/01 | Vigil Contracting Services | BofA ...8357 | $92.48 | 3rd Party Check | 55 | 192, 195 |
| 07/25/01 | Advantage Rent A Car | BofA ...2936 | $500.00 | Check Card Return | 38 | 91 |
| 07/25/01 | Advantage Rent A Car | BofA ...2936 | $500.00 | Check Card Return | 38 | 91 |
| 07/25/01 | Advantage Rent A Car | BofA ...2936 | $500.00 | Check Card Return | 38 | 91 |
| 07/25/01 | Advantage Rent A Car | BofA ...2936 | $500.00 | Check Card Return | 38 | 91 |
| 07/25/01 | Advantage Rent A Car | BofA ...2936 | $417.00 | Check Card Return | 38 | 91 |
| 07/25/01 | Advantage Rent A Car | BofA ...2936 | $407.26 | Check Card Return | 38 | 91 |
| 07/25/01 | Advantage Rent A Car | BofA ...2936 | $200.00 | Check Card Return | 38 | 91 |
| 08/02/01 | Farmers Insurance | BofA ...8357 | $135.40 | Todd Ward | 55 | 197, 199 |
| 08/02/01 | Farmers Insurance | BofA ...8357 | $120.80 | Todd Ward | 55 | 197, 200 |
| 08/02/01 | Farmers Insurance | BofA ...8357 | $115.20 | Todd Ward | 55 | 197, 201 |
| 08/02/01 | PNM | BofA ...8357 | $107.21 | Todd Ward | 55 | 197, 202 |

| Date | Description | Account | Amount | Remarks | Exhibit Reference | Page # |
|---|---|---|---|---|---|---|
| 08/07/01 | Farmers Insurance | BofA ...8357 | $174.48 | | 55 | 203, 204 |
| 08/10/01 | Refund Adjustment | BofA ...2936 | $36.16 | | 38 | 94 |
| 08/17/01 | Farmers Insurance | BofA ...8357 | $259.00 | | 55 | 222, 223 |
| 09/07/01 | Territorial Abstract & Title Co | BofA ...8357 | $26.37 | | 55 | 228, 230 |
| 10/01/01 | Albertson's Money Order | 1st State ...3801 | $850.00 | Cathy Fitzgerald rent on 28 Quail Run | 44 | 172 |
| 10/09/01 | Diana Schultz | BofA ...2936 | $17.00 | | 38 | P4998 |
| 10/09/01 | Veneklasen Property Management | BofA ...8357 | $661.98 | | 55 | 241, 242 |
| 12/17/01 | Debit General Ledger | 1st State ...3801 | $2,625.00 | First State Bank Acct #4105 | 44 | 181 |
| 12/17/01 | State of NM Human Services | 1st State ...3801 | $225.00 | Catheryn Fitzgerald | 44 | 181 |
| 12/27/01 | St. Michaels High School | BofA ...8357 | $2,400.00 | | 55 | 274, 275 |
| **Total 01** | | | **$23,902.05** | | | |
| 01/08/02 | New Mexico Mutual | BofA ...8357 | $16.00 | | 55 | 276, 277 |
| 01/08/02 | Thaddeus Verchinski | BofA ...8357 | $1,000.00 | | 55 | 276, 278 |
| 02/05/02 | Farmers Insurance | BofA ...8357 | $37.34 | | 55 | 296, 297 |
| 02/05/02 | Farmers Insurance | BofA ...8357 | $39.30 | | 55 | 296, 298 |
| 02/11/02 | New Mexico Mutual | 1st State ...3801 | $19.00 | | 44 | 194 |
| 02/19/02 | Clear Channel Worldwide | BofA ...2936 | $2,000.00 | | 38 | P4710 |
| 02/19/02 | Lamar Companies | BofA ...2936 | $1,700.00 | Club R&B | 38 | P4711 |
| 02/28/02 | State of Colorado | 1st State ...3801 | $13.00 | | 44 | 196 |
| 03/01/02 | Farmers Insurance | 1st State ...3801 | $7,895.25 | Payable to Geno Berthod | 44 | 197 |
| 04/08/02 | Leslie Warner | BofA ...2936 | $1,000.00 | | 38 | P4727 |
| 05/24/02 | Fairbanks Capital Corp | First State ...4527 | $969.15 | | 43 | P402 |
| 05/24/02 | U.S. Treasury | First State ...4527 | $2,071.93 | 12/98 Club R&B | 43 | P402 |
| 05/30/02 | Return of Posted Check | BofA ...2265 | $1,127.26 | | 37 | 165 |
| 05/30/02 | Return of Posted Check | BofA ...2265 | $277.05 | | 37 | 165 |
| 05/31/02 | Return of Posted Check | BofA ...2265 | $613.82 | | 37 | 165 |
| 05/31/02 | Return of Posted Check | BofA ...2265 | $85.65 | | 37 | 166 |
| 06/02/02 | Return of Posted Check | BofA ...2265 | $393.80 | | 37 | 168 |
| 07/01/02 | Community Bank | 1st State ...3801 | $7,300.00 | Willow Adams Cashier's Check | 44 | 211, 212 |
| 07/12/02 | Return of Posted Check | BofA ...2265 | $82.04 | | 37 | 173 |
| 07/16/02 | Return of Posted Check | BofA ...2265 | $503.39 | | 37 | 173 |
| 08/16/02 | Merrick Bank Corp | First State ...4527 | $202.77 | | 43 | P413, P414 |

Schedule of Non-Income Deposits (All Bank Accounts)
Dana Jarvis
1999 - 2005

M. Albers
11-15-06

| Date | Description | Account | Amount | Remarks | Exhibit Reference | Page # |
|---|---|---|---|---|---|---|
| 08/16/02 | National City Bank | 1st State ...3801 | $9,465.25 | Willow Adams payee; Dakota Fitzner Insured | 44 | 215 |
| 08/16/02 | Territorial Abstract & Title Co | 1st State ...3801 | $5,000.00 | | 44 | 215 |
| 10/08/02 | Merrick Bank Corp | First State ...4527 | $1,254.33 | | 43 | P425 |
| 11/08/02 | John Fegan | BofA ...2936 | $25.00 | | 38 | P4906 |
| 11/18/02 | Roto Rooter | First State ...4527 | $25.00 | | 43 | P431 |
| 12/06/02 | Ingri McKinley | First State ...4527 | $50.00 | Loan Payment | 43 | P437 |
| 12/11/02 | Nancy Youngblood | First State ...4527 | $54.00 | | 43 | P438 |
| **Total 02** | | | **$43,220.33** | | | |
| 01/21/03 | Valerie Steel | BofA ...2936 | $30.00 | Payable to John Nieto | 38 | P4964 |
| 01/27/03 | Gwen Adickes | BofA ...2936 | $25.00 | | 38 | P4956 |
| 01/27/03 | Karen Summers | BofA ...2936 | $20.00 | | 38 | P4958 |
| 01/27/03 | Michael Garfias | BofA ...2936 | $50.00 | | 38 | P4957 |
| 01/27/03 | Tim Erwin | BofA ...2936 | $50.00 | | 38 | P4954 |
| 02/04/03 | Merrick Bank Corp | First State ...4527 | $4.00 | | 43 | P443, P444 |
| 02/18/03 | Lamar Companies | BofA ...2936 | $1,700.00 | | 38 | P4995 |
| 02/18/03 | | | ($1,700.00) | Claimed as income on Schedule C | 85 | P586, P590 |
| 02/20/03 | No Name | BofA ...2936 | $117.00 | | 38 | P4988, P4990 |
| 02/20/03 | No Name | BofA ...2936 | $70.00 | | 38 | P4988, P4986 |
| 03/03/03 | Group 3 Promotions | BofA ...2936 | $150.00 | | 38 | P4978, P4979 |
| 04/01/03 | Ayla Jarvis | First State ...4527 | $1,275.00 | Wire Transfer In | 43 | P12 |
| 04/07/03 | IRS Proceeds | BofA ...2936 | $644.80 | | 38 | P154 |
| 04/07/03 | Overdraft Fee Refund | BofA ...2265 | $56.00 | | 37 | 203 |
| 04/07/03 | Photocopy Statement | BofA ...2265 | $5.00 | | 37 | 203 |
| 04/07/03 | Refund IRS Proceeds | BofA ...2265 | $2,256.58 | | 37 | 202 |
| 04/08/03 | Overdraft Fee Refund | BofA ...2265 | $84.00 | | 37 | 203 |
| 04/30/03 | Paychex Tps | BofA ...2265 | $69.85 | | 37 | 203 |
| 05/12/03 | Group 3 Promotions | BofA ...2936 | $375.00 | | 38 Section 2 | 195, 196 |
| 06/20/03 | State of Colorado | First State ...4527 | $33.00 | | 43 | P467 |
| 07/22/03 | First American Title | BofA ...2936 | $93.00 | | 38 Section 2 | 218, 220 |
| 07/22/03 | New Mexico Casualty | BofA ...2936 | $67.57 | | 38 Section 2 | 218, 219 |
| 08/18/03 | Nicolas George | BofA ...2936 | $200.00 | | 38 Section 2 | 228, 230 |

Schedule of Non-Income Deposits (All Bank Accounts)  M. Albers
Dana Jarvis  11-15-06
1999 - 2005

| Date | Description | Account | Amount | Remarks | Exhibit Reference | Page # |
|---|---|---|---|---|---|---|
| 09/08/03 | Dennis Narvarez | BofA …2936 | $12.00 | | 38 Section 2 | 241, 242 |
| 09/22/03 | Lamar Companies | BofA …2936 | $800.00 | | 38 | P4805, P4806 |
| 09/22/03 | | | ($800.00) | Claimed as income on Schedule C | 85 | P586, P590 |
| 10/01/03 | Samuel Jones | 1st State …3801 | $333.33 | | 44 | 254 |
| 11/05/03 | Samuel Jones | First State …4527 | $333.00 | | 43 | P495, P496 |
| **Total 03** | | | **$6,354.13** | | | |
| | | | | | | |
| 02/02/04 | Pima County Sheriff's Dept | First State …4527 | $1,310.40 | Mathew Hothan | 43 | P513 |
| 02/17/04 | Lamar Companies | BofA …2936 | $2,500.00 | | 38 | P687, P688 |
| 02/17/04 | | | ($2,500.00) | Claimed as income on Schedule C | 85 | 468, 490 |
| 02/27/04 | Samuel Jones | First State …4527 | $1,000.00 | | 43 | P518, P519 |
| 03/08/04 | Comcast Financial | BofA …2936 | $5.28 | | 38 | P702, P703 |
| 03/19/04 | Household | Bank One …5157 | $1,582.00 | | 52A | 149, 150 |
| 03/19/04 | Riane Markley (Arianne) | 1st State …3801 | $4,500.00 | Wire Transfer In | 44 | 40 |
| 04/01/04 | Paychex Tps | BofA …2265 | $179.36 | | 37 | 236 |
| 04/19/04 | Brenda Willams | BofA …2936 | $50.00 | | 38 | P724, P725 |
| 04/26/04 | State of New Mexico | BofA …2936 | $50.00 | Payable to John Nieto | 38 | P734, P736 |
| 04/30/04 | Paychex Tps | BofA …2265 | $24.92 | | 37 | 237 |
| 06/07/04 | G. Roger McNew | BofA …2936 | $30.00 | | 38 | P782, P783 |
| 06/07/04 | U.S. Treasury | BofA …2936 | $29.00 | | 38 | P782, P784 |
| 06/21/04 | New Mexico Mutual | BofA …2936 | $56.67 | | 38 | P790, P791 |
| 07/12/04 | Tim Clark | BofA …2936 | $90.00 | | 38 | P803, P804 |
| 07/15/04 | Dish Network | Bank One …5861 | $51.80 | | 52B | 188, 190 |
| 07/26/04 | Jean Arya | BofA …2936 | $30.00 | Marian Belt Test - John Nieto | 38 | P810, P811 |
| 07/26/04 | Professional Security Consultants | BofA …2936 | $45.60 | | 38 | P810, P813 |
| 07/26/04 | Rachel Williams | BofA …2936 | $50.00 | Karate Class - John Nieto | 38 | P810, P812 |
| 07/30/04 | Paychex Tps | BofA …2265 | $62.58 | | 37 | 248 |
| 08/23/04 | Albert Trujillo | First State …4527 | $5,000.00 | | 43 | P33, P34 |
| 08/23/04 | Brenda Willams | BofA …2936 | $50.00 | | 38 | P829, P832 |
| 08/24/04 | Card Purchase Return | Bank One …5861 | $834.17 | | 52B | 39 |
| 09/14/04 | Southwest Airlines | First State …4527 | $111.60 | | 43 | P41 |
| 09/20/04 | Rachel Williams | BofA …2936 | $50.00 | Karate Class - John Nieto | 38 | P843, P844 |
| 10/04/04 | Rachel Williams | BofA …2936 | $50.00 | Karate Class - John Nieto | 38 | P850, P852 |

| Date | Description | Account | Amount | Remarks | Exhibit Reference | Page # |
|---|---|---|---|---|---|---|
| 10/12/04 | Barbara Breed | BofA ...2936 | $6.00 | | 38 | P857, P859 |
| 10/25/04 | Rachel Williams | BofA ...2936 | $30.00 | Belt Test - John Nieto | 38 | P864, P866 |
| 11/03/04 | Rachel Williams | BofA ...2936 | $50.00 | Karate Class - John Nieto | 38 | P868, P870 |
| 11/22/04 | New Mexico Mutual | BofA ...2936 | $536.00 | | 38 | P878, P882 |
| 11/29/04 | Overdraft Fee Refund | BofA ...2265 | $51.00 | | 37 | 263 |
| 12/13/04 | LaMontanita Food Co-Op | BofA ...2936 | $5.95 | | 38 | P899, P901 |
| 12/31/04 | Circle K Money Order | First State ...4527 | $15.00 | Terry Rose | 43 | P60, P61 |
| 12/31/04 | James Webb | First State ...4527 | $995.00 | | 43 | P60, P61 |
| **Total 04** | | | **$16,932.33** | | | |
| | | | | | | |
| 01/12/05 | James Webb | First State ...4527 | $995.00 | NSF | 43 | P69 |
| 01/18/05 | Transfer | BofA ...2265 | $500.00 | From ...2936 | 37 | 271 |
| 01/31/05 | Continental Steel | First State ...4527 | $700.00 | | 43 | P68 |
| 02/07/05 | Continental Steel | First State ...4527 | $700.00 | | 43 | P379 |
| 02/15/05 | State of Colorado | First State ...4527 | $32.44 | | 43 | P380, P381 |
| 02/15/05 | State of Colorado | First State ...4527 | $15.57 | | 43 | P380, P381 |
| 02/15/05 | State of Colorado | First State ...4527 | $78.87 | | 43 | P380 |
| 03/02/05 | Beneficial | First State ...4527 | $6,000.37 | | 43 | P381 |
| 04/05/05 | Barbara Hanna | First State ...4527 | $5,000.00 | Payable to Pat Berssen | 43 | P387 |
| 04/19/05 | Paychex Tps | BofA ...2265 | $17.45 | | 37 | 435 |
| 05/06/05 | Return of Posted Check | BofA ...2265 | $22.00 | | 37 | 437 |
| 05/24/05 | Jean Sweeney / LaRosa Healthcare | Bank One ...5157 | $16,697.00 | | 52A | 15, 16 |
| 05/25/05 | New Mexico Casualty | First State ...4527 | $573.00 | | 43 | P400 |
| 06/02/05 | Return of Posted Check | BofA ...2265 | $15.00 | | 37 | 439 |
| 06/03/05 | Return of Posted Check | BofA ...2265 | $15.00 | | 37 | 439 |
| 07/19/05 | Continental Steel | First State ...4527 | $1,350.00 | | 43 | P556, P558 |
| 07/19/05 | Ingri McCarley | First State ...4527 | $200.00 | | 43 | P556, P557 |
| 07/22/05 | Beneficial | First State ...4527 | $39.45 | | 43 | P559, P560 |
| **Total 05** | | | **$32,951.15** | | | |