| Date | Amount | Payee | Item Description | Bates # | Page # |
|---|---|---|---|---|---|
| 8/23/1997 | $7,543.50 | Albuquerque Yamaha | TRX 300 | N-204 | 236 |
|  | **$7,543.50** |  |  |  |  |
|  |  |  |  |  |  |
| 9/2/1998 | $500.00 | JB Heating & Cooling | 1440 Calle Cielo Vista | N-194 | 42 |
| 9/4/1998 | $218.19 | Homebase | 1440 Calle Cielo Vista | N-194 | 48 |
| 9/8/1998 | $2,921.54 | Homebase | Refrigerator, Stove, & Hood - | N-194 | 33-34 |
| 9/18/1998 | $8,921.05 | A & G Heating & Air Conditioning | 1440 Calle Cielo Vista | N-194 | 37-39 |
| 10/15/1998 | $124.76 | Air Vantage Inc. | 1440 Calle Cielo Vista | N-194 | 40 |
| 10/21/1998 | $148.27 | Air Vantage Inc. | 1440 Calle Cielo Vista | N-194 | 41 |
| 12/31/1998 | $38.39 | Mission Uniform/Linen | Towel-Bar-Mop | N-187 | 470 |
|  | **$12,872.20** |  |  |  |  |
|  |  |  |  |  |  |
| 1/28/1999 | $199.18 | Richard Distributing Company | Liquor | N-187 | 154 |
| 11/15/1999 | $46.13 | Primestar | M/O for Service at 1440 Calle Cielo | N-194 | 18 |
| 12/6/1999 | $193.58 | Orlando Vigil Treasurer | M/O for Property Taxes | N-187 | 166 |
| 12/6/1999 | $500.00 | Orlando Vigil Treasurer | M/O for Property Taxes | N-187 | 167 |
| 12/6/1999 | $92.26 | Primestar | M/O for Service at 1440 Calle Cielo | N-194 | 24 |
| 12/31/1999 | $32,431.96 | Cash Expenditures for Club R & B | Not reflected above |  |  |
|  | **$33,463.11** |  |  |  |  |
|  |  |  |  |  |  |
| 2/16/2000 | $46.13 | Primestar | M/O for Service at 1440 Calle Cielo | N-194 | 20 |
| 4/12/2000 | $46.13 | Primestar | M/O for Service at 1440 Calle Cielo | N-194 | 16 |
| 4/16/2000 | $46.13 | Primestar | M/O for Service at 1440 Calle Cielo | N-194 | 27 |
| 6/18/2000 | $46.13 | Primestar | M/O for Service at 1440 Calle Cielo | N-194 | 28 |
| 7/28/2000 | $92.26 | Primestar | M/O for Service at 1440 Calle Cielo | N-194 | 14 |
| 9/5/2000 | $46.13 | Primestar | M/O for Service at 1440 Calle Cielo | N-194 | 22 |
| 12/31/2000 | $20,729.59 | Cash Expenditures for Club R & B | Not reflected above |  |  |
|  | **$21,052.50** |  |  |  |  |


GOVERNMENT EXHIBIT 17

Schedule of Cash Expenditures
Jarvis, Dana
1997 - 2005

J. Somera
11-15-06

| Date | Amount | Payee | Item Description | Bates # | Page # |
|---|---|---|---|---|---|
| 6/13/2001 | $3.97 | Mountain Coin Machine Distributors | Chalk | N-203 | 7 |
| 7/24/2001 | $399.00 | New Mexico Billiards | Recovers/Cues | N-203 | 12 |
| 8/2/2001 | $8.62 | Mountain Coin Machine Distributors | Pool Ball/Sticks | N-203 | 8 |
| 8/14/2001 | $69.18 | National Restaurant Supply Co. Inc. | Trough Bottle | N-205 | 852 |
| 9/4/2001 | $20.21 | Mountain Coin Machine Distributors | Pool Ball/Sticks | N-203 | 9 |
| 10/3/2001 | $12.70 | Mountain Coin Machine Distributors | Pool Ball | N-203 | 10 |
| 10/9/2001 | $42.33 | Mountain Coin Machine Distributors | Repair Changer | N-203 | 11 |
| 11/16/2001 | $29.19 | Mountain Coin Machine Distributors | Pool Ball/Sticks | N-203 | 1 |
| 12/4/2001 | $16.90 | Mountain Coin Machine Distributors | Pool Ball/Sticks | N-203 | 2 |
| 12/19/2001 | $2.65 | Mountain Coin Machine Distributors | Tips | N-203 | 3 |
| 12/31/2001 | $3,937.10 | Cash Expenditures for Club R & B | Not reflected above | | |
| | **$4,541.85** | | | | |
| | | | | | |
| 1/7/2002 | $30.00 | Wilbur Brown | 3 flower arrangements | N-205 | 38 |
| 1/31/2002 | $30.00 | Wilbur Brown | 3 flower arrangements | N-205 | 37 |
| 4/2/2002 | $10.53 | Mountain Coin Machine Distributors | Cue Ball | N-203 | 4 |
| 6/27/2002 | $42.33 | Mountain Coin Machine Distributors | In Store Service | N-203 | 192 |
| 8/23/2002 | $16.19 | Mountain Coin Machine Distributors | Pool Ball/Sticks | N-203 | 194 |
| 12/31/2002 | $8,093.83 | Cash Expenditures for Club R & B | Not reflected above | | |
| | **$8,222.88** | | | | |
| | | | | | |
| 12/31/2003 | $6,920.98 | Cash Expenditures for Club R & B | Not reflected above | | |
| | **$6,920.98** | | | | |
| | | | | | |
| 1/23/2004 | $90.56 | Walgreens | Prescription | N-171 | 4 |
| 12/13/2004 | $284.46 | Piedmont Hawthorne | Dana Jarvis | N-61 | Invoice 12/13/04 |
| 12/31/2004 | $830.15 | Cash Expenditures for Club R & B | Not reflected above | | |
| | **$1,205.17** | | | | |

Schedule of Cash Expenditures
Jarvis, Dana
1997 - 2005

J. Somera
11-15-06

| Date | Amount | Payee | Item Description | Bates # | Page # |
|---|---|---|---|---|---|
| 5/22/2005 | $39.68 | Walgreens | RX Prescriptions - Dana Jarvis | N-201 | 128 |
| 5/27/2005 | $289.02 | Pima County | Property Taxes-Travelers Ex. | N-201 | 216 |
| 6/1/2005 | $66.77 | Walgreens | RX Prescriptions - Dana Jarvis | N-201 | 128 |
| 6/3/2005 | $89.41 | Disknetwork | Dana Jarvis | N-201 | 394 |
| 6/3/2005 | $390.00 | Title Security Agency | Land-Claudia Inzunza-Travelers Ex. | N-201 | 211 |
| 6/1/2005 | $149.96 | Ajo/Kinney Super Storage | Rent - Adrian Sanford | N-201 | 7 |
| 6/7/2005 | $122.92 | Aura Water Co-op Inc. | Reconnection and water charges / Ronny Ranch Ronald James Juarez | N-210 / Call 382 | 6 / Phone 705-7130 |
| 6/29/2005 | $149.96 | Ajo/Kinney Super Storage | Rent - Adrian Sanford | N-201 | 305 |
| 7/1/2005 | $374.00 | Title Security Agency | Land-Claudia Inzunza-Travelers Ex. | N-201 | 211 |
| 7/1/2005 | $900.00 | Mila | Child Support From Dana | N-201 | 12 |
| 7/12/2005 | $647.12 | Trico Electric Coop | Coop Ronny Ranch-Ronald Juarez | N-210 | 7 |
| 8/1/2005 | $900.00 | Mila | Child Support From Dana | N-201 | 10 |
| 8/4/2005 | $280.84 | Nordic Corporation | Water Bill - Matt Hothan | N-201 | 205 |
| 8/12/2005 | $200.00 | Tucson Orthopeadic Institute | Dana Jarvis | N-201 | 123 |
| | $4,599.68 | | | | |
| | | | | | |
| 1997 | $7,543.50 | | | | |
| 1998 | $12,872.20 | | | | |
| 1999 | $33,463.11 | | | | |
| 2000 | $21,052.50 | | | | |
| 2001 | $4,541.85 | | | | |
| 2002 | $8,222.88 | | | | |
| 2003 | $6,920.98 | | | | |
| 2004 | $1,205.17 | | | | |
| 2005 | $4,599.68 | | | | |
| Total | $100,421.87 | | | | |