| Date | Billed To | Invoice Number | Invoice Amount | Payments Received | Remarks on Invoice | Witness Exhibit | Page | Invoice Detail |
|---|---|---|---|---|---|---|---|---|
| 07/15/2004 | DANA JARVIS | 101 | $6,370.28 | $6,370.28 | | Computer | ** | Claimed as income on Reid's P&L |
| 07/24/2004 | DANA JARVIS | 102 | $1,269.86 | $1,269.86 | | Computer | ** | Claimed as income on Reid's P&L |
| 07/24/2004 | DANA JARVIS | 103 | $2,192.38 | $2,192.38 | | Computer | ** | Claimed as income on Reid's P&L |
| 08/01/2004 | DANA JARVIS | 104 | $2,098.00 | $2,098.00 | | Computer | ** | Claimed as income on Reid's P&L |
| 08/09/2004 | DANA JARVIS | 105 | $5,084.69 | $5,084.69 | | Computer | ** | Claimed as income on Reid's P&L |
| 08/16/2004 | DANA JARVIS | 106 | $1,223.03 | $1,223.03 | | Computer | ** | Claimed as income on Reid's P&L |
| 08/23/2004 | DANA JARVIS | 113 | $500.00 | $500.00 | | Computer | ** | Claimed as income on Reid's P&L |
| 08/30/2004 | DANA JARVIS | 114 | $684.80 | $684.80 | | Computer | ** | Claimed as income on Reid's P&L |
| 09/06/2004 | DANA JARVIS | 117 | $1,238.61 | $1,238.61 | | Computer | ** | Claimed as income on Reid's P&L |
| 09/13/2004 | DANA JARVIS | 118 | $1,564.75 | $1,564.75 | | Computer | ** | Claimed as income on Reid's P&L |
| 09/16/2004 | DANA JARVIS | 124 | $12,189.67 | $12,189.67 | | Computer | ** | Claimed as income on Reid's P&L |
| 09/20/2004 | DANA JARVIS | 125 | $500.00 | $500.00 | | Computer | ** | Claimed as income on Reid's P&L |
| 09/27/2004 | DANA JARVIS | 126 | $2,843.48 | $2,843.48 | | Computer | ** | Claimed as income on Reid's P&L |
| 10/04/2004 | DANA JARVIS 4891 VIA SERENIDAD TUCSON, ARIZONA | 129 | $500.00 | | | N-61 | inv 12-20-04 | |
| | | | Important information | Important information | | | | |

** Invoices #101 to 126 were obtained from David Reid's computer during a search warrant of his residence in August of 2005.
Full path: 9227 Weaver RAC1H1\Part_1\NONAME-NTFS\Data1\RC Aviation\Financials.xls


GOVERNMENT EXHIBIT 19

Schedule of RC Aviation Invoices/Payments Received to/from Dana Jarvis (R and B Entertainment)

K. Wigley / M. Albers
11-29-06

| Date | Billed To | Invoice Number | Invoice Amount | Payments Received | Remarks on Invoice | Witness Exhibit | Page | Invoice Detail |
|---|---|---|---|---|---|---|---|---|
| 10/11/2004 | DANA JARVIS | 130 | $2,249.26 | | | N-61 | inv 12-20-04 | Gary to Las Vegas/ Fuel purchased in Minden |
| 10/14/2004 | | | | $500.00 | | N-61 | inv 12-20-04 | Payment received from Cathy |
| 10/15/2004 | | | | $300.00 | | N-61 | inv 12-20-04 | Payment received from Dana-Scottsdale |
| 10/18/2004 | DANA JARVIS | 132 | $5,614.10 | | | N-61 | inv 12-20-04 | repair work on N3AJ |
| 10/19/2004 | | | | $1,000.00 | | N-61 | inv 12-20-04 | Payment received from Donald at Marana |
| 10/20/2004 | | | | $2,000.00 | | N-61 | inv 12-20-04 | Payment received from Donald at Marana |
| 10/25/2004 | DANA JARVIS | 134 | $959.00 | | | N-61 | inv 12-20-04 | Fuel - Indiana Trip |
| 10/29/2004 | | | | $5,000.00 | | N-61 | inv 12-20-04 | |
| 11/01/2004 | DANA JARVIS | 136 | $2,897.24 | | | N-61 | inv 12-20-04 | Bloomington Indiana trip- Ayla to Indiana |
| 11/08/2004 | DANA JARVIS | 138 | $708.18 | | | N-61 | inv 12-20-04 | Dana, Ayla and friend to Santa Fe, fuel Indiana trip |
| 11/15/2004 | DANA JARVIS | 140 | $500.00 | | | N-61 | inv 12-20-04 | maintenance |
| 11/22/2004 | DANA JARVIS | 141 | $955.19 | | | N-61 | inv 12-20-04 | Dana, Ayla and friend to Santa Fe |
| 11/29/2004 | DANA JARVIS | 142 | $500.00 | | | N-61 | inv 12-20-04 | plane repair |
| 12/03/2004 | | | | $1,000.00 | | N-61 | inv 12-20-04 | |
| 12/06/2004 | DANA JARVIS | 143 | $1,093.69 | | | N-61 | inv 12-20-04 | Dana, Matt and friend to Abq international |
| 12/12/2004 | | | | $630.00 | | N-61 | inv 12-20-04 | |
| 12/12/2004 | | | | $200.00 | | N-61 | inv 12-20-04 | |
| 12/13/2004 | DANA JARVIS | 145 | $1,210.03 | | | N-61 | inv 12-20-04 | Dana to CT |
| | | | Important information | | | | | |

** Invoices #101 to 126 were obtained from David Reid's computer during a search warrant of his residence in August of 2005.
Full path: 9227 Weaver RAC1H1\Part_1\NONAME-NTFS\Data1\RC Aviation\Financials.xls

| Date | Billed To | Invoice Number | Invoice Amount | Payments Received | Remarks on Invoice | Witness Exhibit | Page | Invoice Detail |
|---|---|---|---|---|---|---|---|---|
| 12/16/2004 | | | | $500.00 | | N-61 | inv 12-20-04 | |
| 12/16/2004 | | | | $4,500.00 | | N-61 | inv 12-20-04 | |
| 12/20/2004 | DANA JARVIS | 146 | $5,918.51 | | | N-61 | inv 12-20-04 | Springfield, Mo/ Connecticutt/Ohio/Pennsylvania Pick up Doc/ Dana to CT |
| 12/24/2004 | | | | $10,000.00 | | N-61 | inv 12-31-04 | |
| 12/27/2004 | DANA JARVIS | 148 | $1,379.94 | | | N-61 | inv 12-31-04 | Dana to CT and Dana to AEG |
| 12/30/2004 | | | | $2,000.00 | | N-61 | inv 12-31-04 | |
| | **TOTAL FOR 2004** | | **$62,244.69** | **$65,389.55** | | | | |
| 01/27/2005 | DANA JARVIS | 154 | $820.91 | | | N-201 | 472-474 | Springfield, Minden NV, Pick up George |
| 02/05/2005 | | | | $5,000.00 | | N-201 | 474 | payment delivered by Ray/ 5 K payment-5K for Ohio pickup |
| 02/07/2005 | DANA JARVIS | 155 | $698.00 | | | N-201 | 485/474 | Pick up Dana at AEG, Pick up Check |
| 02/14/2005 | DANA JARVIS | 160 | $1,100.00 | | | N-201 | 481/474 | Registration fees for auction of 3AJ |
| 02/16/2005 | | | | $1,900.00 | | N-201 | 474 | Payment cash at Tucson less 100.00 |
| 02/19/2005 | | | | $600.00 | | N-201 | 474 | Payment cash at auction |
| 02/21/2005 | DANA JARVIS | 161 | $903.79 | | | N-201 | 474/479 | Move 3AJ to Falcon for auction |
| 02/28/2005 | DANA JARVIS | 162 | $1,004.98 | | | N-201 | 475-476 | Tucson repairs |
| 03/03/2005 | | | | $500.00 | | N-201 | 438 | payment received 1K - 500.00 for data work |
| 03/07/2005 | DANA JARVIS | 166 | $1,066.21 | | | N-201 | 449/438 | Dana to Indiana |
| | | | Important information | | | | | |

** Invoices #101 to 126 were obtained from David Reid's computer during a search warrant of his residence in August of 2005.
Full path: 9227 Weaver RAC1H1\Part_1\NONAME-NTFS\Data1\RC Aviation\Financials.xls

Page 3 of 5

| Date | Billed To | Invoice Number | Invoice Amount | Payments Received | Remarks on Invoice | Witness Exhibit | Page | Invoice Detail |
|---|---|---|---|---|---|---|---|---|
| 03/11/2005 | | | | $12,000.00 | | N-201 | 438 | |
| 03/14/2005 | DANA JARVIS | 167 | $3,383.15 | | | N-201 | 438 | RB to Columbus/ Missouri |
| | | | | | | N-201 | 453 | (updated invoice to show higher amount for daily rate) |
| 03/15/2005 | | | | $500.00 | | N-201 | 453 | payment received 1K - 500 for Job #6 |
| 03/21/2005 | DANA JARVIS | 168 | $2,422.92 | | | N-201 | 453/455 | George to Columbus |
| 03/25/2005 | | | | $700.00 | | N-201 | 453 | |
| 03/28/2005 | DANA JARVIS | 169 | $2,682.85 | | | N-201 | 454/456 | George to Columbus, Dana to LaCholla - Funeral |
| 03/31/2005 | DANA JARVIS | 170 | $1,919.23 | | | N-201 | 454/468 | Install new camera for security system |
| 04/04/2005 | DANA JARVIS | 171 | $1,507.21 | | | N-201 | 498/529 | George to 1492, Ayla to Dr. Apt. |
| 04/11/2005 | R&B ENTERTAINMENT | 172 | $1,903.64 | | | N-201 | 498/526 | Move plane to Ryan |
| 04/14/2005 | | | | $6,000.00 | | N-201 | 498 | |
| 04/14/2005 | | | | $2,000.00 | | N-201 | 498 | Payment George's front |
| 04/14/2005 | R&B ENTERTAINMENT | 173 | $3,457.14 | | | N-201 | 499/518 | Springfield, MO/Columbus, OH, Midwest 7 |
| 04/18/2005 | R&B ENTERTAINMENT | 174 | $1,543.35 | | | N-201 | 499/515 | Demo Flight Al Freeman |
| 04/25/2005 | R&B ENTERTAINMENT | 175 | $879.46 | $879.46 | Paid | N-201 | 499/514 | Labor rate Purchase C-90 754TW |
| 05/02/2005 | R&B ENTERTAINMENT | 176 | $500.00 | $500.00 | Paid | N-201 | 499/513 | Daily labor rate |
| 05/09/2005 | R&B ENTERTAINMENT | 177 | $500.00 | $500.00 | Paid | N-201 | 500/512 | Daily labor rate |
| | | | Important information | | | | | |

** Invoices #101 to 126 were obtained from David Reid's computer during a search warrant of his residence in August of 2005.
Full path: 9227 Weaver RAC1H1\Part_1\NONAME-NTFS\Data1\RC Aviation\Financials.xls

| Date | Billed To | Invoice Number | Invoice Amount | Payments Received | Remarks on Invoice | Witness Exhibit | Page | Invoice Detail |
|---|---|---|---|---|---|---|---|---|
| 05/16/2005 | R&B ENTERTAINMENT | 178 | $881.96 | $881.96 | Paid | N-201 | 500/511 | Daily labor rate, cell phones, data card |
| 05/16/2005 | | | | $15,000.00 | | N-201 | 500 | |
| 05/18/2005 | R&B ENTERTAINMENT | 179 | $2,425.00 | $2,425.00 | Paid | N-201 | 500/510 | C-90 King Air, discount stopped at Portland for personal |
| 05/23/2005 | R&B ENTERTAINMENT | 182 | $500.00 | $500.00 | Paid | N-201 | 500/509 | Daily labor rate |
| 05/30/2005 | R&B ENTERTAINMENT | 183 | $580.54 | $580.54 | Paid | N-201 | 500/508 | Daily labor rate, data card |
| 06/17/2005 | R&B ENTERTAINMENT | 184 | $1,305.00 | | | N-201 | 500/507 | C-90 King Air - Dana, Ayla, Dillan to Albuquerque |
| 06/22/2005 | R&B ENTERTAINMENT | 187 | $5,988.68 | | | N-201 | 500/506 | C-90 King Air - Indiana - Midwest 8 |
| 06/22/2005 | | | | $2,200.00 | | N-201 | 500 | |
| 06/28/2005 | | | | $5,000.00 | | N-201 | 501 | |
| 06/29/2005 | | | | $1,000.00 | | N-201 | 501 | |
| 07/01/2005 | R&B ENTERTAINMENT | 188 | $2,554.60 | | | N-201 | 501/505 | Airplane repairs, Verizon Cell Phones |
| 07/06/2005 | | | | $1,000.00 | | N-201 | 501 | |
| 07/07/2005 | R&B ENTERTAINMENT | 189 | $8,793.85 | | | N-201 | 501/504 | C-90 King Air - Indiana/Columbus, OH - Midwest 9 |
| | **TOTAL FOR 2005** | | **$49,322.47** | **$59,666.96** | | | | |
| | | | Important information | | | | | |

** Invoices #101 to 126 were obtained from David Reid's computer during a search warrant of his residence in August of 2005.
Full path: 9227 Weaver RAC1H1\Part_1\NONAME-NTFS\Data1\RC Aviation\Financials.xls

Page 5 of 5