| DESCRIPTION | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 1999-2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Exhibit Reference & Page Number | N-204 pp. 19-184 | N-204 pp. 19-184 | N-204 pp. 19-184 | N-204 pp. 19-184 | N-204 pp. 19-184 | N-204 pp. 19-184 | N-189 pp. 163-190 | Ex. 85 pp. 1-118 | Ex. 85 pp. 119-225 | Ex. 85 pp. 226-357 | Totals |
| Filing Status | H of H | H of H | H of H | H of H | Single | Single | Single | Single | Single | Single | |
| Dependents | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | |
| Preparer | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | |
| | Filed Timely ? | Filed in 1993 | Filed in 1994 | Filed Timely ? | Filed in 1996 | Filed in 1997 | Filed in 1999 | Filed in 2000 | Filed in 2001 | Filed in 2002 | |
| | | | | | | | | | | | |
| Income Sources: | | | | | | | | | | | |
| Wages (Gross) | $115.00 | | | | | | | | | | $115.00 |
| Interest Income | $5,709.00 | $4,146.00 | $4,023.00 | $3,576.00 | $6,587.00 | $2,674.00 | $2,930.00 | $3,494.00 | $4,526.00 | $7,249.00 | $44,914.00 |
| Dividend Income | $447.00 | $1,373.00 | $1,212.00 | $1,368.00 | $1,597.00 | $1,341.00 | $1,205.00 | $1,552.00 | $1,502.00 | $3,506.00 | $15,103.00 |
| Federal Tax Refund (applied to year received) ** | | $936.00 | | $2,047.00 | $300.00 | | | | | | $3,283.00 |
| Refunds of State/Local Taxes (applied to year received) | | $105.00 | $33.00 | $108.00 | $110.00 | $28.00 | $151.00 | | $39.00 | $956.00 | $1,530.00 |
| Business Income or Loss: Sch. C #1 - Video (Gross)* | $747.00 | $26,497.00 | $21,499.00 | | | | | | | | $48,743.00 |
| Business Income or Loss: Sch. C #2 - Tables (Gross) | | | | | | | $3,975.00 | $16,457.00 | $16,240.00 | $15,068.00 | $51,740.00 |
| Business Income or Loss: Sch. C #3 - Club (Gross) | | | | | | | | $193,998.00 | $323,739.00 | $340,251.00 | $857,988.00 |
| Business Income or Loss: Sch. C #4 - Land (Gross) | | | | | | | | $22,500.00 | | | $22,500.00 |
| Other Gains or Losses: F4797 | | | $17,024.00 | | | | | | | | $17,024.00 |
| Installment Sale Income Balabas | | | | | | | | | $281.00 | $355.00 | $636.00 |
| Installment Sale Income Serrano | | | | | | | | | $7,848.00 | $625.00 | $8,473.00 |
| Rent/Royalty/Partnership/Estate; Rent/Royalty Income/Loss Partnership/ S-Corp Income/Loss; Estate/ Trust Income/ Loss | $965.00 | $794.00 | $629.00 | $821.00 | $369.00 | $760.00 | $806.00 | $596.00 | $4,221.00 | $857.00 | $10,818.00 |
| Total Sources | $7,983.00 | $33,851.00 | $44,420.00 | $7,920.00 | $8,963.00 | $4,803.00 | $9,067.00 | $238,597.00 | $358,396.00 | $368,867.00 | $1,082,867.00 |
| | | | | | | | | | | | |
| Less Expenditures: | | | | | | | | | | | |
| Business Expenses: Sch. C #1 Video | | $23,728.00 | $22,864.00 | | | | | | | | $46,592.00 |
| Business Expenses: Sch. C #2 Tables | | | | | | | $3,231.00 | $674.00 | $230.00 | $0.00 | $4,135.00 |
| Business Expenses: Sch. C #3 Club | | | | | | | | $120,046.00 | $183,181.00 | $208,272.00 | $511,499.00 |
| Plus: Cost of Goods Sold | | | | | | | | $46,511.00 | $64,420.00 | $88,105.00 | $199,036.00 |
| Less: Depreciation & Amortization | | ($2,588.00) | ($2,110.00) | | | | ($3,000.00) | ($22,093.00) | ($13,948.00) | ($13,006.00) | ($56,745.00) |
| Capital Purchases | $1,996.00 | $15,212.00 | $557.00 | | | | $3,000.00 | $38,890.00 | $6,669.00 | $6,338.00 | $72,662.00 |
| Down Pmt on purchase of 3523 Central Ave | | | | | | | | $7,500.00 | | | $7,500.00 |
| Business Expenses: Sch. C #4 Land | | | | | | | | $5,342.00 | | | $5,342.00 |
| Land Purchase/Improvements | | | | | | | $5,000.00 | $18,639.60 | | | $23,639.60 |
| Principle Payments-Bldg. (98-00) & Liquor License (03-04) | | | | | | | | $90,767.00 | $119,800.00 | $25,200.00 | $235,767.00 |
| IRA | | | | | | | | $200.00 | | | $200.00 |
| Rental Expenses | | | | | | | | | | | |
| Less: Depreciation & Amortization | | | | | | | | | | | $0.00 |
| Schedule A - Itemized Deductions | | | | | | | | | $6,276.00 | $12,814.00 | $19,090.00 |
| Plus: Medical Limited by AGI | | | | | | | | | | | |
| Misc. Limited by AGI | | | | | | | | | | | |
| Federal and State Income Tax Payments per bank records | | | | | | | | | $2,000.00 | $18,392.79 | $20,392.79 |
| 1995 Form 1040 Taxes paid 2/11/97 with two money orders; Exh. 189, Pg. 181 | | | | | | | $352.52 | | | | $352.52 |
| 1999 Form 140 Taxes paid 4/14/99 with money order; Exh. 189, Pg. 226 | | | | | | | | | $3,500.00 | | $3,500.00 |
| Estimated Tax Payment & Amounts Previous Applied | $110.00 | $60.00 | | | $18.00 | $36.00 | $39.00 | | $10,000.00 | $10,539.00 | $20,802.00 |
| Estimated Tax Payment with extension | | $1,400.00 | $650.00 | $650.00 | | | | | $2,750.00 | | $5,450.00 |
| | | | | | | | | | | | |
| Total Expenditures (Uses) | $2,106.00 | $37,812.00 | $21,961.00 | $650.00 | $18.00 | $36.00 | $8,622.52 | $306,476.60 | $384,878.00 | $356,654.79 | $1,119,214.91 |
| NET SOURCES (Expenditures exceed Sources) | $5,877.00 | ($3,961.00) | $22,459.00 | $7,270.00 | $8,945.00 | $4,767.00 | $444.48 | ($67,879.60) | ($26,482.00) | $12,212.21 | ($36,347.91) |
| **Federal tax refunds received on 1040X applied to 1994 tax year | Amended in 1994 | Amended in 1994 | | | | | | | | | |
| Real Estate Escrow (Pmts) Received - 13 Enebro/1440 Cielo Vista | | | | | | | | | | $60,240.90 | $60,240.90 |
| Personal Living Expenses not reflected above | | | | | | | | | | | |
| Net Worth per Loan Application signed by Dana Jarvis on August 22, 2000 (Exh. 68, Pgs. 6-7) | | | | | | | | | | | $243,888.49 |
| Net Worth per Loan Application signed by Dana Jarvis on March 31, 2004 (Exh. 45, Pgs. 17-20) | | | | | | | | | | | |
| Dependent - Ayla Jarvis | | | | | | | | | | | |
| Preparer - Terry Mossman, Santa Fe, NM 85-0287877 (1) | | | | | | | | | | | |
| *1991 Schedule C Not Available therefore amount claimed here is net income from Schedule C | | | | | | | | | | | |

GOVERNMENT
EXHIBIT
22

| DESCRIPTION | 2001 | 2002 | 2003 | 2004 | 2001-2004 |
|---|---|---|---|---|---|
| Exhibit Reference & Page Number | Ex. 85 pp. 358-459 | Ex. 85 pp. 542-694 | Ex. 85 pp. 559-673 | Ex. 85 pp. 460-541 | Totals |
| Filing Status | Single | Single | Single | Single | |
| Dependents | 1 | 1 | 1 | 1 | |
| Preparer | (1) | (1) | (1) | (1) | |
| | Filed in 2002 | Filed in 2003 | Filed in 2004 | Filed Timely ? | |
| | | | | | |
| Income Sources: | | | | | |
| Wages (Gross) | | | | | |
| Interest Income | $6,783.00 | $6,044.00 | $4,965.00 | $3,026.00 | $20,818.00 |
| Dividend Income | $4,059.00 | $2,856.00 | $2,897.00 | $1,584.00 | $11,396.00 |
| Federal Tax Refund (applied to year received) ** | | | $644.80 | | |
| Refunds of State/Local Taxes (applied to year received) | $39.00 | $13.00 | $33.00 | | $85.00 |
| Business Income or Loss: Sch. C #1 - Video (Gross)* | | | | | |
| Business Income or Loss: Sch. C #2 - Tables (Gross) | $13,920.00 | $13,695.00 | $12,248.00 | $9,022.00 | $48,885.00 |
| Business Income or Loss: Sch. C #3 - Club (Gross) | $356,273.00 | $364,251.00 | $255,545.00 | $164,940.00 | $1,141,009.00 |
| Business Income or Loss: Sch. C #4 - Land (Gross) | | | | | |
| Other Gains or Losses: F4797 | | | | | |
| Installment Sale Income Balabas | $182.00 | $0.00 | $0.00 | $0.00 | $182.00 |
| Installment Sale Income Serrano | $1,448.00 | $2,527.00 | $2,113.00 | $2,385.00 | $8,473.00 |
| | | | | | |
| Rent/Royalty/Partnership/Estate; Rent/Royalty Income/Loss | | | | | |
| Partnership/ S-Corp Income/Loss; Estate/ Trust Income/ Loss | $1,057.00 | $670.00 | $17,930.00 | $8,375.00 | $28,032.00 |
| Total Sources | $383,761.00 | $390,056.00 | $296,375.80 | $189,332.00 | $1,259,524.80 |
| | | | | | |
| Less Expenditures: | | | | | |
| Business Expenses: Sch. C #1 Video | | | | | |
| Business Expenses: Sch. C #2 Tables | $992.00 | $0.00 | $0.00 | $0.00 | $992.00 |
| Business Expenses: Sch. C #3 Club | $236,160.00 | $257,297.00 | $160,745.00 | $90,046.00 | $744,248.00 |
| Plus: Cost of Goods Sold | $97,365.00 | $83,707.00 | $58,867.00 | $39,385.00 | $279,324.00 |
| Less: Depreciation & Amortization | ($6,232.00) | ($5,921.00) | ($5,921.00) | ($5,921.00) | ($23,995.00) |
| Capital Purchases | $1,200.00 | | $15,000.00 | | $16,200.00 |
| Down Pmt on purchase of 3523 Central Ave | | | | | |
| Business Expenses: Sch. C #4 Land | | | | | |
| Land Purchase/Improvements | | | | | |
| Principle Payments-Bldg. (98-00) & Liquor License (03-04) | | | $1,161.00 | $1,086.00 | $2,247.00 |
| IRA | $2,000.00 | | | | $2,000.00 |
| Rental Expenses | | | $14,798.00 | $14,776.00 | $29,574.00 |
| Less: Depreciation & Amortization | | | ($5,228.00) | ($5,661.00) | ($10,889.00) |
| Schedule A - Itemized Deductions | $23,456.00 | $38,898.00 | $17,067.00 | | $79,421.00 |
| Plus: Medical Limited by AGI | $1,567.00 | $3,353.00 | $4,483.00 | | $9,403.00 |
| Misc. Limited by AGI | $181.00 | | $494.00 | | $675.00 |
| Federal and State Income Tax Payments per bank records | $12,773.47 | $17,953.00 | $15,967.54 | $13,755.00 | $60,449.01 |
| 1995 Form 1040 Taxes paid 2/11/97 with two money orders; Exh. 189, Pg. 181 | | | | | |
| 1999 Form 140 Taxes paid 4/14/99 with money order; Exh. 189, Pg. 226 | | | | | |
| Estimated Tax Payment & Amounts Previous Applied | | $2,000.00 | | | $2,000.00 |
| Estimated Tax Payment with extension | | | $2,000.00 | $1,500.00 | $3,500.00 |
| | | | | | |
| Total Expenditures (Uses) | $369,462.47 | $397,287.00 | $279,433.54 | $148,966.00 | $1,195,149.01 |
| NET SOURCES (Expenditures exceed Sources) | $14,298.53 | ($7,231.00) | $16,942.26 | $40,366.00 | $64,375.79 |
| **Federal tax refunds received on 1040X applied to 1994 tax year | | | | | |
| | | | | | |
| Real Estate Escrow (Pmts) Received - 13 Enebro/1440 Cielo Vista | ($55,223.81) | ($13,074.69) | | | ($68,298.50) |
| Personal Living Expenses not reflected above | ($110,698.57) | ($21,717.40) | ($55,330.87) | ($48,780.60) | ($236,527.44) |
| | | | | | |
| Net Worth per Loan Application signed by Dana Jarvis on August 22, 2000 (Exh. 68, Pgs. 6-7) | | | | | |
| Net Worth per Loan Application signed by Dana Jarvis on March 31, 2004 (Exh. 45, Pgs. 17-20) | | | | | $1,464,966.00 |
| Dependent - Ayla Jarvis | | | | | |
| Preparer - Terry Mossman, Santa Fe, NM 85-0287877 (1) | | | | | |
| *1991 Schedule C Not Available therefore amount claimed here is net income from Schedule C | | | | | |

**Federal Tax Returns:**

| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1991 Form 1040 | | $936.00 | | | | | | | | | | | | |
| 1991 Form 1040X | | | | $496.00 | | | | | | | | | | |
| 1992 Form 1040 | | | ($211.00) | | | | | | | | | | | |
| 1992 Form 1040X | | | | $901.00 | | | | | | | | | | |
| 1993 Form 1040 | | | | $650.00 | | | | | | | | | | |
| 1994 Form 1040 | | | | | $300.00 | | | | | | | | | |
| 1995 Form 1040 | | | | | | ($24.00) | | | | | | | | |
| 1996 Form 1040 | | | | | | | $0.00 | | | | | | | |
| 1997 Form 1040 | | | | | | | | | ($105.00) | | | | | |
| 1998 Form 1040 (Refund of $2,286 applied to 99) | | | | | | | | | | $2,291.00 | | | | |
| 1999 Form 1040 | | | | | | | | | | | ($12,196.00) | | | |
| 2000 Form 1040 (Paid in 2002) | | | | | | | | | | | | ($17,953.00) | | |
| 2001 Form 1040 | | | | | | | | | | | | ($7,688.00) | | |
| 2002 Form 1040 | | | | | | | | | | | | | ($671.00) | |
| 2003 Refund per bank records | | | | | | | | | | | | | $644.80 | |
| 2003 Form 1040 | | | | | | | | | | | | | | ($11,734.00) |
| Refund (Tax Due) | $0.00 | $936.00 | ($211.00) | $2,047.00 | $300.00 | ($24.00) | $0.00 | $0.00 | ($105.00) | $2,291.00 | ($12,196.00) | ($25,641.00) | ($26.20) | ($11,734.00) |

**State of New Mexico and Colorado Tax Returns:**

| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1991 NM | | $105.00 | | | | | | | | | | | | |
| 1991 NM Amended | | | | $81.00 | | | | | | | | | | |
| 1992 NM | | | $33.00 | | | | | | | | | | | |
| 1992 NM Amended | | | | $27.00 | | | | | | | | | | |
| 1993 NM | | | | $0.00 | | | | | | | | | | |
| 1994 NM | | | | | $110.00 | | | | | | | | | |
| 1995 CO | | | | | | $18.00 | | | | | | | | |
| 1995 NM | | | | | | $10.00 | | | | | | | | |
| 1996 CO | | | | | | | $36.00 | | | | | | | |
| 1996 NM | | | | | | | $115.00 | | | | | | | |
| 1997 CO | | | | | | | | | $39.00 | | | | | |
| 1997 NM | | | | | | | | | $0.00 | | | | | |
| 1998 NM | | | | | | | | | N/A | | | | | |
| 1998 CO | | | | | | | | | N/A | | | | | |
| 1999 CO | | | | | | | | | | $9.00 | $39.00 | | | |
| 1999 NM | | | | | | | | | | $947.00 | | | | |
| 2000 CO | | | | | | | | | | | | $13.00 | | |
| 2000 NM | | | | | | | | | | | ($2,606.00) | | | |
| 2001 CO | | | | | | | | | | | | $0.00 | | |
| 2001 NM | | | | | | | | | | | ($544.00) | | | |
| 2002 CO | | | | | | | | | | | | | N/A | |
| 2002 NM | | | | | | | | | | | | | N/A | |
| 2003 CO | | | | | | | | | | | | | | N/A |
| 2003 NM | | | | | | | | | | | | | | N/A |
| Refund (Tax Due) | $0.00 | $105.00 | $33.00 | $108.00 | $110.00 | $28.00 | $151.00 | $0.00 | $39.00 | $956.00 | ($2,567.00) | ($531.00) | $0.00 | $0.00 |

| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1998 Capital Purchases:** | | | | | | | | | | | | | | |
| Inventory | | | | | | | | $953.00 | | | | | | |
| Equipment | | | | | | | | $12,547.00 | | | | | | |
| Goodwill | | | | | | | | $1,500.00 | | | | | | |
| Kitchen Equipment | | | | | | | | $2,500.00 | | | | | | |
| Bathroom Remodel | | | | | | | | $21,390.00 | | | | | | |
| **Total** | | | | | | | | **$38,890.00** | | | | | | |
| Exhibit 85, Pg. 77, 116, and 103 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **1998 Land Purchase/Improvements:** | | | | | | | | | | | | | | |
| Improvements to Parcels A,B,C,D, and E | | | | | | | | $31,066.00 | | | | | | |
| Exhibit 85, Pg. 43, 48 | | | | | | | | 60% | | | | | | |
| **Amount to Jarvis** | | | | | | | | **$18,639.60** | | | | | | |
| | | | | | | | | | | | | | | |
| **Principle Pmys - Bldg/Liq License:** | | | | | | | | | | | | | | |
| Total Payments | | | | | | | | $104,000.00 | $130,275.10 | $26,055.02 | $0.00 | $0.00 | $6,242.79 | $9,810.13 |
| Interest Claimed on Return | | | | | | | | ($13,233.00) | ($10,475.00) | ($855.00) | $0.00 | $0.00 | ($5,082.00) | ($8,724.00) |
| **Principle Payments** | | | | | | | | **$90,767.00** | **$119,800.10** | **$25,200.02** | **$0.00** | **$0.00** | **$1,160.79** | **$1,086.13** |
| Exhibit 85, Pg. 71, 192,125,297,239 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Estimated Tax Payments:** | 1991/NM | 1992/NM | | | 1995/CO | 1996/CO | 1997/CO | | 1998/1040 | 2000/1040 | | 2002/1040 | | |
| **Applied to tax return year** | $110.00 | $60.00 | | | $18.00 | $36.00 | $39.00 | | $10,000.00 | $39.00 | | $2,000.00 | | |
| 2,286 tax refund from 98 applied to 99 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Amount paid with Extension:** | | 1991/1040 | 1992/1040 | 1993/1040 | | | | | 1998/1040 | 1999/1040 | | | 2002/1040 | 2003/1040 |
| **Applied to tax year paid** | | $1,400.00 | $650.00 | $650.00 | | | | | $2,750.00 | $5,000.00 | | | $2,000.00 | $1,500.00 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | 1998/140 | 1998/1040 | | | | |
| **Applied to tax year paid:** | | | | | | | | | $3,500.00 | $5,500.00 | | | | |
| | | | | | | | | | | | | | | |
| **Fed. & St. Tax pymts. Per bank** | **Computations below:** | | | | | | | | $2,000.00 | $18,392.79 | $12,773.47 | $17,953.00 | $15,967.54 | $13,755.00 |
| | **Acct.** | **Amt.** | **Date** | **Memo** | | | | | | | | | | |
| | 8357 | $2,000.00 | 8/1/1999 | IRS | | | | | | | | | | |
| 1999 Total | | $2,000.00 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | 8357 | $16,000.00 | 04/17/2000 | IRS | | | | | | | | | | |
| | 8357 | $2,392.79 | 12/08/2000 | 1988 Bal. | | | | | | | | | | |
| 2000 Total | | $18,392.79 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | 8357 | $2,606.00 | 12/28/2001 | 2000 NM | | | | | | | | | | |
| | 8357 | $1,971.47 | 07/02/2001 | | | | | | | | | | | |
| | 8357 | $2,196.00 | 09/05/2001 | 1999 Taxes | | | | | | | | | | |
| | 5157 | $6,000.00 | 09/17/2001 | 1999 Taxes | | | | | | | | | | |
| 2001 Total | | $12,773.47 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | 8357 | $17,953.00 | 01/14/2002 | IRS | | | | | | | | | | |
| 2002 Total | | $17,953.00 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | 3801 | $12,757.98 | 02/20/2003 | Levy IRS | | | | | | | | | | |
| | 4527 | $43.56 | 04/08/2003 | 1999 1040 | | | | | | | | | | |
| | 4527 | $1,000.00 | 09/20/2003 | 1999 NM | | | | | | | | | | |
| | 4527 | $1,000.00 | 08/26/2003 | SSN | | | | | | | | | | |
| | 4527 | $1,166.00 | 10/16/2003 | 1999 NM | | | | | | | | | | |
| 2003 Total | | $15,967.54 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | 5861 | $11,734.00 | 10/15/2004 | 2004 Taxes | | | | | | | | | | |
| | 5861 | $1,000.00 | 10/15/2004 | 2004 Taxes | | | | | | | | | | |
| | 4527 | $295.00 | 04/13/2004 | NM 2003 | | | | | | | | | | |
| | 4527 | $726.00 | 10/14/2004 | NM 2003 | | | | | | | | | | |
| 2004 Total | | $13,755.00 | | | | | | | | | | | | |