# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**

                                                        **CR No. 05-1849 JH**

**DANA JARVIS,**

    **Defendant.**

## NOTICE OF NON-AVAILABILITY

    Joe M. Romero, Jr., counsel for Defendant Jarvis, hereby gives notice of his non-availability from Friday, May 25, 2007 until Monday, June 4, 2007 for the reason that counsel will be out of state on a family vacation.

                                                  Respectfully submitted,

                              /s/

               By:    _____

                             Joe M. Romero, Jr.
                             Attorney at Law
                             1905 Lomas Blvd. NW
                             Albuquerque, NM 87104
                             (505) 843-9776

I hereby certify that a copy of the foregoing pleading was delivered to opposing counsel via the CM/ECF system this 22nd day of May, 2007.

/s/

_____

Joe M. Romero, Jr.