IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                  CR No. 05-1849 JH

DANA JARVIS,

    Defendant.

**NOTICE OF NON-AVAILABLITY**

Joe M. Romero, Jr., co-counsel for Defendant, hereby gives notice of his non-availability from Monday, December 17, 2007 until Monday, January 5, 2009. Undersigned counsel is a reserve officer in the New Mexico Army National Guard, and is scheduled for a twelve (12) month overseas military deployment during the aforementioned time period.

                                              Respectfully submitted,

By: _____
       Joe M. Romero, Jr.
       Attorney at Law
       1905 Lomas Blvd. NW
       Albuquerque, NM 87104
       (505) 843-9776

I hereby certify that a copy of the foregoing
pleading was mailed to opposing counsel
this 10th day of September, 2007.

_____
Joe M. Romero, Jr.