IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                       **CR. No. 05-1849 JH**

DANA JARVIS

    *Defendant.*

## ORDER FOR INTERLOCUTORY SALE

Based upon the joint motion of the Plaintiff United States and Defendant Dana Jarvis, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Joint Motion for Interlocutory Sale of Property is granted.

2. The property described below will be sold pursuant to the terms set forth in the Joint Motion for Interlocutory Sale of Property:

    A. New Mexico Liquor License Number 2599, and

    B. Real Property at 3523 Central Ave. NE, Albuquerque, New Mexico, together with its buildings, appurtenances, improvements, fixtures, attachments and easements thereon. The real property is more particularly described as follows:

LOTS NUMBERED TEN (10), ELEVEN (11), AND TWELVE (12) IN BLOCK NUMBERED FOUR (4) OF MONTE VISTA, AN ADDITION TO THE CITY OF ALBUQUERQUE, NEW MEXICO, AS THE SAME ARE SHOWN AND DESIGNATED ON THE MAP OF SAID ADDITION FILED IN THE OFFICE OF THE COUNTY CLERK OF BERNALILLO COUNTY, NEW MEXICO, OCTOBER 14, 1926.

THERE IS EXCEPTED THE NORTHERLY PORTION OF SAID LOT THEN (10) WHICH IS DESCRIBED AS FOLLOWS:
BEGINNING AT THE NORTHEAST CORNER OF SAID LOT (10)

RUNNING

THENCE SOUTHERLY ALONG THE WESTERLY LINE OF NORTH CARLISLE AVENUE, 62.28 FEET TO THE SOUTHEAST CORNER OF THE TRACT HEREIN DESCRIBED;

THENCE WESTERLY, PARALLEL WITH AND 60 FEET NORTHERLY AT RIGHT ANGLES FROM THE NORTHERLY LINE OF EAST CENTRAL AVENUE, 80.19 FEET TO THE SOUTHWEST CORNER OF THE TRACT HEREIN DESCRIBED;
THENCE NORTHERLY ALONG THE WESTERLY LINE OF SAID LOT 10, 86.09 FEET TO THE NORTHWEST CORNER OF THE TRACT HEREIN DESCRIBED WHICH IS THE NORTHWEST CORNER OF SAID LOT 10;
THENCE EASTERLY ALONG THE SOUTHERLY LINE OF CAMPUS BOULEVARD, 86.97 FEET TO THE PLACE OF BEGINNING.

3.      The net proceeds of the sale of the property will be substituted for the above-described property and held by the United States Marshals Service pending a final judgment in this action.

*/s/ Judith C. Herrera*

**JUDITH C. HERRERA**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,
LARRY GOMEZ
Acting United States Attorney

   /s/
STEPHEN R. KOTZ
Assistant United States Attorney
P.O Box 607
Albuquerque, NM 87103
505-346-7274
505-346-7296 (Fax)
APPROVED:

Approved via telephone on October 1, 2007
JOE M. ROMERO, JR.
Attorney for Dana Jarvis
1905 Lomas Blvd. NW
Albuquerque, NM 87104
(505) 843-9776

2

<u>Approved via telephone on October 1, 2007</u>
JODY NEAL-POST
Attorney for Dana Jarvis
317 Amherst SE
Albuquerque, NM 87106
(505) 268-7263