IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                                                 No. CR 05-1849 JH

DANA JARVIS, et al.,

    Defendants.

## NOTICE OF UNAVAILABILITY OF COUNSEL

Scott M. Davidson, associate counsel for Defendants represented by counsel who have been appointed pursuant to the Criminal Justice Act, hereby notifies the Court that he will be unavailable from December 24, 2007 to January 14, 2008. He will be out of the country on a pre-paid family vacation.

                                        Respectfully submitted,

                                        <u>Electronically filed</u>
                                        Scott M. Davidson
                                        1011 Lomas Boulevard NW
                                        Albuquerque, NM 87102
                                        (505) 255-9084
                                        Associate Counsel for Defendants
                                            represented by counsel appointed
                                            under the Criminal Justice Act

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2007, I filed the foregoing electronically through the CM/ECF system, which caused all counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing.

Electronically filed
Scott M. Davidson
