IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DANA JARVIS, a/k/a Todd Ward,<br>AYLA JARVIS,<br>JORGE LUIS ORTIZ-MOFFETT,<br>ROBERT DRISCOLL,<br>DENNIS COX,<br>MIKE HANNA,<br>RALPH GREENE, a/k/a "RB,"<br>GEORGE RIPLEY,<br>CATHY FITZGERALD,<br>DAVID REID,<br>PAT BERSSENBRUGGE.<br>BARBARA HANNA,<br>GEORGE OSGOOD, a/k/a "Mushroom George,"<br>GREG HILL,<br>GENO BERTHOD, a/k/a "Old Man,"<br>DAN CHOMYN, a/k/a "Rocky,"<br>RUSSELL TRUJILLO, a/k/a "Rusty,"<br>MANUEL GIL,<br>SAM JONES,<br>SALVADOR ABEYTA,<br>BILL JONES, a/k/a Charles Johnston,<br>MARY CANNANT<br>ADRIAN SANFORD,<br>JOSH GAMBOA,<br><br>        Defendants. | CRIMINAL NO. 05-1849<br><br>Count 1:  21 U.S.C. § 846 –<br>Conspiracy to Distribute 1000<br>Kilograms and More of Marijuana;<br><br>Count 2:  21 U.S.C. § 848 –<br>Continuing Criminal Enterprise;<br><br>Count 3:  18 U.S.C. § 1956(h) –<br>Conspiracy to Launder Money;<br><br>Counts 4 - _:  18 U.S.C.<br>§ 1956(a)(1)(B)(i) – Money<br>Laundering;<br><br>18 U.S.C. § 982:  Criminal<br>Forfeiture. |

**RELEASE OF NOTICE OF LIS PENDENS**

The United States of America releases the Notice of Lis Pendens filed with the County

Clerk, County of Mora, State of New Mexico, on August 25, 2005, with respect to the property located in Mora County, New Mexico, all of the lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. A complete description of real property is listed as follows:

>   A CERTAIN TRACT OF LAND WITHIN THE MORA GRANT, BEING SITUATE IN SECTIONS 25 AND 36, TOWNSHIP 21 NORTH, RANGE 14 EAST, NEW MEXICO, PRINCIPAL MERIDIAN, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:
>
>   BEGINNING AT A POINT FOR THE SECTION CORNER COMMON TO SECTIONS 25 AND 36, TOWNSHIP 21 NORTH, RANGE 14 EAST, NEW MEXICO PRINCIPAL MERIDIAN; THENCE DUE NORTH A DISTANCE OF 847.82 FEET, THENCE S. 49°51'E., A DISTANCE OF 2614.45 FEET; THENCE S. 42°58'w. A DISTANCE OF 2109.41 FEET, THENCE S. 59°09'E. A DISTANCE OF 371 FEET; THENCE S.70°54'E. A DISTANCE OF 256.95 FEET; THENCE DUE NORTH A DISTANCE OF 2106.99 FEET TO THE POINT AND PLACE OF BEGINNING. CONTAINING 82.044 ACRES, MORE OR LESS, TOGETHER WITH ALL WATER RIGHTS AND EASEMENTS PERTAINING TO THE ABOVE DESCRIBED PROPERTY.

>                                             LARRY GOMEZ
>                                             **United States Attorney**
>
>                                             *(signed)*
>                                             Stephen R. Kotz
>                                             Assistant U.S. Attorney
>                                             P.O. Box 607
>                                             Albuquerque, NM  87103
>                                             Telephone: (505) 346-7274

Signed and sworn to before me this 12th day
of October, 2007 by Stephen R. Kotz
in Bernalillo County, New Mexico.

*Diana J. Contreras*
NOTARY PUBLIC

My Commission Expires:

November 26, 2010

```
COUNTY OF MORA           )         RELEASE OF LIS PENDENS
STATE OF NEW MEXICO      ) ss      PAGES: 3

I Hereby Certify That This Instrument Was Filed for
Record On The 24TH Day Of October, 2007 at 09:41:43 AM
And Was Duly Recorded as Instrument # 20071242
Of The Records Of Mora County

                    Witness My Hand And Seal Of Office
                                        Charlotte R. Duran
Deputy Christine M. Baca    County Clerk, Mora, NM
```

N:\FAstor\Jarvis\Release LP MoraCounty.wpd

3