IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **DANA JARVIS**, a/k/a Todd Ward, | ) |

CRIMINAL NO. 05-1849

Count 1:  21 U.S.C. § 846 –
Conspiracy to Distribute 1000
Kilograms and More of Marijuana;

Count 2:  21 U.S.C. § 848 –
Continuing Criminal Enterprise;

Count 3:  18 U.S.C. § 1956(h) –
Conspiracy to Launder Money;

Counts 4 - _:  18 U.S.C.
§ 1956(a)(1)(B)(i) – Money
Laundering;

18 U.S.C. § 982:  Criminal
Forfeiture.

**DANA JARVIS**, a/k/a Todd Ward,
**AYLA JARVIS**,
**JORGE LUIS ORTIZ-MOFFETT**,
**ROBERT DRISCOLL**,
**DENNIS COX**,
**MIKE HANNA**,
**RALPH GREENE**, a/k/a "RB,"
**GEORGE RIPLEY**,
**CATHY FITZGERALD**,
**DAVID REID**,
**PAT BERSSENBRUGGE**,
**BARBARA HANNA**,
**GEORGE OSGOOD**, a/k/a "Mushroom George,"
**GREG HILL**,
**GENO BERTHOD**, a/k/a "Old Man,"
**DAN CHOMYN**, a/k/a "Rocky,"
**RUSSELL TRUJILLO**, a/k/a "Rusty,"
**MANUEL GIL**,
**SAM JONES**,
**SALVADOR ABEYTA**,
**BILL JONES**, a/k/a Charles Johnston,
**MARY CANNANT**,
**ADRIAN SANFORD**,
**JOSH GAMBOA**,

Defendants.

## RELEASE OF NOTICE OF LIS PENDENS

The United States of America releases the Notice of Lis Pendens filed with the County

1

Clerk, County of Mora, State of New Mexico, on August 25, 2005, with respect to the property

located in Mora County, New Mexico, all of the lot or parcel of land, together with its buildings,

appurtenances, improvements, fixtures, attachments, and easements thereon.  A complete

description of real property is listed as follows:

TRACT B: A CERTAIN TRACT OR PARCEL OF LAND LYING AND
BEING SITUATE WITHIN THE MORA GRANT, IN SECTIONS 25 AND
36, TOWNSHIP 21 NORTH, RANGE 14 EAST, N.M.P.M. COUNTY OF
MORA, STATE OF NEW MEXICO, AND BEING MORE PARTICULARLY
BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF THE HEREIN
DESCRIBED TRACT, ALSO BEING A POINT ON THE SANTA FE
NATIONAL FOREST BOUNDARY, FROM WHICH POINT THE SECTION
CORNER COMMON TO SECTIONS 25 AND 36 T. 21 N., R 14 E.,
N.M.P.M. BEARS SOUTH, A DISTANCE OF 847.82 FEET; THENCE
FROM SAID POINT OF BEGINNING, S. 49°51'00"E., A DISTANCE OF
1307.22 FEET TO A POINT; THENCE S. 40°09'00"W., A DISTANCE OF
150.00 FEET TO A POINT; THENCE N. 49°51'00"W., A DISTANCE OF
1180.69 FEET TO A POINT ON THE SANTA FE NATIONAL FOREST
BOUNDARY; THENCE DUE NORTH, ALONG SAID FOREST
BOUNDARY, A DISTANCE OF 196.24 FEET TO THE POINT AND
PLACE OF BEGINNING.

CONTAINING 4.284 ACRES MORE OR LESS.  TOGETHER WITH ALL
WATER RIGHTS AND EASEMENTS PERTAINING TO THE ABOVE
DESCRIBED PROPERTY.  SHOWN AS TRACT B ON PLAT OF
SURVEY ENTITLED "REPLAT OF SURVEY FOR DANA JARVIS"
PREPARED BY ARSENIO J. MARTINEZ, N.M.L.S. NO. 4254, IN JULY,
1972.

LARRY GOMEZ
**United States Attorney**

Stephen R. Kotz
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM  87103
Telephone: (505) 346-7274

Signed and sworn to before me this 12ᵗʰ day
of October, 2007 by Stephen R. Kotz
in Bernalillo County, New Mexico.

_____
NOTARY PUBLIC

My Commission Expires:

November 26, 2010

COUNTY OF MORA          )          RELEASE OF LIS PENDENS
STATE OF NEW MEXICO     ) ss       PAGES: 3

I Hereby Certify That This Instrument Was Filed for
Record On The 24TH Day Of October, 2007 at 09:41:42 AM
And Was Duly Recorded as Instrument # 20071241
Of The Records Of Mora County

                    Witness My Hand And Seal Of Office
                              Charlotte R. Duran
Deputy _____ County Clerk, Mora, NM