9/7/07

DEAR JUDGE HERRARA:

I HAVE REVIEWED THE 10th CIRCUIT OPINION REGARDING THE DISTRICT COURT'S REFUSAL TO RELEASE THE US PENDENS ON MY MORA PROPERTY.

IN RESPONSE TO THE 10th CIRCUIT DECISION, I HAVE INSTRUCTED MY CJA APPOINTED ATTORNEYS TO CONTACT MR. BOB GORENCE AND MR. PAUL KENNEDY, AND INQUIRE AS TO THEIR AVAILABILITY. MR. GORENCE AND MR. KENNEDY ARE STILL THE ATTORNEYS I WISH TO RETAIN TO REPRESENT ME IN MY CASE.

RESPECTFULLY -

Dana Jarvis