IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

                                                                                       No. CR 05 1849 JH

**DANA JARVIS,**

    Defendant.

### ORDER TO WITHDRAW

**THIS MATTER** having come before the Court upon the Motion of Joe M. Romero, Jr. to withdraw as lead trial and co-counsel for Defendant Dana Jarvis in this case and the Court having reviewed the motion and being fully advised in the premises finds the Motion is well taken and should be granted.

    **IT IS HEREBY ORDERED THAT** as of January 11, 2008, Joe M. Romero Jr. is hereby permitted to withdraw as co-counsel and lead trial counsel for Defendant Dana Jarvis, but will remain in consultant capacity during the transition to new appointed lead counsel.

                                                                _____
                                                                **THE HONORABLE JUDITH C. HERRERA**
                                                                **United States District Court Judge**

1