IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

vs.

                                              CR No. 05-1849 JH

**DANA JARVIS,**

       **Defendant.**

## NOTICE OF NON-AVAILABILITY

Jody Neal-Post, counsel for Defendant Dana Jarvis, hereby gives notice of her non-availability from Monday, February 11, 2008 through Monday February 18, 2008 to attend the Federal Defenders Winning Strategies CLE in New Orleans, LA.

                                              Respectfully submitted by:

                                              *Electronically Filed*
                                              */s/*
                                                      *January 6, 2008*
                                              By_____
                                              Jody Neal-Post, Esq.
                                              317 Amherst SE
                                              Albuquerque, NM 87106
                                              (505) 268.7263

I hereby certify that a true and correct copy of
the foregoing pleading was delivered to opposing
counsel via the CM/ECF system this 6th of January, 2008.

*Electronically Filed*
_____
Jody Neal-Post.