IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                        No. CR 05-1849 JH

DANA JARVIS, et al.,

    Defendants.

## NOTICE OF WITHDRAWAL OF DEFENDANT DANA JARVIS' DOC. 1234

Defendant Dana Jarvis, by and through court-appointed counsel of record, Gary Mitchell and Jody Neal-Post, and joint associate counsel for defendants represented by court-appointed attorneys, Scott M. Davidson, hereby withdraws his filing of Document 1234, titled "Defendant Dana Jarvis' Motion to Clarify Status of Pleadings and Orders Filed Between September 1, 2006 and February 20, 2007."

    Respectfully submitted,

*Electronically Filed*
*March 4, 2008*
By_____
    Gary Mitchell, Esq.
    Co-counsel for Defendant Jarvis
    P.O. Box 2460
    Ruidoso, NM 88355-2460

1

575.257.3070

*Electronically Filed*
*March 4, 2008*

By: _____
Jody Neal-Post, Esq.
Co-counsel for Defendant Jarvis
317 Amherst SE
Albuquerque, NM  87106
505.268.7263

*Electronically Filed*
*March 4, 2008*

By: _____
 Scott M. Davidson
1011 Lomas Boulevard NW
Albuquerque, NM 87102
(505) 255-9084
Joint associate counsel for defendants
   represented by CJA counsel

I hereby certify that a true and correct copy of the foregoing was served on opposing counsel, AUSAs James Braun and Stephen Kotz, on March 4, 2008.

*Electronically filed 3/4/08*
_____
Jody Neal-Post

3

## CERTIFICATE OF SERVICE

     I hereby certify that on this 3rd day of March, 2008, I filed the foregoing motion electronically through the CM/ECF system, which caused opposing counsel for the Government to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

<u>Electronically filed</u>
Scott M. Davidson