# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO
### Clerk's Minutes
### Before the Honorable Judith C. Herrera

| | | | |
|---|---|---|---|
| Case Name: | USA v. Jarvis, et al. | Case No. | CR 05-1849 JH |

Date:        March 27, 2008

| | | | |
|---|---|---|---|
| Courtroom Clerk: | Lincoln Sorrell | Court Reporter: | Paul Baca |
| Court in Session: | 1:40 p.m. | Court in Recess: | **2:02 p.m.** |
| Total Court Time: 22 minutes | | Type of Proceeding: Status Conference | |

Attorney(s) Present for Plaintiff(s):         Attorney(s) Present for Defendant(s):

James Braun
Steve Kotz

Gary Mitchell (for D. Jarvis present)
Jody Neal-Post (for D. Jarvis present)
Robert Gorence (for Wilson present)
Victor Sizemore (for Bill Jones present)
Rachel Higgins, Walter Nash II (by phone) for D. Reid (not present; waived)
Paul Lintenberger standing in for Billy Blackburn (for Greg Hill--not present; waived)

| | |
|---|---|
| Court in Session: | **1:40 p.m.  Court in session.** |
| 1:50 p.m. | Mr. Braun addresses the Court; does not believe trial court has been divested of jurisdiction; not an appealable issue |
| | Mr. Gorence: Circuit needs to rule on motion to dismiss appeal; threshold jurisdictional issue. Ruling from Circuit would be fairly quick. |
| 1:52 p.m | Mr. Nash: agrees with Mr. Gorence. |
| 1:53 p.m. | Government replies; if Circuit hears merits briefing, appeal could take much longer. |
| 1:53 p.m. | Court: Orders briefing on whether this is an appealable issue. Friday, April 18, 2008 is deadline for Government to file brief; defense has until May 2, 2008 to file response. |
| 1:55 p.m. | Mr. Mitchell: what if Circuit decides it's appealable and trial court does not. Court order on briefing stands. |
| 1:56 p.m. | Mr. Braun: most discovery has been turned over. |
| 1:58 p.m. | Court to Mitchell re: Motion to Reconsider. Mitchell: divested of jurisdiction |
| 2:00 p.m. | Court makes inquiry as to whether defense is continuing to get discovery; Neil-Post: all wiretaps have been transcribed. |

**2:00 p.m.**          Mr. Sizemore notifies Ct. that he will file a Motion for Conditions of Release on behalf of his client Mr. Jones. No opposition from Probation & Govt. takes no position at this time.

**2:02 p.m**.          Ct. in recess.