**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**vs.**

                                        **CR No. 05-1849 JH**

**DANA JARVIS,**

        **Defendant.**

## NOTICE OF NON-AVAILABILITY

Jody Neal-Post, co-counsel for Defendant Dana Jarvis, hereby gives notice of her non-availability from Monday, April 21, 2008 through Monday April 28, 2008, to visit a terminally ill family member in Los Angeles.

                                              Respectfully submitted by:

                                              *Electronically Filed*
                                              */s/*
                                                    *March 28, 2008*
                                              By_____
                                              Jody Neal-Post, Esq.
                                              317 Amherst SE
                                              Albuquerque, NM 87106
                                              (505) 268.7263

I hereby certify that a true and correct copy of
the foregoing pleading was delivered to opposing
counsel via the CM/ECF system this 28th of March, 2008.

*Electronically Filed*
_____
Jody Neal-Post.