IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>DANA JARVIS,  )<br>  )<br>      Defendant.  ) | Cr. No. 05-1849 JH |

**STIPULATED MOTION FOR ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE STAY IN DISTRICT COURT ISSUE**

      **COMES NOW**, the Defendant, **DANA JARVIS,** by and through his attorneys, **GARY C. MITCHELL and JODY NEAL-POST,** and respectfully moves the Court for an extension of time in which to respond to the issue of a stay in District Court in the above entitled matter, and as grounds therefore, states:

      1.    Additional time of one week is needed in which to respond to this issue.

      2.    Concurrence of counsel has been sought and stipulated to on April 21, 2008.

      3.    Additional grounds will be presented at hearing hereon if one is deemed necessary.

**WHEREFORE, GARY C. MITCHELL and JODY NEAL-POST,** counsel for the Defendant, respectfully moves the Court for an extension of time in which to respond to the issue of a stay in District Court in the above entitled matter until May 9, 2008.

>  /s/ Gary C. Mitchell  
>  Gary C. Mitchell P.C.  
>  Attorney for Defendant  
>  PO Box 2460  
>  Ruidoso, NM 88355

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be emailed a true and correct copy of the foregoing to counsel, this 30th day of April, 2008.

>  /s/ Gary C. Mitchell  
>  Gary C. Mitchell, P.C.