IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                         CR No. 05-1849 JH

DANA JARVIS,

       Defendant.

## LIMITED ENTRY OF APPEARANCE

Attorney Ray Twohig, hereby enters his appearance on behalf of Jody Neal-Post, for the limited purpose of representation concerning Defendant Jarvis' First Motion To Reconsider The Court's Order At Doc. 1236 Regarding Mr. Jarvis' Motion For Relief From Interference With His Right To Present His Defense Due To Continuous Irregularities In The Electronic Case Docketing, Including Defendant's Inaccessibility To His Own Docket.

Respectfully submitted,

RAY TWOHIG, P.C.

/s/ Ray Twohig
_____
Ray Twohig
Attorney for Jody Neal-Post
8998 Rio Grande Blvd., N.W.
Albuquerque, NM  87114
Phone: 505/898-0400
Fax: 505/898-0004
Email: rambaud@flash.net

I hereby certify that on the 29th day of May, 2008, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Ray Twohig
_____
Ray Twohig