IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff(s),

-vs-
                                                CR-05-01849  JH

RAFAL MISTRZAK,

        Defendant(s).

## NOTICE OF DEFICIENCY

**ATTN:  Rudolph B. Chavez**

    Please be advised that the pleading(s) electronically filed in this matter are incorrect for the following reasons(s):

1.    ( )    Document e-filed in wrong case

2.    ( )    Case number and/or case caption is incorrect

3.    ( )    Document e-filed with account not matching name listed as signor of document

4.    ( )    Document linked incorrectly

5.    ()    Incorrect document type was selected

6.    ( )    Incorrect party role selected

7.    ( )    Incorrect party added to the case

8.    **(x)**    **Document [1385] not in compliance with CM/ECF Administrative Procedures Manual  re: "Proposed Orders"** also, the signature page (page 2)  is incorrect format (Horizontal) needs to be vertical format.

9.    ( )    Document  is illegible

10.    ( )    Leave of court required on documents

11. ( ) Party not added to the case

12. ( ) Incorrect PDF document attached

13. ( ) Party(ies) not terminated

14. ( ) Other**:**

TYPE OF ACTION:

1. ( ) Action by the Court required

2. **(X)** Action by the Filer: *Rudolph B. Chavez,* Attorney for Defendant Rafal Mistrzak

   ( ) Refile document in correct case

\*\*\* **(X)** **Refile** a corrected document without attaching "proposed order" \*\*\*

   ( ) Refile document when leave of the court is granted

   ( ) Refile document using correct case number & case caption

   **( )** No further action required

\*\*\* (X) Other: **Send "Proposed Orders" via judge's e-mail box.** \*\*\*

Please be advised that failure to correct the above-noted deficiencies **WITHIN THREE (3) DAYS OF THE DATE OF THIS NOTICE** may result in the pleading(s) being stricken from the record.

<br>

                electronically filed
                MATTHEW J. DYKMAN
                CLERK, U.S. DISTRICT COURT