**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | September 03, 2008 | Douglas E. Cressler<br>Chief Deputy Clerk |

Honorable Deanell Reece Tacha

Honorable Paul J. Kelly, Jr.

Honorable Terrence L. O'Brien

**RE:**     **08-2066, United States v. Jarvis**
            Dist/Ag docket: 1:05-CR-1849-JCH-1

Dear Judges:

The Clerk of the Supreme Court has notified us that a Petition for Writ of Certiorari was filed in this case on 08/25/2008 and assigned Supreme Court No. 08-6011.

Please contact this office if you have questions.

                                        Sincerely,

                                        *Elisabeth A. Shumaker*

                                        Elisabeth A. Shumaker
                                        Clerk of the Court

cc:     Honorable Judith C. Herrera
        Matthew Dykman

EAS/sds