**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**vs.**

                                                        **CR No. 05-1849 JH**

**DANA JARVIS,**

        **Defendant.**

**NOTICE OF NON-AVAILABILITY**

        Jody Neal-Post, co-counsel for Defendant Dana Jarvis, hereby gives notice of her non-availability from Thursday October 16, 2008 through Monday October 27, 2008, to assist her family in Los Angeles in tending to the affairs of her sister who died July 18, 2008.

                                                    Respectfully submitted by:

                                                    *Electronically Filed*
                                                    */s/*
                                                          *September 10, 2008*
                                                     By_____
                                                   Jody Neal-Post, Esq.
                                                   317 Amherst SE
                                                   Albuquerque, NM 87106
                                                   (505) 268.7263

I hereby certify that a true and correct copy of
the foregoing pleading was delivered to opposing
counsel via the CM/ECF system this 10th of September, 2008.

*Electronically Filed*
_____
Jody Neal-Post