IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

vs.

                                                                                            CR No. 05-1849 JH

**DANA JARVIS,**

      **Defendant.**

## NOTICE OF NON-AVAILABILITY

Jody Neal-Post, co-counsel for Defendant Dana Jarvis, hereby gives notice of the non-availability of Suzanne Doucette, wiretap expert on behalf of CJA defendants on the following dates:

September 12, 2008 through Monday September 15, 2008;

September 17, 2008 through September 22, 2008;

October 15, 2008 commencing at 5:00 p.m. through October 20, 2008; and

November 3rd through November 12, 2008.

Presently there are no hearings scheduled that Ms. Doucette's non-availability will impact.

                                                               Respectfully submitted by:

                                                                *Electronically Filed*
                                                                */s/*
                                                                    *September 10, 2008*
                                                                By_____
                                                                Jody Neal-Post, Esq.
                                                                317 Amherst SE
                                                                Albuquerque, NM 87106
                                                                (505) 268.7263

2

I hereby certify that a true and correct copy of
the foregoing pleading was delivered to opposing
counsel via the CM/ECF system this 10th of September, 2008.

*Electronically Filed*

_____
Jody Neal-Post