**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | October 14, 2008 | Douglas E. Cressler<br>Chief Deputy Clerk |

Honorable Deanell Reece Tacha

Honorable Paul J. Kelly Jr.

Honorable Terrence L. O'Brien

**RE:**     **08-2066, United States v. Jarvis**
            Dist/Ag docket: 1:05-CR-1849-JCH-1

Dear Judges:

We have received notice that the petition for writ of certiorari filed in this case was denied on October 6, 2008.

Please contact this office if you have questions.

                                                     Sincerely,

                                                     Elisabeth A. Shumaker
                                                     Clerk of the Court

cc:     Judith C. Herrera
        Matthew (NMalb) Dykman

EAS/jm