# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT

2008 OC William K. Suter
Clerk of the Court
(202) 479-3011

October 6, 2008

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

> Re:  Dana Jarvis
> v. United States
> No. 08-6011
> (Your No. 08-2066)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk