IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR 05-1849 JH |
| ) | |
| DANA JARVIS, *et al.*, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR EXTENSION TO FILE
EXCEPTIONS TO PSR AND TO EXCEED PAGE LIMIT**

**COMES NOW** Defendant Dana Jarvis, by and through his counsel of record, and files this unopposed motion regarding his Exceptions to the Pre-Sentence Report on the following grounds:

1. The United States, by SAUSA James Braun, does not oppose this motion.

2. The parties made efforts to resolve the PSR conflicts, with some success. However, because of the complexity of the issues regarding the offense conduct and the scope of the organization involved, the thorough review of the discovery and the need for some legal research delayed the filing of the document. For the same reason, the pleading is a few pages over the 27 page limit discussed for motions in the local Rules.

3. Because the sentencing date has been continued by agreement, there is sufficient time for both the United States Attorney and the probation Department to respond to the pleading and for the Defendant to reply to any such responses. The pleading will be filed by the end of business today, February 6, 2009.

**WHEREFORE,** Defendant Dana Jarvis respectfully requests the Court grant this motion.

| | |
|---|---|
| I hereby certify that a true copy of this pleading was sent to AUSA James Braun via electronic filing and e-mail on this 6th day of February, 2009. | JUDITH A. ROSENSTEIN<br>P.O. Box 25622<br>Albuquerque, NM 87125-5622<br>(505) 379-1289 (telephone)<br>(505) 797-8086 (facsimile)<br>jrosenstein7@cybermesa.com |

ELECTRONICALLY FILED                                ELECTRONICALLY FILED
_____    _____
Judith A. Rosenstein                               Judith A. Rosenstein
                                                   Attorney for Defendant

JODY NEAL-POST
Attorney for Defendant
317 Amherst Dr. SE
Albuquerque, NM 87106-1403
(505) 268-7263 (telephone)
(505) 255-2782 (facsimile)

GARY C. MITCHELL
Attorney for Defendant
P.O. Box 2460
Ruidoso, NM 88355-2460
(575) 257-3070 (telephone)
(575) 257-3171 (facsimile)