**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 24 2009

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR 05-1849 JH |
| ) | |
| DANA JARVIS, *et al.*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER, having come before the Court on the unopposed oral motion of the defendant, and the Court, being fully advised and finding the motion well taken:

IT IS HEREBY ORDERED that the United States, no later than two weeks after the date of the sentencing hearing in this matter, will review all property which was seized from Dana Jarvis to determine what part is evidence and what part is to be returned to Mr. Jarvis; and

IT IS FURTHER ORDERED that no later than thirty days after the review is begun, will notify Mr. Jarvis' counsel to make arrangements for the return of said property.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

Judith A. Rosenstein
Attorney for Defendant

Telephonically Approved by:

James Braun
Attorney for Plaintiff