IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,)  )  Plaintiff,         )  )  vs.               )  )  DANA JARVIS, *et al.*,      )  )  Defendant.        ) | CR 05-1849 JH |

### ORDER

THIS MATTER, having come before the Court on the unopposed motion of the Defendant, and the Court, being fully advised and finding the motion well taken:

IT IS HEREBY ORDERED that the United States Marshal Service shall retain custody of Defendant Dana Jarvis until further Order of this Court; and

IT IS FURTHER ORDERED that the Court Clerk shall provide the United States Marshal Service with two certified copies of this Order.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE

Submitted by:

Judith A. Rosenstein
Attorney for Defendant

Telephonically Approved by:

James Braun
Attorney for Plaintiff