## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR 05-1849 JH |
| ) | |
| DANA JARVIS, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF NON-AVAILABILITY

Undersigned counsel, Judith A. Rosenstein, hereby gives notice that she will be unavailable from May 14-21, 2009, for any and all hearings and other matters during those periods of time. Counsel respectfully requests that no hearings in the above entitled cause be scheduled during those times.

                                          Respectfully Submitted,

                                          ELECTRONICALLY FILED

                                          _____
                                          JUDITH A. ROSENSTEIN
                                          PO Box 25622
                                          Albuquerque, NM 87125-5622
                                          (505) 379-1289 (telephone)
                                          (505) 797-8086 (facsimile)
                                          jrosentein7@cybermesa.com

I hereby certify that a true copy of this document was delivered via CMFCF to all parties entitled to notice on this 11th day of May, 2009.

/s/ Judith A. Rosenstein