IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CR No.  05-1849 JH |
| ) | |
| DANA JARVIS, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE
REGARDING CERTAIN DANA JARVIS ASSETS**

This matter comes before the Court on a motion of the United States for Final Order of Forfeiture.  The Court, being fully advised in the premises, finds that the motion is well taken and that this matter is ripe for final disposition.

1.  On December 19, 2008, this Court entered a Preliminary Order of Forfeiture forfeiting the right, title and interest of the following Dana Jarvis assets:

   a.   All United States currency, funds, or other monetary instruments credited to account number 40455157, in the name of Dana Jarvis, located at Bank One, or its successor in interest;

   b.   All United States currency, funds, or other monetary instruments credited to account number 689832822, in the name of Dana Jarvis, located at Bank One, or its successor in interest;

   c.   All United States currency, funds, or other monetary instruments credited to account number 1874527, in the name of Dana Jarvis, located at First State Bank, or its successor in interest;

   d.   All United States currency, funds, or other monetary instruments credited to account number 1223801, in the name of Dana Jarvis, located at First State Bank, or its successor in interest;

   e.   3523 Central Avenue NE, Albuquerque, New Mexico, which is more particularly described as follows:

>   LOTS NUMBERED TEN (10), ELEVEN (11) AND TWELVE (12) IN BLOCK NUMBERED FOUR (4) OF MONTE VISTA, AN ADDITION TO THE CITY OF ALBUQUERQUE, NEW MEXICO, AS THE SAME ARE SHOWN AND DESIGNATED ON THE MAP OF SAID ADDITION FILED IN THE OFFICE OF THE COUNTY CLERK OF BERNALILLO COUNTY, NEW MEXICO, OCTOBER 14, 1926,
>
>   THERE IS EXCEPTED THE NORTHERLY PORTION OF SAID LOT THEN (10) WHICH IS DESCRIBED AS FOLLOWS:
>
>   BEGINNING AT THE NORTHEAST CORNER OF SAID LOT TEN (10) RUNNING,
>
>   THENCE SOUTHERLY ALONG THE WESTERLY LINE OF NORTH CARLISLE AVENUE, 62.28 FEET TO THE SOUTHEAST CORNER OF THE TRACT HEREIN DESCRIBED; THENCE WESTERLY, PARALLEL WITH AND 60 FEET NORTHERLY AT RIGHT ANGLES FROM THE NORTHERLY LINE OF EAST CENTRAL AVENUE, 80.19 FEET TO THE SOUTHWEST CORNER OF THE TRACT HEREIN DESCRIBED; THENCE NORTHERLY ALONG THE WESTERLY LINE OF SAID LOT 10, 86.09 FEET TO THE NORTHWEST CORNER OF THE TRACT HEREIN DESCRIBED WHICH IS THE NORTHWEST CORNER OF SAID LOT 10, THENCE EASTERLY ALONG THE SOUTHERLY LINE OF CAMPUS BOULEVARD, 86.97 FEET TO THE PLACE OF BEGINNING;

   f.   67 Willow (a/k/a 28 Quail Run), Santa Fe, New Mexico, which is more particularly described as follows:
        SE 1/4 SE 1/4 NE 1/4 SW 1/4 OF SECTION 31, TOWNSHIP 15 NORTH, RANGE 9 EAST, N.M.P.M., SANTA FE COUNTY, NEW MEXICO;

   g.   1972 Cessna 421B Aircraft, United States Registration Number N3AJ, Serial Number 421B0230;

   h.   New Mexico Liquor License No. 2599, in the name of Club Rhythm and Blues located at 3523 Central NE, Albuquerque, New Mexico.

2. Pursuant to the Preliminary Order of Forfeiture, the United States seized the above Dana Jarvis assets.

3. The United States duly published a notice of criminal forfeiture on an official government internet site at www.forfeiture.gov for at least 30 consecutive days, from January 6, 2009 through February 4, 2009 with respect to the above Dana Jarvis assets. Doc. 1543.

4. Pursuant to Fed.R.Crim.P. 32.2(b)(3), the Preliminary Order of Forfeiture became

final as to Defendant Dana Jarvis at his sentencing on April 3, 2009.

     5.  No further Third Party Claims for adjudication were filed pursuant to 21 U.S.C. §853(n).

     IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982 and Fed.R.Crim.P. 32.2(c)(2) that all right, title and interest in the above Dana Jarvis assets or the proceeds from the sale thereof, is forfeited to the United States, and title thereto is vested in the United States.

                                    JUDITH C. HERRERA
                                    United States District Judge

SUBMITTED BY:

  /s/
STEPHEN R. KOTZ
Assistant United States Attorney
P. O. Box 607
Albuquerque, NM  87103
(505) 346-7274