IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
)
*Plaintiff*, )
)
vs. )
) CRIMINAL NO. 05-1849 JH
DANA JARVIS, a/k/a Todd Ward, )
AYLA JARVIS, )
JORGE LUIS ORTIZ-MOFFETT, )
MIKE HANNA, )
RALPH GREENE, a/k/a "RB," )
GEORGE RIPLEY, )
CATHY FITZGERALD, )
DAVID REID, )
PAT BERSSENBRUGGE, )
BARBARA HANNA, )
GEORGE OSGOOD, a/k/a "Mushroom )
George," )
GREG HILL, )
GENO BERTHOD, a/k/a "Old Man," )
RUSSELL TRUJILLO, a/k/a "Rusty," )
MANUEL GIL, )
SAM JONES, )
SALVADOR ABEYTA, )
BILL JONES, a/k/a Charles Johnston, )
MARY CANNANT, and )
ADRIAN SANFORD, )
)
*Defendants.* )
)
)
)

## RELEASE OF NOTICE OF LIS PENDENS

The United States of America releases the Notice of Lis Pendens filed with the Office of

the County Clerk, County of Bernalillo, State of New Mexico, on August 26, 2005, with respect

to the property located at 3523 Central Avenue NE, Albuquerque, New Mexico, all of the lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements thereon. A complete description of real property is listed as follows:

LOTS NUMBERED TEN (10), ELEVEN (11) AND TWELVE (12) IN BLOCK NUMBERED FOUR (4) OF MONTE VISTA, AN ADDITION TOT HE CITY OF ALBUQUERQUE, NEW MEXICO, AS THE SAME ARE SHOWN AND DESIGNATED ON THE MAP OF SAID ADDITION FILED IN THE OFFICE OF THE COUNTY CLERK OF BERNALILLO COUNTY, NEW MEXICO, OCTOBER 14, 1926.

THERE IS EXCEPTED THE NORTHERLY PORTION OF SAID LOT TEN (10) WHICH IS DESCRIBED AS FOLLOWS:
BEGINNING AT THE NORTHEAST CORNER OF SAID LOT TEN (10) RUNNING THENCE SOUTHERLY ALONG THE WESTERNLY LINE OF NORTH CARLISLE AVENUE, 62.28 FEET TO THE SOUTHEAST CORNER OF THE TRACT HEREIN DESCRIBED; THENCE WESTERLY, PARALLEL WITH AND 60 FEET NORTHERLY AT RIGHT ANGLES FROM THE NORTHERLY LINE OF EAST CENTRAL AVENUE, 80.19 FEET TO THE SOUTHWEST CORNER OF THE TRACT HEREIN DESCRIBED;
THENCE NORTHERLY ALONG THE WESTERLY LINE OF SAID LOT 10, 86.09 FEET TO THE NORTHWEST CORNER OF THE TRACT HEREIN DESCRIBED WHICH IS THE NORTHWEST CORNER OF SAID LOT 10; THENCE EASTERLY ALONG THE SOUTHERLY LINE OF CAMPUS BOULEVARD, 86.97 FEET TO THE PLACE OF BEGINNING.

GREGORY R. FOURATT
United States Attorney

Cynthia L. Weisman
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274

Signed and sworn to before me this 20th day
of July, 2009 by Cynthia L. Weisman
in Bernalillo County, New Mexico.

_____
NOTARY PUBLIC


My Commission Expires:

July 30, 2011