U.S Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S Marshal"
on the reverse of this form.

CR-05-1849

POSTED

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 05-1849 JH |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Dana Jarvis, et.al. | Release of Lis Pendens   JDIS  20 |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

▶ ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stephen R. Kotz
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103

Number of process to be served with this Form - 285: 1

Number of parties to be served in this case: 1

Check for service on U.S.A.

RECEIVED U.S. MARSHALS SERVICE AT ALBUQUERQUE, NEW MEXICO 2009 JUL 20 PM 2:48

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):

1. Please file the attached Release of Notice of Lis Pendens real property 67 Willow (a/k/a 28 Quail Run) Santa Fe, NM with the Santa Fe County clerks office in Santa Fe, NM.

2. Return completed copies for filing.

05-DEA-467377

Signature of Attorney or other Originator requesting service on behalf of: for S.Kotz
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (505) 346-7274
DATE: 07/20/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 51
District to Serve No. 51
Signature of Authorized USMS Deputy or Clerk: Catherine Pascuito
Date: 7-21-09

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 8-21-09
Time: 1:00 pm
Signature of U.S. Marshal or Deputy: Catherine Pascuito

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owned to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Release recorded 8/13/09.

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285