| U.S Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S Marshal" on the reverse of this form. |

CR-05-1849

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 05-1849 JH |
| DEFENDANT | TYPE OF PROCESS |
| Dana Jarvis, et.al. | Release of Lis Pendens |

RECEIVED 2009 AUG 21 PM 2:49 U.S. MARSHALS SERVICE ALBUQUERQUE, NEW MEXICO

POSTED

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ▶ AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

JD1S 24

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

~~Stephen R. Kotz~~ Cynthia L. Weisman
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                                Fold

1. Please file the attached Release of Notice of Lis Pendens regarding real property 5 Lauro Road, Santa Fe, NM with the Santa Fe County Clerks Office in Santa Fe, NM.

2. Return completed copies for filing.

05-DEA-458546, MM-02-0135

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(505) 346-7274 | DATE<br>08/21/09 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 51 | District to Serve<br>No. 51 | Signature of Authorized USMS Deputy or Clerk<br>*Catherine Pascente* | Date<br>8-25-09 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 9-15-09    Time: 3:00 pm

Signature of U.S. Marshal or Deputy: *Catherine Pascente*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owned to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Release of Notice of Lis Pendens recorded.

PRIOR EDITIONS MAY BE USED        1. CLERK OF THE COURT                          FORM USM-285