U.S Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S Marshal"
on the reverse of this form.

CR-05-1849

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>05-1849 JH |
| DEFENDANT<br>Dana Jarvis | TYPE OF PROCESS<br>*Final Disposition* |

POSTED

JD/S 22

SERVE: NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

► AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

RECEIVED U.S MARSHALS SERVICE ALBUQUERQUE NEW MEXICO 2009 JUL 20 PM 2:47

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stephen R. Kotz
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103

Number of process to be served with this Form - 285: 1

Number of parties to be served in this case:

Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telphone Numbers, and Estimated Times Available For Server):
Fold     Fold

1. As per the attached Final Order of Forfeiture Regarding Certain Dana Jarvis Assets the 3523 Central Avenue NE, Albuquerque, NM real property has been forfeited to the United States. Please dispose according to law.
2. Return completed copies for filing.    05-DEA-458504

Signature of Attorney or other Originator requesting service on behalf of:   for S. Kotz
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (505) 346-7274
DATE: 07/20/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 51 | Signature of Authorized USMS Deputy or Clerk<br>Catherine Poscuilo | Date<br>7-21-09 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporattion, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individuaL, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9-4-09     Time: am / pm

Signature of U.S. Marshal or Deputy: Catherine Poscuilo

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

TR funds to AFF

PRIOR EDITIONS MAY BE USED       1. CLERK OF THE COURT       FORM USM-285