FILED
United States Court of Appeals
Tenth Circuit

October 13, 2009

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

DANA JARVIS,

    Defendant - Appellant.

No. 08-2223
(D.C. No. 1:05-CR-01849-JCH-1)

---

**ORDER**

---

Before **LUCERO**, Circuit Judge.

---

    Trace Rabern is appointed as attorney of record to represent the appellant, Dana Jarvis. 18 U.S.C. § 3006A. This appointment is effective nunc pro tunc to the date the notice of appeal was filed in this matter.

                                     Entered for the Court,

                                       ELISABETH A. SHUMAKER, Clerk