RECEIVED
U. S. MARSHALS SERVICE
ALBUQUERQUE NEW MEXICO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

2009 OCT 23  PM 3: 03

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DANA JARVIS, a/k/a Todd Ward, | ) | CRIMINAL NO. 05-1849 JH |
| AYLA JARVIS, | ) | |
| JORGE LUIS ORTIZ-MOFFETT, | ) | |
| MIKE HANNA, | ) | |
| RALPH GREENE, a/k/a "RB," | ) | |
| GEORGE RIPLEY, | ) | |
| CATHY FITZGERALD, | ) | |
| DAVID REID, | ) | |
| PAT BERSSENBRUGGE, | ) | |
| BARBARA HANNA, | ) | |
| GEORGE OSGOOD, a/k/a "Mushroom | ) | |
| George," | ) | |
| GREG HILL, | ) | |
| GENO BERTHOD, a/k/a "Old Man," | ) | |
| RUSSELL TRUJILLO, a/k/a "Rusty," | ) | |
| MATTHEW HOTTHAN, a/k/a "Matrix," | ) | |
| MANUEL GIL, | ) | |
| SAM JONES, | ) | |
| SALVADOR ABEYTA, | ) | |
| BILL JONES, a/k/a Charles Johnston, | ) | |
| MARY CANNANT, | ) | |
| ADRIAN SANFORD, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

2009 SEP 18 PM 3: 36
U S MARSHALS SERVICE
ALBUQUERQUE NEW MEXICO

2009030242   10/19/2009 09:05:07 AM   B: 412 P: 30242
RELEASE OF LIS PENDENS        Pg. 1 of 2
Sally G. Padilla, Sandoval County Clerk

## RELEASE OF NOTICE OF LIS PENDENS

The United States of America releases the Notice of Lis Pendens filed with the Office of

the County Clerk, County of Sandoval, State of New Mexico, on August 25, 2005, with respect

to the property located at 1440 Calle Cielo Vista, Bernalillo, New Mexico, all of the lot or parcel

of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and

easements thereon.  A complete description of real property is listed as follows:

> TRACT LETTERED "C," OF SCHLAKS ADDITION, AS THE SAME IS SHOWN AND
> DESIGNATED ON THE PLAT ENTITLED "TRACTS A THROUGH D, SCHLAKS ADDITION,
> SANDOVAL COUNTY, NEW MEXICO", FILED IN THE OFFICE OF THE COUNTY CLERK
> OF SANDOVAL COUNTY, NEW MEXICO ON JULY 17, 1978, IN PLAT BOOK 2, FOLIO
> 237-B, APN: 6480.

GREGORY R. FOURATT
United States Attorney

CYNTHIA L. WEISMAN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Telephone: (505) 346-7274

Signed and sworn to before me this 18th day
of September, 2009 by Cynthia L. Weisman
in Bernalillo County, New Mexico.

_____
NOTARY PUBLIC

My Commission Expires:

7/30/2011