IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) CR No. 05-1849 JH |
| DANA JARVIS, | ) ) ) |
| *Defendant,* | ) ) |
| ARIZONA DEPARTMENT OF TRANSPORTATION, | ) ) |
| *Third Party Petitioner.* | ) |

**THIRD PARTY PETITIONER NOTICE OF CLAIM REGARDING
1972 CESSNA 421B AIRCRAFT**

Third Party Petitioner, Arizona Department of Transportation, submits its Notice of Claim, and sets forth as follows:

1. Arizona Department of Transportation claims an interest in the 1972 Cessna 421B Aircraft, United States Registration Number N#3AJ, Serial Number 421B0230.

2. This property holds a tax lien by the state of Arizona Department of Transportation, see attachment.

Respectfully submitted,

*[signature]*

JOHN P. THURAU
Assistant Attorney General
Arizona Office of the Attorney General
1275 W. Washington St.
Phoenix, AZ 85008
602-542-8356

I HEREBY CERTIFY that on December 3, 2009, the foregoing pleading was filed electronically through the CM/ECF system, which caused the parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*Electronically filed December 3, 2009*
John P. Thurau