U.S Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S Marshal"
on the reverse of this form.

CR-05-1849

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 05-1849 JH |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Dana Jarvis | *Final Disposition* |

JD15  21

**SERVE**    NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

▶    ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**

2009 JUL 20 PM 2: 48
RECEIVED U.S. MARSHALS SERVICE
ALBUQUERQUE, NEW MEXICO

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Stephen R. Kotz | Number of process to be served with this Form - 285 |
| Assistant United States Attorney | |
| P.O. Box 607 | Number of parties to be served in this case |
| Albuquerque, NM 87103 | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold        Fold

1. As per the attached Final Order of Forfeiture Regarding Certain Dana Jarvis Assets the 1972 Cessna 421B Aircraft or proceeds from the sale thereof has been forfeited to the United States. Please dispose according to law.
2. Return completed copies for filing.

05-DEA-457062

| Signature of Attorney or other Originator requesting service on behalf of:    for S. Kotz | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (505) 346-7274 | DATE 07/20/09 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 51 | No. 51 | Catherine Pasciuto | 7-21-09 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | A person of suitable age and discretion then residing in the defendant's usual place of abode. ☐ |
|---|---|
| Address (complete only if different than shown above) | Date of Service 12-28-09    Time 3:00 pm |
| | Signature of U.S. Marshal or Deputy    Catherine Pasciuto |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owned to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Aircraft sold at auction on 12-16-09 for $34,201.55

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 |
|---|---|---|

U.S Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S Marshal"
on the reverse of this form.

CR-05-1849

JDIS 31

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 05-1849 JH |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Dana Jarvis | *Final Disposition* |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ► AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

~~Stephen R. Kotz~~ Cynthia L. Weisman

Assistant United States Attorney

P.O. Box 607

Albuquerque, NM 87103

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

2009 DEC -4  PM 2:47

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telphone Numbers, and Estimated Times Available For Server):

Fold                                                                Fold

05-DEA-457062

1. As per the attached Final Order of Forfeiture and Settlement Agreement the 1972 Cessna aircraft is forfeited to the United States. The aircraft will be sold and proceeds from the sale will be paid to Arizona Dept. of Transportation. Please make check in the amount of $850 payable to "MVD Arizona Department of Transportation," Attn: Norman Tapaha, P.O. Box 2100, Mail Drop 542M, Phoenix, AZ 85001-2100. Please dispose according to law.   2. Return completed copies for filing.
Send copy of release of lien to buyer once received from AZ D.O.T.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (505) 346-7274 | DATE 12/04/09 |
|---|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 51 | District to Serve No. 51 | Signature of Authorized USMS Deputy or Clerk  Catherine Pascinto | Date 12-4-09 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporattion, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individuaL, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | A person of suitable age and discretion then residing in the defendant's usual place of abode. ☐ |
|---|---|
| Address (complete only if different than shown above) | Date of Service 2-16-10    Time 4:00 pm |
| | Signature of U.S. Marshal or Deputy  Catherine Pascinto |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owned to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

- Sent $850 check to Norman Tapaha via CMRR on 1/11/10
- Sent copy of release of lien to HQ to forward to buyer on 2-16-10

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 |
|---|---|---|