IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. CR 05 1849 JH |
| ) | |
| DANA JARVIS, ) | |
| ) | |
| Defendant. ) | |

### ORDER DISMISSING WITH PREJUDICE DEFENDANT JARVIS' SECOND MOTION TO ENFORCE THE PLEA AGREEMENT [Doc. 1705] PURSUANT TO ORDER AT DOC. 1732

THIS MATTER, having come before the Court on the Unopposed Motion of Defendant Jarvis [Doc. 1805], in conformance with this Court's Order at Doc. 1732, and the Court, being fully advised and finding the motion well taken:

IT IS HEREBY ORDERED that Defendant Jarvis' Second Motion to Enforce the Plea Agreement filed herein at Doc. 1705 is hereby dismissed with prejudice pursuant to this Court's order at Doc. 1732, as all conditions precedent requiring this dismissal have been met.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE