IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff,* | ) ) ) ) |
| vs. | ) CR No. 05-1849 JH |
| DANA JARVIS, et.al., | ) ) ) ) |
| *Defendant.* | ) |

**MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE
REGARDING WELLS FARGO BANK ACCOUNT NO.7692176673**

The United States moves this court to enter a Final Order of Forfeiture regarding the United States currency, funds, or other monetary instruments credited to account number 7692176673, located at Wells Fargo Bank ($49,145.18).

As grounds for this motion plaintiff states as follows:

1. On April 11, 2011, this Court entered a Consent Preliminary Order of Forfeiture forfeiting all right, title and interest in the account to the United States, Doc. 1998.

2. Pursuant to the Consent Preliminary Order of Forfeiture, the United States duly published a notice of criminal forfeiture on an official government internet site at www.forfeiture.gov for at least 30 consecutive days, from April 15, 2011 through May 14, 2011 with respect to the Wells Fargo Bank Account No.7692176673.

3. Pursuant to the Consent Preliminary Order, the United States seized the Wells Fargo Bank Account No.7692176673.

4. No Third Party Claims for adjudication were filed pursuant to 21 U.S.C. §853(n). Therefore, the entry of a final order of forfeiture regarding the Wells Fargo Bank

Account No.7692176673 is proper.

WHEREFORE, the United States respectfully requests that this Court enter a Final Order of Forfeiture Regarding the Wells Fargo Bank Account No.7692176673, which forfeits all right, title and interest in the bank account to the United States and vests title thereto in the United States.

Respectfully Submitted,

KENNETH J. GONZALES
United States Attorney

*/s/ Stephen R. Kotz*

STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, NM  87103
(505) 346-7274

I HEREBY CERTIFY that on July 26, 2011, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

*/s/ Stephen R. Kotz*

STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys