

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Unites States of America | 05-1849 JCH |
| DEFENDANT | TYPE OF PROCESS |
| Dana Jarvis, et.al. | Final Disposition |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
|---|---|---|
| Stephen R. Kotz/Cynthia L. Weisman | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| Assistant United States Attorey | | |
| P.O. Box 607 | | |
| Albquerque, NM 87103 | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

1. As per the attached Final Judgment and Order of Forfeiture Regarding the Compass Bank Account ($25,056.74 and $16,523.75) are forfeited to the United States. Please dispose according to law.
05-ICE-000277, 06-ICE-001096, 2006-2407-000001-01
2. Return completed copies for filing.

| Signature of Attorney or other Originator requesting service on behalf of | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NO. (505) 346-7274 | DATE 09/28/2011 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE | TIME OF SERVICE | ☐ AM ☐ PM

SIGNATURE, TITLE AND TREASURY AGENCY
SA/ HSI - DHS
9/30/2011

**REMARKS:** ISSUED TO PPF EL PASO FOR FINAL FORFEITURE WITH TREASURY
$25,056.74 U.S. Currency forfeited on 09/27/11.
$16,523.75 U.S. Currency forfeited on 09/27/11.

TD F 90-22.48 (6/96)